Amendment 21-CV-111349-NMG

# STATEMENT OF CLAIM

1. October 5, 2018 at 11:12 AM- 11:30 AM, I caught an Uber from the Market Basket to my residence of 1875 Dorchester Avenue. I placed my bags in the lobby area adjacent to the security desk while I went to my apartment to retrieve my shopping cart. I came back downstairs and was informed by the African woman security guard that " she stopped Timothy Stewart from taking/stealing my groceries." According to the security guard "Timothy Stewart was coming into the building with two women and walked over to your groceries and picked up your bags and was going to walk away with them," "I told him to put those back they are not yours, he did and left."

2. Plaintiff Sharon Riddick moved into the Boston Housing Authority Peabody Englewood Development on February 22, 2018. On April 13, 2018 Boston Housing Authority Residential Custodian (Jamaican born) Vincent Wright came to my Unit with a fraudulent Maintenance Work Order dated April 11, 2018, along with his (a Black male) friend impersonating as an Employee from The ATENA Fire Alarm Company, stating that they were there to inspect the ceilings ``Heat Detectors." However this fraudulent Maintenance Work order was a ruse to gain access into my apartment to replace my apartment's "Heat Detectors with illegally installed "Hidden Cameras" to cyberstalked and spied on the Plaintiff Sharon Riddick, and to record Child Pornography of the Plaintiff's 10 years old granddaughter (Z.O.) grooming habits for a period of 2.5 years.

3. On April 3, 2020 email cluster titled "Stalking/Harassment At Peabody Englewood." I went to the laundry room on the first floor while waiting for my laundry to finish. Boston Housing Authority Residential Custodian Vincent Wright stalked me in the laundry room. I went to the convenience store adjancet from my residence, I noticed Timothy Stewart across the street leering and stalking me. I came into the building and I look back, I see Timothy Stewart running into the building enroute to the elevator. Fifteen to twenty minutes later Timothy Stewart is now stalking me in the laundry room with no laundry in hand, just his laundry card in hand leering at me. He then proceeds to the stairways towards the main lobby. I then gather my laundry and make a way to my apartment. Awaiting the elevator to go to the third floor. I hear the stairway door open,

FILED
IN CLERKS OFFICE

2021 AUG 18  AM 9: 10



# STATEMENT OF CLAIM

1. October 5, 2018 at 11:12 AM- 11:30 AM, I caught an Uber from the Market Basket  to my residence of 1875 Dorchester Avenue. I placed my bags in the lobby area adjacent to the security desk while I went to my apartment to retrieve my shopping cart. I came back downstairs and was informed by the African woman security guard that " she stopped Timothy Stewart from taking/stealing my groceries." According to the security guard "Timothy Stewart was coming into the building with two women and walked over to your groceries and picked up your bags and was going to walk away with them," "I told him to put those back they are not yours, he did and left."

2. Plaintiff Sharon Riddick moved into the Boston Housing Authority Peabody Englewood Development on February 22, 2018. On April 13, 2018 Boston Housing Authority Residential Custodian (Jamaican born) Vincent Wright came to my Unit with a fraudulent Maintenance Work Order dated April 11, 2018, along with his (a Black male) friend impersonating as an Employee from The ATENA Fire Alarm Company, stating that they were there to inspect the ceilings ``Heat Detectors." However this fraudulent Maintenance Work order was a ruse to gain access into my apartment to replace my apartment's "Heat Detectors with illegally installed "Hidden Cameras" to cyberstalked and spied on the Plaintiff Sharon Riddick, and to record Child Pornography of the Plaintiff's 10 years old granddaughter (Z.O.) grooming habits for a period of 2.5 years.

3. On April 3, 2020 email cluster titled "Stalking/Harassment At Peabody Englewood." I went to the laundry room on the first floor while waiting for my laundry to finish. Boston Housing Authority Residential Custodian Vincent Wright stalked  me in the laundry room. I went to the convenience store adjancet  from my residence, I noticed Timothy Stewart across the street leering and stalking me. I came into the building and I look back, I see Timothy Stewart running into the building enroute to the elevator. Fifteen to twenty minutes later Timothy Stewart is now stalking me in the laundry room with no laundry in hand, just his laundry card in hand leering at me. He then proceeds to the stairways towards the main lobby. I then gather my laundry and make a way to my apartment. Awaiting the elevator to go to the third floor. I hear the stairway door open, and Timothy Stewart walks towards me and is now waiting for the elevator on the first floor to go to his apartment on the second floor.  I waited for another elevator to come, while Timothy Stewart entered the elevator alone.

and Timothy Stewart walks towards me and is now waiting for the elevator on the first floor to go to his apartment on the second floor.  I waited for another elevator to come, while Timothy Stewart entered the elevator alone.

4. April 29, 2020  Plaintiff Sharon Riddick installed the locks on her unit's door and did NOT furnish a key to BHA Peabody Englewood Property Manager LaKeshia Englewood.

5. On May 4, 2020 email cluster titled " Stalking/Harassment At Peabody Englewood  sent to Boston Housing Authority Legal Department   I went to the convenience store adjacent to my residence in the early morning hours to purchase a couple of items. As I was exiting out the store, again Timothy Stewart is walking towards me leering at me.

6. On May 6, 2020 7:04 email titled " Stalking/ Harassment At Peabody Englewood sent to Boston Housing Authority Legal Department. I was inquiring to the security guard Fernando about my Amazon package that was delivered to my residence but it is now missing. Fernando stated that a lady said she found my package on the second floor of Peabody Englewood Development co-incidentally Timothy Stewart lives on the second floor.  I am pointing the two incidents out wherefore that first Boston Housing Maintenance worker Vincent sees me and then he disappears, reappears Timothy Stewart.

7. Yes it is my strong belief that Boston Housing Authority Maintenance Worker Vincent Wright and Tenant Timothy Stewart are engaging in a conspiracy  to stalk and harass me. By no means are these mere coincidences, Boston Housing Authority Residential Custodian has installed hidden cameras in the heat detectors throughout my apartment. Then he uses an app on his phone to view my comings and goings in  my unit.

8. This is the reason why and the only reason why Boston Housing Authority Residential Custodian is in the lobby area the exact same time I enter or exited the lobby. I also pointed out by BHA Residential Custodian Vincent Wright installing hidden cameras in my apartment means that he has now engaged in pedophlia. Pedophlia as in when my

grandchildren come over to visit me on overnights. My granddaughter from the ages of 9-12 is showering here or changing her clothes in my room or the bathroom unbeknownst to myself and my granddaughter she is being recorded on hidden cameras installed by Boston Housing Authority Residential Custodian Vincent Wright.

9. I also believe that whether I am by passing in the lobby or the laundry room and Vincent sees me he then alerts via text message Timothy Stewart to come and harass me by

leering at me or following around. I was place in a uncomfortable situation of the potential to have substantial emotional harm to my person also by NOT knowing if Tenant Timothy Stewart and Boston Housing Authority Residential Custodian are high level unregister Sex Offenders.

10. On May 6, 2020-July 12, 2021 after being notified via email of criminal activities i.e. Breaking and entering in the daytime, Invasion of Privacy, Child Pornography, Federal Stalking, Cyberstalking i.e. internet and cameras, Harassment, Identity Theft at the Peabody Englewood Development located at 1875 Dorchester Avenue Boston, Massachusetts 02124. The Boston Housing Authority Legal Department and the BHA Administration refuse to take the proper legal action to put an end to the criminal activities of BHA Tenant Timothy Stewart, and unregister Sex Offender Vincent Wright employed as a Boston Housing Authority Residential Custodian by granting Vincent Wright safe habor in his employment and tenancy at Peabody Englewood Development. However the Boston Housing Authority engaged in a methodical earmarked campaign to harassed, and utilized their employees, and members of the LGBTQ Community as co-conspirators to violate Plaintiff (African -American Heterosexual female) Sharon Riddick's Civil Rights on the basis of Sex, Race, National Origin, Sexual Orentation, and Retaliation.

11. May 07, 2020 at 1:45pm email titled "The Recusal of Jay Koplove" sent to Boston Housing Authority's Legal Department calling for the recusal of BHA Senior Attorney Jay Koplove due to the following reasons. In the email I disclosed that Attorney Jay Koplove, Gail Livingston, Christy Doyle, and Matthew Steele in April 26, 2001 utilized their positions at the Boston Housing Authority and a BHA Attorney to commit several

R.I.C.O. violations in a scheme to file fraudulent eviction proceedings against myself and my 8 yrs.old daughter on Housing Court Case No.: 01-SP-01877.

12.   By withholding my rent checks that were mailed to the Boston Housing Authority; to appear as late payments of rent." Attorney Jay Koplove will then "create" a housing court eviction case against you that you are a "Habitual Late Payer of Rent" and manufactured fraudulent rent balance that does NOT exist. Due to the fact that the Plaintiff complained to the BHA that one of its employees committed a breaking and entry in her apartment in the year 2000 at 110 Stratton Street.

13.   In 2014 I submitted a request to the BHA Legal Department for an Independent Audit on my 2001 Tenant Accounting file, and the audit revealed that there was an BHA employee named Ron who was withholding my "rent payments" to appear as if they were late when in fact the rent payments were not. This conspiracy was the starting point towards the eviction process. The Independent Audit also concluded that "Ms.Riddick has in possession all of her rent recipits. I further state that Attorney Jay Koplove to investigate my complaint of civil rights violation, and harassment /stalking by BHA Residential Custodian is a conflict of Interest.

14.   May 7, 2020 at 2:00 PM email sent to the BHA Legal Department's General Counsel titled "Fox 25 Boston Investigates Baby daddy comment has housing authority lawyer facing questions." Fox 25 Investigates Boston Housing Authority Senior Attorney Jay Koplove for "offensive language," and "questionable evictions" after a tenant made complaints about not having screens on her windows for fear her autism child will start climbing. BHA Attorney Koplove is quoted as saying " Do you have a problem with entering into an agreement under which your "baby daddy" agrees not to yell at staff?" "Koplove appears to blame the tenant for the lack of screens on her windows." "Even though they are required by law."

15.   May 08, 2020 at 7:08 PM received an email from Boston Housing Authority General Counsel Caesar Cardozo regarding my request for the recusal of BHA Attorney Jay Koplove and Colleen Leaver. BHA General Counsel Cardozo denied my request of the recusal Jay Koplove citing that my claims "were unsubstantiated and otherwise without

4

merit" and allegations unfounded," and "his participation in the investigation will be
untainted by conflict of interest." During this investigation all future communications will
be conducted in writing and cc: to the General Counsel.

16.   May 9, 2020 at 3:32 PM email titled " Now Ensues The Cover Up" describing a
phone call on May 8, 2020 at 2:53 PM that took place with BHA Property Manager
LaKeshia Eagle informing me that she is is receipt of my "emailed complaint" Ms. Eagle
stated the following, that she spoke with Timothy Stewart and Boston Housing Authority
Residential Custodian Vincent Wright regarding my allegations of stalking and
harassment and both parties denied my allegations."

17.   BHA Property Manager Lakeisha  Eagle goes on to give both perpetrators "glowing
acclamations" by making the following statements "No Sharon they are not like that."
"They wouldn't do something like this." Ms. Eagle goes on to offer me a transfer to
another building. To which I rejected, I stated I am the victim here and it should be the
perpetrators transferring pending exoneration of the investigation."

18.   May 9, 2020 at 5:21 PM email titled "One More Thing" sent to Boston Housing
Authority General Counsel stating " I informed Boston Housing Authority Property
Manager LaKesha Eagle; That  I witnessed BHA Residential Custodian Vincent Wright
eavesdropping at my apartment door through my peep hole." "Just standing there makes
me believe he is cleaning but not cleaning." To which she responded "Oh he is cleaning,
although she wasn't there to witness this I was."

19.   I also pointed out and submitted pictures that if BHA Residential Custodian Vincent
Wright was on my floor to clean on May 6th 2020 removing graffiti of a clearly visible
stick figure drawing on the wall in purple crayon by the exit stairways, near the elevator.
that is etched on the wall now for months now, or the hallways and trash room walls that
have a thick grime and dirt covering." I also pointed out the cleaning of my floor is a ruse
or cover-up for him to have an excuse to be present on my floor so that he may position
himself outside my apartment door and listen to the on goings in my apartment.

20.    Again I requested that BHA Residential Custodian Vincent Wright and Tenant Timothy Wright be transferred while the investigation is ongoing, due to my rights privacy and safety being violated; as a single woman living alone. Comparison to two grown men well over 6ft., and weigh over 200 pounds possibly with violent tempers. I also pointed out that Timothy Stewart Children's mother resides on my floor.

21.    May 15, 2020 at 3:50 PM email titled "Clarifying" sent to Boston Housing Authority General Counsel Caesar Cardozo requesting Clarification to the email of the "recusal of Jay Koplove." I am seeking clarification that all communications between myself and BHA employees, Employees Relations Coordinator, Coleen Leaver, Attorney Jay Koplove will be in the form of emails only."

22.    May 15, 2020 at 4:05 PM email received from BHA General Counsel Caesar Cardozo confirming with a "yes" that all communications between myself and Colleen Leaver, Jay Koplove are to be via email format only, and "this point was reiterated with the BHA Personnel who are involved in the investigation of your complaint."

23.    May 15, 2020 at 4:41 PM email titled "FYI" sent to the Boston Housing Authority General Counsel stating " Boston Housing Authority Personnel Colleen Leaver called me at 3:42PM today, to asked me questions surrounding my complaint." I immediately stop her and reference her to an email from the General Counsel citing all emails between both parties are to be email." to which Colleen Leaver stated she "was unaware of your request." I then suggest Colleen Leaver to submit her inquiries  via email to me, and I will reply via email as well." I also pointed out that by no means I did not answer Colleen Leaver questions at all."

24.    May 15, 2020 at 6:06 PM email received from Boston Housing Authority's General Counsel Caesar Cardozo stating " I apologize for the mix-up. Thank you for reporting this to me and for your willingness to assist BHA in the investigation of your complaint."

25.    On June 3, 2020 7:18 pm email titled "Is this intimidation?" sent to Boston Housing Authority General Counsel Casear Cardozo, stating that someone shot BB-gun pellets into the living room bay window. Plaintiff Sharon Riddick also stated in the email "To my knowledge I have been residing in this particular unit since the year 2018 and nothing like this has ever taken place before." "For it is only after I filed a complaint(s) that I am now experiencing this unlawful act of intimidation."

26.    Plaintiff Sharon Riddick also inquired about a past tenant named Cassandra Shields who had experienced previous harassment and intimidation involving tenant Timothy Stewart, and Boston Housing Authority Residential Custodian Vincent Wright prior to my moving into the Peabody Englewood Development.  Plaintiff was in fear of her safety that the request that BHA Residential Custodian Vincent Wright, and Tenant Timothy Stewart be Transfer to other Developments pending the  prior investigations findings.

27.    Plaintiff goes on to state the following requesting an another request for her apartment to be inspected of hidden cameras or listening devices, it appears that BHA Residential Custodian Vincent Wright "seems to know all of my comings and goings since I am a Person known to stay in my apartment for days at a time." Considering no one has a key to my apartment but me. Vincent Wright also knows beforehand when I am in the lobby or on my way to the lobby area. " It had came to my attention that Vincent Wright has in his possession a master key to all the units

28.    As of April 29, 2020 I had a locksmith install a second lock on my unit door  due to the fact I came home in the mid week of April and found large male dirty black smudge fingerprints on my refrigerator door.  I also would come home and find rolls of paper towels, toilet tissue, and bottle water and packages of meat missing.

29.    On June 3, 2018 at 7:56pm email received from Boston Housing Authority General Counsel Caesar Cardozo apologizing for the BB-gun incident and suggesting I report this to Boston Police and BHA Police and BHA Property Manager."

30.    June 4, 2020 at 4:10AM email sent to Boston Housing Authority Legal Department General Counsel Casear Cardozo describing the April 13, 2018 incident of hidden cameras installed in my apartment. Who accompanied Boston Housing Authority Residential Custodian Vincent Wright; is a description of the Black male 5"5 slim built with a caribbean accent, wearing regular street clothing and no uniform of the company's logo or identification, impersonating an AETNA Fire Alarm employee.

31.    On June 4, 2020 at 12:46 PM email recieved from Boston Housing Authority General Counsel Caesar Cardozo stating  In response to your request for information regarding a "Cassandra Shields," "the BHA is prohibited by law from disclosing or sharing personal information regarding former or current BHA residents."

32.    June 4, 2020 at 4:14 PM email titled " Maintenance Worker put hidden cameras in apartment bathrooms, sent to Boston Housing Authority Legal Department General Counsel of a fox19 news article of a maintenance worker placing hidden cameras in apartments.

33.    On June 4, 2020 at 6:20 PM email titled "A New Way To Correspond" sent to Boston Housing Authority Property Manager Angel Santos, the BHA Legal Department, stating the following: "I perfer to communicate via emails format." A list of topics BHA Property Manager Angel Santos and I discussed via phone i.e. "BB-gun incident, illegal install hidden cameras," " The BHA electrician and the Building Superintendent came to my apartment to change the Heat Detectors , but were unable to, due to the fact that the heat detectors are connected to the building's main alarm system, advise to make contact with AETNA Fire Alarm Company to re-installed."

34.   On June 8, 2020 at 11:36 AM email titled "It Happen Again!!" sent to Boston Housing Authority General Counsel Caesar Cardozo stating BHA Security knocked on my door at 7:26 AM asking permission to come inside to inspect my windows it appears there is a Cauasian male who rides across the street at 537 Talbot Ave 3rd floor Apartment, who shot (2) two more bb-gun projectiles into my living room bay window again at approximatley 4:30 AM-5:45 AM.

35.   June 8, 2020 at 11:34 AM email titled "Tomytec LittleArmory P90 Type 1/12 Scale Plastic Model LA039 for Sale /ebay, basically identifying the type of BB-gun that was used to shoot at my bay windows in the living room.

36.   June 8, 2020 4:57 pm Boston Police Offense/Incident Report No.: 202039920, reporting to Boston Police Officers Gilligan, Lopes; Boston Housing Authority Residential Custodian Vincent Wright installing hidden cameras in my apartment and his co-conspirator BHA Tenant Timothy Wright stalking her whereabouts. Boston Police did not investigate this matter, failure to keep from harm.

37.   June 8, 2020 at 6:24pm email titled " I Want My Apartment Professionally Sweep And the Removal of All Hidden Cameras and Listening Devices Immediately" sent to Boston Housing Authority Legal Department.  On June 6, 2020, I ordered an GPS Anti Spy RF Detector from Amazon, and I aimed the GPS camera hidden camera locator at the heat detectors installed in my apartment, and a high pitch alarming signal started to go off indicating there is a hidden camera in that particular  location. Two Boston Police Officers were witness to this incident. Boston Police Sean Gillilgan wrote down the person name of Vincent Wright who I gave as the person responsible for placing the hidden cameras in my apartment.

38.   On June 9, 2020 at 8:25 AM email titled "Boston Housing Authority is endangering my safety as well as the safety of other tenants." To the Boston Housing Authority's Legal Department, email entails Boston Housing Authority Residential Custodian criminal behavior consisting of Child Pornography,  Federal Stalking, harassment,

Invasion of Privacy, disruption of my quiet enjoyment, breaking and entering in the daytime, unconsented voyeurism. The email also stated that BHA Residential Custodian Vincent Wright is a unregistered sex offender.

39. June 9, 2020 at 9:39 AM Senior Attorney Jay Koplove sent out a group email to BHA employees assigned to investigate my May 6, 2020 complaint instructing them not to open my emails. By stating the following "Everyone don't open these." "They could be spam."

40. June 10, 2020 at 6:51 PM email titled " Present and Past Boston Housing Authority's Notifications of ATHENA Fire Alarm....All Eyes on This!" sent to the Boston Housing Authority Legal Department, General Counsel. Plaintiff Sharon Riddick made a Phone call to ATENA Fire Alarm Company to inquire further about the fraudulent April 13, 2018 Maintenance Work Order.

41. Plaintiff spoke with ATENA Fire Alarm Operations Manager named "Kim" and was informed that "AETNA Fire Alarm did NOT conduct any fire alarm inspection at the Peabody Englewood Development for the entire month of April 2018." "We conducted fire alarm inspections at that Development on March 29, 2018 in the common areas, we did NOT go into the units only the common areas of the Development."

42. Plaintiff Sharon Riddick also submitted the actual fraudulent Maintenance Work Order drafted up by BHA Property Manager Angel Santos and his co-conspirator BHA Residential Custodian Vincent Wright, typed in English and Spanish referring to the Heat

Detectors as Smoke Detectors, with the hours of work at 8:00am-4:00pm. Plaintiff also submitted  legitimate Maintenance Work Orders, typed in English only, with the hours of 8:00am-3:00pm, the legitimate Maintenance Work order makes no mention of the comparisons of smoke or heat detectors.

43.   June 11, 2020 at 10:29 AM email titled "Another Phony 24 Hour ATENA Notice Issued by Boston Housing Authority Residential Custodian Vincent Wright An Attempt to Retrieve His Hidden Cameras From My Apartment." I then confirmed the 24 hour Notice for AETNA Fire Alarm testing schedule for June 12, 2020 with ATENA Operations Manager "Kim" who in return stated "Oh no we are NOT testing in the apartments only the common areas of the building."  Although the 24 hour Phony AETNA Fire Alarm Testing Notice states as: "If you are not home during this time, the resident custodian will enter with our key to your unit." "He will accompany the worker when he comes to your apartment."

44.   On June 13, 2021 at 5:31pm email titled "Identity Theft" sent to Boston Housing Authority's Legal Department General Counsel calling for The Boston Housing Authority to implant fingerprinting into their hiring process. Plaintiff also stated that Boston Housing Authority Resident Custodian Vincent Wright is committing Identity Theft by using an American Citizen's identity to gain employment and Subsidy Housing from the Boston Housing Authority.

45.   June 14, 2020 through August 17, 2020  Boston Housing Authority  Residential Custodian Vincent Wright received a (60) sixty days suspension of his employment at Boston Housing Authority, Peabody Englewood Development.

46.   June 15, 2020 at 4:36 PM  email sent titled "Cyberstalking of Boston Housing Authority Custodian Vincent Wright" to Boston Housing Authority's Legal Department defining the cyberstalking of  Boston Housing Authority Residential Custodian Vincent Wright by installing hidden cameras into the Plaintiff's apartment. I later found out not only was Boston Housing Authority Residential Custodian stalking me through cameras,

11

but also through the internet by using my phone number in the "find my phone App" to know my exact locations, to which he retrieved my phone number from Boston Housing Authority Property Manager Angel Santos.

47.    On June 19, 2020 at 11:32 email sent titled " Still waiting for the changing of Unit 317 Heat Detectors" to the Boston Housing Authority's Legal Department.  AETNA Fire Alarm Company was in the lobby area conducting inspection of the building fire system.

48.    I immediately inquired if AETNA was conducting inspections into the units, so a white male AETNA employee stated to me that they were only doing a "silent inspection of the  Alarm systems, they were not entering into the apartments."

49.    I also asked an AETNA employee "how can I have new heat detectors installed into my apartment?" due to the fact that the Boston Housing Authority Custodian" and his friend impersonated as an AETNA employee on Friday April 13, 2018 installed illegal hidden cameras into my apartment."

AETNA employee stated  "I have to inform the manager and the manager will get in contact with the company to set up a time and date to change the base of the detectors." I stated "I already informed the manager but  for some reason they are not going to change them." "AETNA employee told me to talk with this lady after agreeing with me  that cameras are undetected by the naked eye."

50.    There was a Caucasian  woman on the phone sitting on the bench near the Peabody and Englewood entrance. I introduced myself and stated the situation about the heat detectors and illegal installation of hidden cameras by the Boston Housing Authority Residential Custodian.  To which she wrote my first and last name down and apartment number in her notebook. She then stated to me that **"there was nothing she could do about it."**She proceeded to walk away from me, but I stopped her by asking" her name and job titled' she hesitantly responded that her name is **Susan Shea, Construction Building  Representative,"** and then left in a hurry.  I later found out that she is in fact MetroHousing/Boston, **Manager for Special Projects, Inspectional Services**

51.     June 21, 2020 at 3:16 PM email titled " The Illegal Reentry of Boston Housing Authority Custodian Vincent Wright ....A.k.A. Jason Wright Into the United States Again sent to Boston Housing Authority Legal Department's General Counsel Caesar Cardozo stating the following: " Boston Housing Authority Custodian Vincent Wright whose true identity is Jason Wright a deported aggarvated felony conviction was deported from the United States after serving five years sentence in the state of New York Department of Corrections, for Sodomy rape in the first degree of a child under tha age of 10yrs.old. I also charged Boston Housing Authority with aiding and abetting an unregistered sex offender.

52.     June 25, 2020 at 4:29 PM email titled "Reforms At the Boston Housing Authority" sent to the Boston Housing Authority Legal Department General Counsel Caesar Cardozo. In this email Plaintiff called for the following terminations from employment without the "golden Parachutes" Kate Bennett, Administrator to the Boston Housing Authority, Caesar Cardozo, General Counsel, Jay Koplove, Senior Attorney, Elitsur Moran, Human Resources Director, Colleen Leaver, Employee Relations Coordinator, Susan Shea, Construction Representative. The disbandment and the revamping of the BHA. A fingerprinting system in place at the Integrated Automated Fingerprint Identification System (IAFIS), Extensive and thorough background checks annually. CCTV cameras should be installed in ALL developments and throughout, developments hallways and foyers, two assigned security guards round the clock hourly inspections on all floors throughout the developments. More lighting in hallways and stairways.

53.     June 29, 2020 at 1:14 PM email titled "Manager Agreement" recieved from Boston Housing Authority Property Manager Angel Santos stating "enclosed you will find the manager agreement we talked about." "Please sign and send it back to me." The Boston Housing Authority has no date transcribed on it, although on the last page of the Manager Agreement it states "that it's a legal document upon both parties signature." The Manager Agreement goes on to state that "The Resident Sharon Riddick will cease harassing Boston Housing Authority Residential Custodian Vincent Wright by making unfounded accusations of his alleged video taping, photographing, or otherwise interfering with the resident right to quiet enjoyment of her premises.

54.     The Manger Agreement goes on to state the following " If the resident has a complaint about Wright, or any BHA staff member, she shall contact the property manager or his/her supervisor and let that person know of her complaint." "If the BHA

and the resident cannot resolve the issue, the parties may each seek relief from any court or administrative tribunal that has jurisdiction over any such complaint." "

55.    The resident agrees not to involve herself in any argument or disagreement between her and BHA staff, understanding that such disruptions may cause a disruption of other persons' quiet enjoyment." "The BHA will examine the resident apartment's heat detectors and if defective, BHA will repair them." "If they are found not to be properly functioning, BHA will provide proof to the resident of that and if the resident is still dissatisfied, she retains the right to seek relief from a court or administrative agency with jurisdiction over  such matters."

56.    "The resident agrees to notify BHA Officials of any problems with her tenancy before contacting law enforcement to see whether the issue, whatever it may be, can be resolved."

57.    June 30, 2020 at 10:08 AM email titled "Teachable Moment" sent to Boston Housing Authority Property Manager Angel Santos stating the following " My refusal to sign the Manager's Agreement," Asserting my Constitutional Right of the First Amendment to petition the government to redress your grievances, so therefore I would be calling the law enforcement should  any future incidents concerning Boston Housing Authority Residential Custodian Vincent Wright arises."

58.    I also stated that "I would like to thank you for your acknowledgement of past breaking entries in the daytime on my unit of Boston Housing Authority Custodian Vincent Wright.  For YOUR OWN agreement  states as : "Vincent Wright shall not enter the resident's apartment for any reason by  himself."

59.    I also stated the hidden cameras are the heat detectors base, the base that can detach in and out. (see attachment image provided) In fact the base of the heat detectors located in my apartment do not match the actual heat detector overall structure. Both objects are two different colors (1) one is an egg shell white color, and the other is off white color. Therefore hidden cameras are installed. The heat detectors are the cameras!

14

60.   August 9, 2020 at 4:11 PM email titled "Status Update On Investigation" sent to Boston Housing Authority Legal Department General Counsel Caesar Cardozo stating the following: Inquiring if about the ongoing investagation especially with the last sighting of BHA Residential Custodian Vincent Wright was June 25, 2020, inquiring Vincent Wright is allowed on the premises of Peabody Englewood.

61.   August 10, 2020 at 11:24 AM email titled "Forwarding All Emails Submitted to the Boston Housing Authority Civil Rights Department" sent to the Boston Housing Authority Legal Department General Counsel Caesar Cardozo stating the following:

62.   "Having read Boston Housing Authority's Civil Rights Protection Plan I am requesting that Boston Housing Authority Legal Department to forward all emails that I have submitted to the Legal Department of the Boston Housing Authority to the Boston Housing Authority Civil Rights Department so that a complaint can initiated/activated immediate for it is my strong belief that Sharon Riddick's Civil Rights of Race, Sex, National Origin, disability were violated by Boston Housing Authority Custodian Vincent Wright A.K.A. Jason Wright , and Boston Housing Authority for not conducting a thorough vetting process when hiring Vincent Wright a register sex offender in the state of New York."

63.   August 11, 2020 at 12:57 email titled "2ND Supplement to Email Titled Status Update on Investigation" sent to the Boston Housing Authority Legal Department stating the Housing and Urban Development 14.2.7.3 Criminal Conduct 1988, although many PHAs and owners included lease provisions addressing the subject, none of the federal statutes expressly addressed evictions for criminal activity. That year, Congress amended the public housing legislation to make criminal activity grounds for eviction from public housing in certain circumstances, and in 1990 refined the 1988 amendment. With those amendments Congress required that the activity must threaten PHA employees or the health, safety or right to peaceful enjoyment of the premises by other tenants or be drug-related activity on or near the premises and that the tenant, other household members, guests or others under the tenant's control must have engaged in the criminal activity. 114.

64.    I further stated that the crime of Cyberstalking by BHA Residential Custodian Vincent Wright is a good cause for eviction. Under President Willian Clinton's One Strike and You're Out."136 That release was HUD's effort to get PHAs to evict more families as the way of combating drug dealing and violent crime in public housing. To do so, HUD resorted to simplistic, catchy phrases and exhorted PHAs to take swift, dramatic actions. In large print -- the title, subtitles and first paragraphs of each section -- the document conveyed a single message: PHAs should crack down on entire families by being more aggressive on evictions.

65.    Boston Police Offense/Incident Report No.:202059093 by reporting officer William Bulger dated August 17, 2020 at 11:17 AM for a harassment report Plaintiff "Sharon Riddick is reporting coming home to discover an open condom hanging from my apartment door." "I stated to the officer that BHA Residential Custodian Vincent Wright was the person who did this. The officer asked me "how do I know it was him?" I stated he was suspended from work since June for putting hidden cameras in my apartment." I stated that he lives in the building on the 6th floor. I also stated he is using a false name and is an unregister sex offender from New York." Boston Police did not investigate this criminal matter at all, failure to keep from harm. "I spoke with the building manager Angel Santos. He stated that Ms. Riddick has made numerous complaints against Mr. Wright." "He stated he lives in the building and is on leave from his custodian because of the incident and is attempting to get a transfer."

66.    August 31, 2020 at 1:27 AM email titled "My Complaint on Boston Housing Authority Harboring an Sex Offender on its Payroll, emailed to the MAWebmanger@hud.gov of the Housing and Urban Development (HUD) My complaint stated the following: I am a United States Citizen, who is being cyberstalked by a Boston Housing Authority Custodian who is committing identity theft by the name of Vincent Wright.

67.    Whose true identity is Jason Wright who was convicted of aggravated felony Sodomy 1st degree of a child under the age of 10 yrs., a five years prison term at the New York State Department of Corrections date of crime June 21, 1993 date of conviction February 15, 1994, Jason Wright a.k.a. Vincent Wright recieved a permanent deportation from the United States to his country Jamaica immediately after serving the prison term.

16

68.    I further state the "Presently Jason Wright a.k.a. Vincent Wright (D.O.B. September 10, 1973 has illegally re-entered the United States, working as a custodian at the Boston Housing Authority in a funded government employment, residing in Subsidy housing in government housing, committing identity theft and filing fraudulent filing income taxes through the IRS, and claiming a fraudulent income tax refund.

69.    August 31, 2020 at 1:01 PM email submitted to MAWebmanager@hud.gov titled "Part 3 My Complaint of the Boston Housing Authority Haboring an sex Offender Employee on Its Payroll "Today I received an email from the Boston Web Coordinator asking if I "spoke with Boston Housing Authority or the property manager about this matter ?"

70.    Attachments enclosed below outlining the falsified maintenance work order in order to gain access to my unit to illegally install hidden cameras in my heat detectors by Boston Housing Authority Custodian Vincent Wright a.k.a. Jason Wright. To which earned Vincent Wright a Suspension from employment at the Boston Housing Authority on June 25th 2020.

71.    August 31, 2020 at 3:48 PM email titled " This Is What Brewing.......A Conspiracy! sent to Boston Housing Authority General Counsel Caesar Cardozo stating the following That Tenant Timothy Stewart's Children mother and a friend of BHA Resident Custodian Vincent Wright girlfriend who goes by the street name "cupid" it appears that both women are trying to corner me in the elevator to make it appears as if I said something inappropriate to them or to get me alone were there are no witnesses to make it appear as if I harassed them. on August 31, 2020 at 1:34pm.

72.    August 31, 2020 at 9:40PM email titled "Part 2 of My Complaint on the Boston Housing Authority Harboring an Sex Offender employee on its Payroll" submitted to MAWebmanger@hud.gov stating the following: "Boston Housing Authority are refusing

to interview on my complaint matter." The Boston Housing Authority is engaged in a conspiracy to cover -up." The Boston Housing Authority Senior Attorney is emailing everyone involved in investigating my complaint by giving the following instructions of "Not to open emails from Sharon Riddick, it could be SPAM."The Boston Housing Authority is refusing to give me a status update on my complaint."

73.  September 1, 2020 at 12:58 email titled " My Civil Rights Are Being Violated" submitted to the USAMA.CivilRights@usdoj.gov stating the following: "I was being Cyberstalked by Boston Housing Authority Residential Custodian Vincent Wright, who is also an unregister sex offender residing in the United States illegally.

74.  After receving a permanent deportation status of  comminting a crime of sodomy 1st degree rape of a child under the age of 10yrs, after serving 5 yrs in NewYork Department of Corrections under the name Jason Wright. Vincent Wright is now engaging in identity fraud, by being employed for the Boston Housing Authority as a custodian using fraudulent work orders to gain access into apartments to install hidden cameras. It is my belief that The Boston Housing Authority and its employee Vincent Wright  are violations of my Civil Rights on the basis of National Origin, Sex, Race, and Disability.

75.  September 2, 2020  received Boston Housing Authority Investigation Findings viaUSPS mail in a favorable ruling for  BHA Residential Custodian Vincent Wright.

76.  September 3, 2020 received a Notice to a Private Conference to Show Cause from Boston Housing Authority Property Manager Angel Santos stating Sharon Riddick was in violation of the following lease violation: "Installing a lock on my unit door without permission" and Harassing a BHA employee (Vincent Wright).

77.  September 3, 2020 at 4:44 PM email titled "WebManager Complaints" sent to HUD Portfolio Management Specialist Ellen Bradley stating the following: Please explain the need to know if I forward emails to other agencies."

78.    September 3, 2020 at 1:48 PM received from HUD Portfolio Management Specialists
Ellen Bradley stating the following: This is in response to your 3 emails to the HUD
WebManager this week."Our office will contact the Boston Housing Authority regarding
the contents of the emails." " Please explain if you have provided the information  below
about the allegations regarding Mr.Wright to the BHA or other agencies previously.


79.    September 4, 2020 at 3:02 PM email titled "Retaliation and Intimidation" sent to
Portfolio Management Specialist Ellen Bradley, MAWebmanger@hud.gov stating the
following "On September 4, 2020  I received a letter at my door  that a private conference
has been schedule for me on September 9, 2020 at 11:00 AM."


80.     I further pointed out that I deem the letter as The Boston Housing Authority first act
of retaliation as a way to intimidate me into silencing and evicting me from the Boston
Housing Authority Peabody Englewood Development." "I also called for the Private
Conference to be rescinded before the approaching date."


81.    Through further elaboration "that the scheduling of a Private Conference is a
violation of my Civil Rights on the basis of Race, National Origin, Sex, Disability. I also
pointed out that I reserved the right to install a new lock on my apartment door for my
safety, and that it was not a violation of my lease." Keep in mind I was not the one
suspended from my employment for drafting up fraudulent work orders to gain access
into tenants' apartments to install hidden cameras."


82.    September 4, 2020 at 6:39 PM email titled "General Counsel At Boston Housing
Authority" stating the following "here is the contact information you requested." I have
been corresponding with the General Counsel since May 6th 2020 through email and in
his possession all emails on this matter, as well as Human Resources Colleen Leaver,
Boston Housing Senior Attorney Jay Koplove, HUD Hotline."

83.     September 4, 2020 Amendment Letter received September 12, 2020 via USPS from
Boston Housing Authority Employee Relations Coordinator Colleen Leaver and CC: to
BHA General Counsel Caesar Cardozo. Letter is stating the following RE: Amendment
to Letter Dated September 2, 2020 instructing to me to "discard the September 2, 2020
letter and replace and refer to the enclosed September 4, 2020 letter in its place"

84.     September 5, 2020 at 9:42 AM email titled "In Need Of Legal Representation" sent to
Greater Boston Legal Service stated as follows: "My name is Sharon Riddick and I am in
dire need of legal representation. I completed the online intake application on August 31,
2020 with the expectation of receiving a reply within 3 business days, when I did NOT
received any feedback I then called the Greater Boston Legal Services at 617.371.1234
on September 4, 2020 at 11:08 am my entire wait time was the duration of 56 minutes
and 42 seconds. To which the recording just kept playing back this recording is in English
and Spanish please hold on. However after 56 minutes and 42 seconds of waiting time on
hold I gave up and hung up the phone."

85.     " After several attempts to get in touch with a live person to discuss my legal matter I
am now turning to you for assistance, this is what's going on May 6th 2020 I reported a
complaint of sexual harassment of stalking to the Boston Housing Authority stating: "I
am a concern United States Citizen who is being cyber stalked by  a Boston Housing
Authority Custodian who is utilizing a fraudulent identity in the name of Vincent Wright,
whose true identity is  Jason Wright  who was convicted of a aggravated felony of
sodomy 1st degree  to a (5) year prison term at New York State Department of
Corrections, date of crime is  June 21st 1993, date of conviction February 15, 1994. Jason
Wright a.k.a. then received a permanent deportation from the United States to his country
Jamaica immediately after serving the prison term." "Presently Jason Wright a.k.a.
Vincent Wright ( D.O.B. September 10, 1973) has illegally re entered the United States,
working as a custodian at the Boston Housing Authority  in a governmental employment,
residing at Peabody Englewood on the 6th floor  in governmental housing,  committing
identity theft by fraudulently filing income taxes through the I.R.S. and claiming a
fraudulent  income tax refund."

86.     On April 13. 2018 Jason Wright a.k.a Vincent Wright  along with his friend
impersonated as an AETNA Fire Alarm company  through  fraudulent maintenance work
order to gain access into my home to installed illegal hidden cameras  and listening
devices into my unit (317) at the Peabody Englewood to continued to cyber stalk me. I
don't believe I am the only female tenant this happening to.` On June 10th 2020 after

providing the fraudulent maintenance worker order to Boston Housing Authority 's Legal
Department and the confirmation of AETNA Fire Alarm Company that NO Fire Alarm
Inspections took place in the month of April 2018 at all. Boston Housing Authority
Custodian Vincent Wright a.k.a. was the place on suspension on June 14,2020.

87.    As an act of retaliation Boston Housing Authority has scheduled a private conference
for cause to proceed to court to commence a summary process action on September 9,
2020 at 11:00 am and I need someone there for legal representation.

88.    September 5, 2020 at 9:42 AM email received from Greater Boston Legal Service
Ann Cruz stating the following: Thank you for your message. I am "out of the office" for
the Labor Day holiday weekend. GBLS is closed on Monday in observance of the
holiday. I will return to work (remotely) on Tuesday, and will reply to your message then.
Another email from Dan Manning of Greater Boston Legal Service stating the following :
"I will be away until Tuesday, September 8th and will only be checking email
occasionally

89.    September 5, 2020 at 5:34 PM email titled " Refuting the Boston Housing Authority
Investigation Findings" sent to Boston Housing Authority Legal Department General
Counsel, HUD Office of Public Housing Ellen Bradley Portfolio Management Specialist
stating the following: consisting of false statements, inaccuracies, such as the misspelling
of my first and last name.

90.    Lastly how can you have an "Investigation Findings" and NOT I repeat NOT
interview the Victim the Complainant who is filing the complaint, me ...Sharon Riddick.
Throughout Boston Housing Authority's Colleen Leaver Employee Relations Coordinator
Investigation Letter there is no indication that she talked to me or emailed, or asked me to

refute BHA Custodian Vincent Wright a.k.a Jason Wright's claims of slander or threats, aggression, argumentative, resentment.

91.    Just accusations towards me accusing me (Sharon Riddick) of Civil Rights violations, slander, threats, aggression, Argumentative, resentment, insufficient evidence.

I am under the impression that in order for Investigation findings to take place ALL parties involved have/should be interviewed. Nowhere in Colleen Leaver's In Investigation Findings I am quoted as refuting any of Property Manager Eagle ,BHA Custodian Vincent Wright claims of wrongdoing.

92.    I was NOT interviewed by General Counselor Caesar Cardoza

93.    I was NOT interviewed by Senior Attorney Jay Koplove

94.    I was Not  interviewed by Employee Relations Coordinator Colleen Leaver

95.    Again I am requesting an Appeal to take place with the United States Department of Housing and Urban Development, Fair Housing  office immediately please respond to me in email format the time and date of location of this impending Appeals hearing.

96.    September 6, 2020 at 10:29 PM email titled " The Insubordination R.I.C.O. Violations of the BHA Senior Attorney Jay Koplove and BHA Employee Relations Coordinator Colleen Leaver" sent Boston Housing Authority, General Counsel Caesar Cardozo, HUD Portfolio Management Specialist Ellen Bradley stating the following "Obstruction of Justice, Insubordination, false statements, Conspiracy,  two patterns of racketeering activity, mail/wire fraud to manufacture a favorable Investigation Finding ruling in favor of Boston Housing Authority Residential Custodian Vincent Wright."

97.    September 8, 2020 at 11:58 AM email titled " Hud Contact September 4, 2020 Boston Housing Authority received from Portfolio Management Specialist Ellen Bradley states the following: Acknowledging the September 4, 2020 email and 4 attachments of the BHA Private Conference schedule for September 9, 2020." Enclosing a HUD Blue Book which provides resources of phone numbers and legal assistance, instructions to contact Tenant Advocacy Project at Harvard Law School,  Volunteers Lawyers Project."

and HUD Office of Fair Housing Equal Opportunity." Will make contact with the BHA to communicate regarding contents of your emails sent on August 31, September 4, 5, and 6, 2020."

98.   September 8, 2020 at 12:09 email titled " I Am Being Victimized Again"sent to Boston Housing Authority Legal Department General Counsel Caesar Cardozo, HUD Portfolio Management Specialist Ellen Bradley, states the following: September 8, 2020 at 9:26AM stalking incident of BHA Residential Custodian exits the elevator at the exact same time I am waiting for the elevator in the  lobby to go to my apartment. (unbeknownst to Sharon Riddick) tracking my whereabouts through an App-find my phone on his phone by using my phone number for my exact location.

99.   I further pointed out that my granddaughter is a victim of BHA Residential Custodian Vincent Wright a victim as in child pornography of the hidden cameras that were installed in my apartment to record her showertime grooming habits.

100.  September 8, 2020 at 12:42 PM received email from The U.S. Department of Housing and Urban Development (HUD), Office of Fair Housing and Equal Opportunity (FHEO) has received your HUD 903 online housing discrimination complaint form.  The information listed at the end of this email is the data you submitted.  Your complaint of housing discrimination will be routed to the appropriate regional office for processing.

101.  Your complaint will be reviewed by a fair housing specialist to determine if it alleges acts that might violate the Fair Housing Act. The specialist will contact you for any additional information needed to complete this review. If your complaint involves a possible violation of the Fair Housing Act, the specialist will assist you in filing an official housing discrimination complaint.  Please feel free to contact FHEO at the main discrimination hotline number 800-669-9777 (800-927-9275 for the hearing-impaired) or refer to the state toll-free number breakout listed below.

102. September 8, 2020 at 2:49 PM email sent to orc@bostonhousing.org titled "
Submitting My Complaint of Civil Rights Violations Against the Boston Housing
Authority, Boston Housing Authority's Employee Vincent Wright" on the basis of civil
rights violations of Sex, National Origin, Race, Disability.

103. September 8, 2020 at 3:41pm email recieved from USAMA-Civil Rights@usdoj.gov
stating the following: referring me to the Fair Housing and Equal Opportunity Office at
Housing and Urban Development.

104. September 8, 2020 at 2:32 PM received an from HUD Portfolio Management
Specialist Ellen Bradley inquiring "how is my granddaughter involved in my complaint
considering HUD database is stating your granddaughter is not on my lease?" " Provide a
phone number if one is available in the event I have additional questions or
clarifications."

105. September 8, 2020 at 3:13 PM email sent to HUD Portfolio Management Specialist
Ellen Bradley stated the following " that is correct, my granddaughter is not on my lease,
although she does visit on nights and shower in the bathroom., and change in my
bedroom where the hidden cameras are located, unbeknownst to either of us BHA
Residential Custodian Vincent Wright is recording and viewing my granddaughter
grooming habits from the ages of 9yrs old to 11yrs old ……..this is Child Pornography in
his possession.

106. September 8, 2020 at 12:04 PM email titled "Rescheduling"sent to BHA Property
Manager Angel Santos, HUD Portfolio Management Specialist Ellen Bradley stating the
following: "I am seeking to reschedule the Notice of Conference for Cause dated for
September 9, 2020 at 11:00 AM citing I needed more time to seek proper legal
representation.

24

107.  September 8, 2020 at 1:39 PM email titled " My Complaint of Discrimination to HUD Fair Housing Office sent to MICHELLEWU@boston.gov, Info@andreacampbell.org HUD Portifilo Management Specialist Elllen Bradley, stating the following: requesting  the transfer of residency and employment of BHA Residential Custodian Vincent Wright, and BHA Tenant Timothy Stewart."

108.  September 8, 2020 6:15 emailed received from HUD Portfolio Management Specialist Ellen Bradley stating the following that she is in receipt of a copy of my email indicating I filed a complaint at Fair Housing and Equal Opportunity, and advising me to file a complaint at BostonHousing Authority, Office of Civil Rights and at the MCAD.

109.  September 10, 2020 at 3:29 PM email titled "Housing Discrimination Case" received from  HUD Equal Opportunity Specialist Daniel Meyers stating the following "I will be the Intake Specialist who will draft your complaint, do you have a phone number I can reach you at?"

110.  September 10, 2020 at 4:31 PM email sent to HUD Equal Opportunity Specialist Daniel Meyers stating the following: "Yes I do but I rather talk in email format.......if that's ok with you?

111.  September 11, 2020 at 12:30 PM email received from HUD Equal Opportunity Specialist Daniel Meyers stating the following: "Yes that's fine, the email goes on to state his role as a conciliator on my case, and to try and settle the case before the investigation is complete." "In other words I try to resolve the issue for both parties. "Essentially what we look for is settling your case in exchange for receiving something that you are accusing"...... it could be money, an apartment transfer, being put on a wait list, ect. "The party you are accusing has an incentive to move in that direction because it would save them the time and money of a drawn -out investigation."

112.  September 11, 2020 at 1:04 PM email sent to HUD Equal Opportunity Specialist Daniel Myers stating the following "Yes that would be great, thank you. I would like an apartment transfer to a quiet clen safe place, an environment as well and a settlement."

113.   September 11, 2020 at 1:09 PM email sent to HUD Equal Opportunity Specialist Daniel Meyers stating the following : "And I would like the for this to happen as soon as possible,"and I would like permission to install a second lock on my new apartment door and ONLY I will retain the key please." I also would like to see this new apartment beforehand."

114.   September 11, 2020 at 12:30 PM " email received from HUD Equal Opportunity Specialist Daniel Meyers " Okay good I will pass this information along."

115.   September 11, 2020 at 7:30 PM email titled "Tenant Advocacy Project -Intake"received from Jessica Katzen Student Representative Tenant Advocacy Project stating the following "Thank you so much for speaking with me about  your housing situation." I can present your case to TAP's Intake Review Committee, and we can make a decision about whether we can take your case for full representation." "Forward all correspondence from the BHA, HUD wanted you to sign."

116.   September 11, 2020 at 7:43 PM email titled "The Elephant in the Room is ….." sent to Daniel Meyers HUD Intake Specialist, Boston Housing Authority General Counsel Caesar Cardozo, Portfolio Manager Specialist Ellen Bradley,  Info@andreacampbell.org MICHELLEWU@boston.gov  stating the following the incompetence of BHA Employee Relations Coordinator Colleen Leaver as well as her false statements, and her tampering with evidence  by destruction of documents, also trying to altered, or impede an investigation.

117.   September 11, 2020 at 7:56 PM email sent to TAP Tenant Advocacy Project , Jessica Katzen stating the following "Will do, thank you."

118.   September 15, 2020 at 9:57 AM email titled "Cancellation of Private Conference" received from BHA Property Manager Angel Santos stating the following: the Private Conference schedule for September 30th has been canceled and will be rescheduled with notice."

119. September 15, 2020 at 12:00 PM received an email from Jessica Katzen at TAP Tenant Advocacy Project stating the following "will present my case to TAP's intake review committee at our next meeting , this friday. I will let you know shortly if TAP will take your case, if not provide advice about referrals or next steps."

120. September 16, 2020 at 10:42 AM email titled "Cancellation of Private Conference" forward to HUD Equal Specialist Daniel Meyers, and MICHELLEWU@boston.gov

121. September 17, 2020 at 12:40 PM received an email titled "Draft Complaint" from HUD Opportunity  Specialist Daniel Meyers  stating the following the violation of discrimination base on Sex, Disability, National Origin (although Race for some reason left out) Discriminatory terms and conditions, privileges, services, facilities, retaliation.

122. September 17, 2020 at 12:53 PM emailed sent to HUD Equal Opportunity Specialist Daniel Meyers requesting to proceed forward and  "to add my granddaughter to my complaint her showering grooming habits, for child pornography recorded by BHA Residential Custodian Vincent Wright ."

123. September 17, 2020 at 1:00 PM emailed received from HUD Dainiel Meyers stating

In agreement to add my granddaughter as an aggrieved party."

124. September 21, 2020 at 2:28 PM email received from BHA Property Manager Angel Santos offering me a Transfer application to another development."

125. September 23, 2020 at 7:57 AM email titled " Thanks .......but no thanks" sent to BHA Property Manager Angel Santos , General Counsel Caesar Cardozo  stating the following: " I am not interested in these developments pulsating with crime. I am looking more to a smaller setting opposed to large developments."

126. September 24, 2020 at 12:29 PM recieved an email from HUD Equal Opportunity Specialist Daniel Meyers acknowledging in receipt of the emails on the BHA.

127. September 29, 2020 at 1:03 PM emailed titled " Need More Policing At Franklin Park" sent to MICHELLEWU@boston.gov, Info@andreacampbell.org, commissioneroffice@pd.boston.gov stated the following:

128. September 28, 2020 on or about 7:30 am 8:30 am I was at Franklin Park doing my exercise of power walking consisting of  3 times around the park. While walking a brown skinned black male with a bulging belly  dressed in a grey shirt with white stripes on the forearm sleeves and grey sweatpants with a black stripe across the thigh area of the sweat pants. Riding a mountain bike tried to run me over/down  with his bike, at first I thought I imagined it and continued to walk.

129. September 29, 2020 on or about 7:00 am 7:30 am again I am at Franklin Park doing my exercise of power walking, when it happen again a brown skinned black male with a bulging  belly dressed in the same attire of September 28, 2020 tried to run me over/down with his mountain bike again.

130. Seeing that this was NOT my imagination at all, I waited until he rode around again and I snapped a photo of him (see photo Below). I can't prove it but something tells me that this man trying to run me over has something to to with the BHA scandal that is unfolding of BHA Custodian Vincent Wright drafting up false work maintenance order to gain access into my apartment to illegally installed hidden cameras into my apartment for 2.5 years of cyber stalking. I believe he was sent there to target  in a form of intimidation or harassment on behalf of (BHA) Custodian Vincent Wright. Considering  I have been going to Franklin Park since February 2019 until present time without any further incidents.

131. October 1, 2020 at 11:01 AM email titled " BHA Custodian Vincent Wright  is Still Harassing /Stalking Me and Tampering With My Mail" sent BHA General Counsel Caesar Cardozo, E.O.S. Investigator Shahrira stated the following : This morning at 9:30 am I retrieved my mail from 1875 Dorchester Avenue box no. 317  at Peabody

Englewood Development. I noticed that the back flap of my mail from the Boston Housing Authority Tenant Accountant was open.

132.  October 1, 2020 At 11:54 AM email sent to USPS Customer Support@USPS.gov complaint of BHA Residential Custodian Vincent Wright tampering or theft with my mail, sent to United States Postal Inspection Service stated the following "Complaints alleging mail tampering or theft by non-employees fall under the exclusive jurisdiction of the United States Postal Inspections Service. Therefore we have forwarded your correspondence to them for their review."

133.

   Open to the effects that ONLY corner flap was torn open, the attachments of the envelope from Boston Housing Authority Tenant Accounting I have enclosed shows that the the front of the envelope is torn please disregard the front side  of the envelope, I tore the front side of the envelope to retrieve the contents inside the envelope. Now the back side of the envelope addressed to me titled Boston Housing Authority Tenant Accounting was torn open by Boston Housing Authority Custodian Vincent Wright.**18 U.S. Code § 1708.Theft or receipt of stolen mail matter generally**

134.  October 2, 2020 at 1:03 PM email titled " Now I am being stalked by BHA Custodian Vincent Wright's L. "Terry" Young" email sent to E.O.S. Intake Specialist Daniel Meyers, BHA General Counsel Caesar Cardozo stated the following: On October 2, 2020 arriving in the lobby area of Peabody Englewood after exiting off the elevator from my apartment, BHA Custodian Vincent Wright was coming into the lobby area at 10 mins before 9 am by way of the stairs off the mezzanine. I arrived at Harry's laundromat across the street from my residence, Peabody Englewood Development, like I do every 2nd , 3rd of the month.  (See. photos)

135.

   BHA Custodian Vincent Wright sees me exiting the Peabody Englewood building with my big bag of laundry in my shopping cart. I set up 4 to 5 washing machines. At this time no one is in the laundromat with the exception of the laundry attendant and a Haitian woman who lives in Peabody Englewood and is now exiting the laundromat with her laundry.  Fifteen minutes to a half an hour had passed, and I exited the Laundromat to go

and retrieve my other bag of laundry. Seven minutes later upon my arrival into the laundromat, I see that BHA Custodian Vincent Wright's girlfriend L.Young had now arrived at the laundromat, and had the attendant take out my now finished washed load from the washing machine so that she can place a load of her own laundry into a washing machine adjacent from the other washing machine that I am also using.

136. Now the ratio of the laundromat is the laundromat attendant, Vincent Wright"s girlfriend L. Young and myself (3 people) I am making a point to bring your attention to the ratio and the surroundings of the laundromat due the fact of unlimited availability of empty washing machines was ample. Boston Housing Authority Custodian Vincent Wright and his girlfriend L.Young set their sights on me to continue to violated my Civil Rights of National Origin, sex, race, and disability (when ever I am seen walikng though the lobby area by means of exiting or entering the Peabody Englewood) by them.

137. By conjuring up a pattern behavior to harassed and stalked me in a orchestrated campaign of retaliation against as pay back towards me and to portray Vincent Wright as some sort of "victim" a victim who also has a witness, in lieu of Boston Housing Authority Custodian Vincent Wright receiving a 60 days suspension from his employment in June 14, 2020- August 14, 2020.

138. October 8, 2020 at 12:42 PM I received an email from HUD Equal Opportunity Specialist Daniel Meyers stating the following that my complaint is ready for my signature now.

139. October 9, 2020 at 12:37 PM email to HUD Equal Opportunity Specialist Daniel Meyers the following BHA Residential Custodian Vincent Wright was stalking me at 9:03 AM in Franklin Park."(see.photo)

140. October 13, 2020 12:03 PM received email from HUD Equal Opportunity Specialist Daniel Meyers stating the following "Your case has been filed." "We are assigning an investigator."

141.  October 15, 2020 received a United States Postal Service Official Change of  Address Confirmation Letter stating my mails will now be forwarded to my P.O. Box address instead of home address.

142.  October 26, 2020 at 11:57 AM email titled "It's  Been Quite Sometime Now" sent to HUD Equal Opportunity Specialist Daniel Meyers requesting information on the investigator assigned to my case, for I am seeking a TRO Temporary Restraining Order."

143.  October 26, 2020 at 12:49 PM email received  from HUD Equal Opportunity Specialist Daniel Meyers stating the following " I will see if I can find out who the investigator is." "Regarding Immediate injunctive relief, as I stated previously there is nothing immediate about an investigation."

144.  October 26, 2020 at 1:06 PM  email sent to HUD Equal Opportunity Specialist Daniel Meyers stating the following: " What are you talking about?".......The Injunctive Relief IS the Temporary Restraining Order TRO therefore this action should not take place over the course of a few months." "Considering the harassing behavior is still continuing as I speak."

145.  October 26, 2020 at 1:22 PM email received from HUD Equal  Opportunity Specialist Daniel Meyers stating the following:" HUD has no control over whether or not there is a temporary restraining order (TRO). That is for the police. We cannot control whether or not there is a TRO granted. A TRO might be used as evidence in our investigation, but HUD has nothing to do with whether or not one is granted."

146.  "HUD will investigate whether or not BHA discriminated against you. That investigation will entail obtaining statements from all parties involved and examining relevant documents. The process will likely take a few months. There will be no immediate relief from HUD unless BHA agrees to settle your case, which we cannot

force them to do. If you obtain relief via a TRO, that is fine, however HUD has nothing
to do with TROs."

147.  October 26, 2020 at 1:41 PM email sent to HUD Equal Opportunity Specialist Daniel
Meyers stating the following: "No Dan this is NOT true in what you are saying, for my
information comes from HUD Housing and Urban Development Complaint Intake
Process 8024.01 REV - 2 and 8024.01 REV - 2. I view your position of deninal on my
seeking a TRO -Temporary Restraining Order as an act of 18 U.S.C. 1505 Obstruction of
Justice By Obstructing Proceedings before departments and agencies and committees.

148.  Temporary Restraining Orders (TROs). A TRO is a form of extraordinary relief
similar to a preliminary injunction, except that a TRO can be issued without the
respondent's receiving notice or an opportunity to be heard. An EOS need not determine
what type of injunctive relief is appropriate in a given set of circumstances--that will be
decided by attornys for the Office of General Counsel, consistent with the current
delegation of authority, and/or the Department of Justice who represents the Department
in asking for an injunction in court. Nevertheless, the EOS does play a critical role in
identifying complaints involving situations that might warrant prompt judicial action.

149.  The EOS initiates the gathering of sufficient information to enable attorneys within
the Office of General Counsel, consistent with the current delegation of authority, to
determine whether prompt judicial action is appropriate. Since time is a critical factor, the
(EOS's) Equal Opportunity Specialist efforts can help the Department identify the
maximum time frame within which injunctive relief must be secured in order to preserve
the housing rights of the aggrieved person.

150.  October 26, 2020 at 1:54 PM email received from HUD Equal Opportunity Specialist
Daniel Meyers stating the following: "I can speak with my supervisor about your
situation, but it is highly unlikely that HUD would issue a TRO in this situation. I will let
you know what comes of it."

151. October 26, 2020 at 4:23 PM email sent to the Investigator assigned on my case shahriar,Sajid A stating the following: It is my understanding that you are the Investigator assigned to my HUD Case 01-21-6901-8, and Inquiry No. 624742, Sharon Riddick vs. Boston Housing Authority BHA.

152. October 26, 2020 at 7:13 PM email titled "My Formal Complaint Against E.O.S. Daniel Meyers and Jeffery Michael Sussman Branch Chief" sent to Susan M.Forward.

153. October 27, 2020 at 8:36 AM email received from Investigator Shahrior stating the following: I am the investigator assigned to your complaint. I would like to schedule an initial interview with you for tomorrow afternoon at 1PM. If you are not available then, please let me know when you will be.

154. October 26, 2020 at 4:28 PM email titled " Requesting a Temporary Restraining Order As Soon As Possible (TRO)" sent to E.O.S. Investigator Shahrior  stated the following: B. Injunctive Relief "Injunctive relief" is an extraordinary legal remedy granted to an aggrieved person by a court of law that either prohibits someone from doing some specified act, or commands someone to undo some wrong or injury.

155. There are two types of injunctive relief that are relevant during an investigation under the Act. These are Preliminary Injunctions. A form of extraordinary relief issued by a court to immediately compel or restrain a party's actions, and which may either be discharged or become perpetual, depending on the result of the controversy, as soon as the court determines the rights of the parties.

156. Temporary Restraining Orders (TROs). A TRO is a form of extraordinary relief similar to a preliminary injunction, except that a TRO can be issued without the

respondent's receiving notice or an opportunity to be heard. . Examples of Documentation Necessary to Support a Request for Prompt Judicial Action The preliminary investigation conducted during intake must result in the gathering of evidence that meets the legal standard that the court will require to justify its decision to grant the TRO or preliminary injunction. Supporting documentation must include, but need not be limited to, the following:

157. A verified Housing Discrimination Complaint Form, together with the complainant's signed affidavit containing a detailed factual statement of the alleged discriminatory conduct, setting forth specific facts showing that the respondent's conduct threatens or is about to threaten the complainant with irreparable injury, loss or damage (e.gspecific dates or times when events detrimental to the complainant are expected to occur); I am in dire need of a Temporary Restraining Order (TRO) against the following Respondents Boston Housing Authority Custodian Vincent Wright, lived in aide L.Young.

158. Boston Housing Authority Senior Attorney Jay Koplove, and Boston Housing Authority Employee Relations Coordinator Colleen Leaver. Boston Housing Authority Custodian Vincent Wright on numerous occasions has invoked a campaign to continue to stalk, harass, intimidate and retaliate against the complainant Sharon Riddick. After receiving an employment discipline (60 days suspension) on June 14,2020 -August 14, 2020.

159. June 30th 2020 at 10:08 am email titled "A Teachable Moment."August 17,2020 email titled "I have undergone the harassment of Respondent Boston Housing Authority Custodian Vincent Wright hanging an "out of package condom" on the exterior of my apartment door." August 31, 2020 at 3:48 pm email titled "This is what's brewing ......A Conspiracy! September 28, 2020 at 12:35pm email titled "Continuing Civil Rights Violation Stalking Harassment, Retaliation Intimidation by BHA Custodian Vincent Wright."

160. September 29, 2020 1:30 PM email titled "Need More Policing at Franklin Park." October 1, 2020 at 11:01 am email titled "BHA Custodian Vincent Wright Is Still Harassing/ Stalking Me and Tampering With my Mail."October 1, 2020 at 11:35 am

.

.

email titled "BHA Custodian Vincent Wright is  Stalking Tenant Sharon
Riddick."October 2, 2020 at 1:03 pm email titled "Now I am Being Stalked By BHA
Custodian Vincent  Wright's Girlfriend  L Terry. Young"

161.

October 9, 2020 at 12:37 pm  email titled "BHA Vincent Wright Continues too Stalked
me at Franklin Park this morning"Boston Housing Authority Senior Attorney Jay
Koplove, Boston Housing Authority Employee Relations Coordinator Colleen Leaver are
engaged in a pattern of racketeering of colluding to  engage in a "practice" of
Insubordination to  Obstruct  Justice 18.U.S.C.73 to spearhead a Conspiracy
18.U.S.C.371 to create evidence by utilizing False Statements 18 U.S.C.1001 by
conjuring a fraudulent "Investigation Findings."manufacture for a favorable ruling in the
support of  BHA Custodian Vincent Wright. May 07, 2020 1:45 PM email titled " The
Recusal of Jay Koplove." September 4, 2020 at 3:02 pm email titled "Retaliation and
Intimidation."

162.  September 6, 2020 at 10:29 pm email titled " THE Insubordination R.I.C.O.
Violations  of  BHA Senior Attorney Jay Koplove And  BHA Employee Relations
Coordinator Colleen  Leaver" September 11, 2020 at 7:43 pm email titled "The Elephant
In The Room Is........

163.  October 27,  2020 at 8:45AM email sent to E.O.S. Investigator Shahriar stated the
following:  "This is my number. 857.346.5999 however after this interview tomorrow at
1pm, I would prefer future conversations or correspondence to be conducted via email
format to avoid any confusion that might arise. I would like as much transparency as
allotted concerning my HUD case 01-21-6901-08. Is this alright with you?

164.  October 27, 2020 at 8:16 AM emailed titled "Supplement to Email titled My Formal
Complaint Against E.O.S. Daniel Meyers and Jeffrey Sussman Chief Branch" sent Susan
Forward, Daniel J. Weaver, Sajid Shahriar stating the following " I am seeking the
immediate removal of Housing and Urban Development Equal Opportunity Specialist
Daniel Myers, HUD Jeffery Michael Sussman, Chief Branch from the HUD Housing
Case/Complaint 01-21-6901-8, Inquiry No.624742 due to collusion, First Amendment
Right violations of the United States Constitution, Deprivation of Rights Under the Color
of Law 18 U.S.C. 242,  The Government Process Obstruction of Pending Proceedings 18

U.S.C. 1505, by violating the RICO ACT STATUTE - Racketeering Influenced Corrupt
Organized Crime, by invoking the two predicates of mail and wire by submitting false
statements 18 U.S.C.1001 by wire communications to impede and obstructed a federal
governmental investigation at the HUD Fair Housing Equal Opportunity."

165.  October 27, 2020 at 8:46 AM email received from E.O.S. Investigator Shahriar
stated the following "Understood. I will call you at 1 tomorrow. Thanks"

166.  October 28, 2020 at 3:34 PM email titled "My Permission" sent E.O.S. Investigator
Shahriar stated the following: submitting my permission to therapist Karen Loftus, and
Dr. Zimmerman to have discussions concerning my medical care, with Investigator
Shahriar.

167.   October 28, 2020 at 3:45 PM email from therapist Karen Loftus stated the following
"Nice to hear you." "We need a specific form filled out."  "If you want to come in and
complete and sign the form, let me know and I will make arrangements."

168.  October 28, 2020 at 3:57 PM email title "Update" sent to E.O.S. Investigator Shahriar
stated the following "Giving you permission to talk with my therapist, and doctor
regarding my behavioral health." "The Private Conference, along with the Manager's
Agreement, the two Boston Police reports and the third one surrounding my bay windows
shot at with a BB-gun."

169.  October 28, 2020 at 8:13 PM email titled "Pics of Vincent Wright at Franklin Park
Stalking me." sent to E.O.S. Investigator Shahriar.

170.  November 2, 2020 at 8:48 AM email titled "Compel The BHA to Install More
Cameras To Combat Crime" sent E.O.S. Investigator Shahrir, MICHELLE

WU@boston.gov, Info@andreacampbell.org, rs rollins 33@icloud.com, stated the following: "3RD Paragraph, 2ND sentence states " **Vincent Wright shall not entire the resident's apartment for any reason by himself.** I deem this statement as acknowledgement from BHA that BHA Custodian Vincent Wright has committed numerous unauthorized breaking and entering in the daytime into my apartment." "

171. I am bringing this statement to your attention to be address in your investigation, for BHA Custodian Vincent Wright has no legal right to enter into my apartment by himself, for I have no physical disability therefore there is no safety/medical concern, also BHA Custodian Vincent Wright is NOT a skilled tradesman i.e. Plumber, Carpenter, Electrician, Nor is Vincent Wright a fireman; again there is no need for Vincent Wright to enter my apartment by himself,only with his intent to commit theft from my apartment.

The Boston Housing Authority has refused to let me install a camera on my outer apartment door for my security and safety. Although I have noticed the BHA have undergone building improvements by installing (3) three security cameras at the front entrance and in the lobby area of the Peabody Englewood Development.

172. The BHA attempt to suppress the criminal activity at the Peabody Englewood Development is to be considered feeble and NOT enough effort.

173. November 9, 2020 letter received from Boston Housing Authority from  Senior Attorney Helene C. Maichle stated the following: "Notice of Appearance"

174. November 9, 2020 at 10:58 AM email titled "I Need A TRO Temporary Restraining Order Immediately" sent to E.O.S. Investigator Shahriar stated the following "I am requesting an update on my case as well as the General Counsel decision to issue me a restraining order immediately."  " November 9, 2020 at 9:50 am was my first time leaving my residence this morning to go exercise after being in my apartment since November 5, 2020 Thursday."

175. November 9, 2020 at 11:54 AM email received from E.O.S. Investigator Shahriar stated the following: "Ms. Riddick, In certain circumstances, HUD may determine that it

is necessary to implement injunctive relief in the form of a preliminary injunction or temporary restraining order. Such relief has not been authorized in your case. Section 4-12 of the HUD Handbook describes situations.

176.   Upon arriving at my residence located at the Peabody Englewood Development, I noticed that there were several large plastic trash bags containing garbage in the parking garage left unattended. As I made my way into the lobby area of to proceed to the elevator again Boston Housing Authority Custodian Vincent Wright is again in the lobby area NOT working but "waiting on me to show up in the lobby then BHA Custodian Vincent Wright proceeded to stand in attendance "staring""leering"at me.

177.   November 9, 2020 at 12:16 PM email sent to E.O.S. Investigator Shahriar stated the following:  "Investigator Shahriar, Is this decision not to grant me the Restraining order the General Counsel decision or yours? If so, there must be an appeal's process or provide me with contact info to the General Counsel department."

178.   November 9, 2020 at 1:10 PM email titled " I Need An Answer" sent to E.O.S. Investigator stated the following: "Investigator  Shahriar, Do you plan on answering my questions?  Is this decision not to grant me the Restraining order  the General Counsel decision or yours?" "If so, there must be an appeal's process or provide me with contact info to the General Counsel department."

179.   "The reason why I am inquiring is Housing Urban Development Boston Regional General Counsel Miniard Culpepper (617) 994-8250 ext. 8260 this office is CLOSED."

"Therefore I would like to know the name of the person,title, department who authorize the decision not to issue the TRO TEMPORARY RESTRAINING ORDER regarding HUD Case  01-21-6901-8.

180.   November, 9, 2020 at 2:01 PM email titled "Inquiring On A (TRO) Temporary Restraining Order" email sent HUD Boston Regional General Counsel Derya Samdai

stated the following: "Hello Mr. Samadi My Housing and Urban Development Fair
Housing Equal Opportunity Case No. 01-21-6901-8." "I am in dire need of an Injunctive
Relief in the form of a Temporary Restraining Order immediately." "I am told by Sajid
Shahri who is my investigator (E.O.S.) on who is denying me a TRO, after submitting to
him overwhelming evidence against the Respondents in this case."

181. November 18, 2020 at 4:11PM email titled "Seeking Update On My Case" sent to
E.O.S. Investigator Shahriar stated the following: "Hello, I am seeking a status update on
my HUD Fair Housing Case please email your response as soon as possible."

182. November 19, 2020 at 3:10 PM email titled "Weapons are forming but They Would
Not Prosper" sent to E.O.S. Investigator Shahriar stated the following "On November 19,
2020 at 7:16 am upon exiting my apartment I noticed that an envelope was placed outside
my unit door on the floor." "The envelope has the Boston Housing Authority Heading
and address label on it, it appears to be delivered to my unit in person, for I can't seem to
find a United States Post Office Postage anywhere on the envelope."

183. "The Boston Housing Authority Recertification Appointment letter has the noted date
of November 3, 2020 with the Recertification Appointment date at November 17, 2020 at
time of 11:30 am. However, a day after the Recertification Appointment date, the letter
was placed outside my unit door on November 18, 2020 as Boston Housing Authority
employee Djamila Evora's feeble attempt to terminate my lease by subjecting my
household to an eviction process at Housing Court again."

184. Investigator Sajid Shahriar it is at this point that I wish to revise my Housing and
Urban Development Fair Housing. Complaint Case 01-21-6901-8, by adding Boston
Housing Authority employee Management Representative Djamila Evora as a
Respondent outlined in my complaint immediately, by the discriminating charges of
retaliation, intimidation, interference with my rights to file a Fair Housing Complaint at
HUD. BHA Custodian Vincent Wright and BHA Management Representative Djamila
Evora colluded to form a conspiracy to cause  me to miss my Recertification

Appointment date in hopes  my Housing lease may be terminated. I also would like to point out that Boston Housing Authority employee Senior Management Aide Djamila Evora' falsified government documents to the record by adding her signature indicating on November 17 2020  that  She (Djamila Evora') explained the BHA Zero Tolerance Policy to Tenant Sharon Riddick this is NOT true.

185.

Boston Housing Authority Senior Management Aide Djamila Evora' again falsified yet another governmental document the Annual Recertification Rider by stating she (Djamila Evora') and submitting her signature as a witness the parties have executed this Rider this 17, day of November 2020 at Boston Massachusetts. This is NOT true for how it is for Djamila Evora' to  have executed a rider to Tenant Sharon Riddick when we never have met. In fact under"**COVID 19 pandemic the recertification process is ONLY scheduled by telephone, email and / or mail in order to address the COVID-19 safety measure."**

November 24, 2020 at 11:31 AM email "Titled In Need of MBHP Support Services sent to Sylvia Kelly stating the following:As an act of retaliation Boston Housing Authority has scheduled a private conference for cause to proceed to court to commence a summary process action on September 9, 2020 at 11:00 am and I need someone there for legal representation."

186.  November 27, 2020 at 12:08 PM email titled "The Continuing Stalking Behavior of Vincent Wright" sent to E.O.S. Investigator Shahriar stated the following: " November 27, 2020 at 10:14 am I entered the lobby of Peabody Englewood development, my residence, awaiting the elevator. Standing in the lobby area as if he was waiting on me with a red commercial vacuum cleaner in his hand is again  Boston Housing Authority Custodian Vincent Wright, he is not working or utilizing the vacuum. For the entire Peabody Englewood Development  lobby area, floors are made of " RED brick cement tiles."

187.  "BHA Custodian  Vincent Wright is just leaning against the vacuum cleaner. I then proceeded to lift my sleeve and glance at my watch to note the time. From my Peripheral vision I notice BHA Custodian Vincent Wright witnessing my action of "noting the time" by proceeding to grab the vacuum cleaner and making haste to run in the Property manager or the management aide offices out of my view. To which the office floors are made of white tiles as well. I view BHA Custodian Vincent Wright behavior as criminal stalking, retaliatory,  and is in violation of my Civil Rights of race, national origin, sex, and disability. A violation of the Boston Housing  Authority lease violation to my quiet

enjoyment as a resident of Peabody Englewood development that needs to be addressed at once."

188. November 27, 2020 at 12:38 PM email titled "Can You Respond Back To Me" sent to E.O.S, Investigator Shahria  stated the following: "Investigator Shahriar, I am in receipt of the Respondent's ANSWER  to HUD No.01-21-6901-8 Complaint. However, should I supply an answer/rebuttal to their answer and position statement or is the onus on HUD the Office of Fair Housing? Please advise me that I don't want the case to be dismissed due to lack of answer."

189. November 30, 2020 at 11:30 AM email titled "Supplement to the email sent on 11/27/2020 titled the Continuing Stalking Behavior of Vincent Wright." sent to E.O.S., Investigator Shahriar stated the following: " November 30th 2020 at 9:41 am I entered the vestibule of Peabody Englewood Development enroute to the elevator to go upstairs into my apartment, standing inside the vestibule as if he is waiting for me is Boston Housing Authority Custodian Vincent Wright holding the door to the lobby open; and having a pretextual conversation with the postman.

190. I say pretextual because immediately after I entered through the doorway BHA Custodian Vincent Wright immediately ended the conversation by following me into the lobby. I view this incident a means for The Boston Housing Authority and their agent BHA Custodian Vincent Wright to continued to violate my Civil Rights of Race, National Origin, sex, disability by engaging in an criminal "practice" to harass me by stalking.

This criminal behavior of the Boston Housing Authority and their agent BHA Custodian Vincent Wright needs to be addressed immediately."

December 4, 2020 at 10:50 AM email received from Sylvia Kelly stating the following : "Hello Ms. Riddick, For this issue I would suggest you contact GBLS, it appears it has a legal component. https://www.gbls.org/

191.  December 7, 2020 at 2:38 PM email titled "Religious Accommodations" sent to
E.O.S., Investigator Shahriar stated the following: "On December 7, 2020 I entered my
residence of Peabody Englewood's vestibule, and I noticed tape to the door entryway, an
unofficial notification stating that "I must wear a mask upon exiting my apartment and
going out the building." this notification is a violation  my constitutional rights of  the
First amendment of the United States Constitution states as: Congress shall make no law
respecting an establishment of **religion**, or prohibiting the free exercise thereof; or
abridging the **freedom** of speech, or of the press; or the right of the people peaceably to
assemble, and to petition the Government for a redress of grievances.

192.  Since March 2020 I have never worn a mask in the Development of Peabody
Englewood to "gain entrance into my apartment, my place of residence where I pay rent
at or going outside". As for my Rights as a Christan it is my religious belief that it is the
plague of "pestilence"  going about the land, and I believe that the blood of Jesus is in my
life as a form of protection, so this pestilence will NOT affect me at all. I would like to
remind all in receipt of this email in the Biblical days of Egypt and Moses and Pharaoh;
when the 10 Plagues were going through the land of Egypt, Moses was not affected nor
worry about God's Plagues, in fact he was sitting down having dinner with his family and
friends awaiting further instructions from God.``

193.  Furthermore I do NOT exhibit any of the following symptoms as outlined by the
(CDC) Center for Disease Control  People with COVID-19 have had a wide range of
symptoms reported – ranging from mild symptoms to severe illness. Symptoms may
appear 2-14 days after exposure to the virus. People with these symptoms may have
COVID-19:
   Fever or chills
   Cough
   Shortness of breath or difficulty breathing
   Fatigue
   Muscle or body aches
   Headache
   New loss of taste or smell
   Sore throat
   Congestion or runny nose
   Nausea or vomiting
   Diarrhea

194. Once again this notification submitted by the Boston Housing Authority is again a violation of my Civil Rights of race, gender, and disability to the point that, in accordance with CDC Center for Disease Control, having a weakened immune system may increase your risk of severe illness from COVID-19. As well as my Constitutional Right of the First Amendment of the United States Constitution outlining religion and free speech.

195. Having a brown or dark melanin skin strengthens your immune system as well having type O blood makes me  least susceptible to developing COVID-19, hence COVID-19 Immunity. I deem Boston Housing Authority unlawful notification as a another feeble attempt to conjured an fraudulent eviction process on Tenant Sharon Riddick for exercising her constitutional right under the First Amendment by petitioning  the government to redress her grievances at the Housing and Urban Development Fair Housing Equal Opportunity by submitting a complaint of Civil Rights violation that occurred from the Boston Housing Authority and its eninities.

196. Conversation #2 at my in person December 7, 2020 Annual Recertification upon completion of the recertification BHA Property Manager Angel Santos was leaving for the night but he wanted to leave my recertification documents in his locked office desk drawer (again with this lock desk drawer I'll get the story on this so called locked desk drawer), I respond to Angel "No take them with you didn't you tell me that Vincent has a key to everything around here." Angel then stated he will take the documents over to his other management office.Back to this so-called "lock desk drawer "of BHA Property Manager Angel Santos.

197. The conspiracy entails if Vincent Wright wants something regarding personal documents, or access to my spare key or any other tenant's documents. BHA Property Manager Angel Santos is to then leave it in his office desk drawer either unlocked or perhaps  Vincent Wright has a copy of Angel's desk key.  Then Angel can always claim some made up pretext as to why his desk was left unlocked in the first place.

198. I know this because it is my strong belief that BHA Property Manager Angel Santos is the person who gave BHA Custodian Vincent Wright my personal information as in my phone number, and email address. Just like BHA Property Manager Angel Santos or BHA Housing Aide Djamila Evorna was the co-conspirator in drafting/typing up that

43

fraudulent Maintenance Work Order dated April 13, 2018 for Vincent Wright to gain access into my apartment to install hidden cameras in my heat detector with his friend,........ remember the bottom half of fraudulent Maintenance Work Order was typed up in language of  SPANISH.

199.  BHA Custodian Vincent Wright does NOT speak or write spanish he can barely speak english let alone write in english/spanish. Vincent Wright speaks more Patios, a native Jamaican broken english. Draw your attention to the affidavit of his Harassment Prevention Order you will see it is two different hand writings in the area of signature and the actual writing section in the affidavit testimony. This is another form of cyberstalking: how BHA Vincent Wright was able to stalk me using a phone tracking app in the app store. You can download an app that tracks a person's whereabouts by utilizing the victim's own phone. All you need to have is the victim's phone number.

200.  No one at the Peabody Englewood has my phone number with the exception of the Boston Housing Management Office. On December 7, 2020 at the time of my recertification with Boston Housing Authority Property Manager Angel Santos  I wanted to remove my daughter from my notification in case of an emergency contact person, however BHA Property Manager Angel Santos suggested against and advising me to leave the listing as present stating the following in "case something happens to you your daughter can have access to your apartment." I wonder how BHA Property Manager Angel Santos knew on  December 7, 2020 (beforehand) that on December 23rd 2020 an attempt of murder  will be made on Sharon Riddick's life."

201.  December 8, 2020 at 11:48 AM email titled "Conspiracy to Harass and Intimidate on the Behalf of BHA Custodian Vincent Wright" sent to E.O.S Investigator Shahriar stated the following: " that BHA Custodian had two carribean females to stalk me at Franklin Park Walking  Course." "Recently I changed the time that I would show up at the park by arriving at the park an hour and half later." "Now I am noticing that the two women with the Caribbean accents are now arriving at the park an hour and half later like me."

202.  Enclosed are two attachments of photos of the color and make and Massachusetts
       license plates of the two females who are conspiring with the Boston Housing Authority
       and its agent Boston Housing Authority Custodian Vincent Wright to stalk me while
       exercising at Franklin Park walking trail; by continuing to violate my civil rights by
       National Origin, and disability.

203.  December 14, 2020 12:46 PM email titled "My Quiet Enjoyment is Again being
       Violated by BHA Custodian Vincent Wright." sent to E.O.S. Investigator  Shahriar stated
       the following: " December 14, 2020 at 10:22 am as I entered the lobby area of the
       Peabody Englewood Development enroute to the elevator to go upstairs into my
       apartment.

204.  Standing in the lobby as if he is again waiting for me is Boston Housing Authority
       Custodian Vincent Wright having a pretextual conversation with the security guard. I am
       awaiting the elevator BHA Custodian Vincent Wright cut then stopped the conversation
       with the security guard and walked out the building. Again I view this incident  as a mean
       for The Boston Housing Authority and its agent BHA Custodian Vincent Wright to
       continued to violate my civil rights of race, National Origin, sex, disability by harassing
       me by stalking me.

205.  December 15, 2020 at 1:04 PM email received from E.O.S. Investigator Shahriar
       titled "Closure Letter Riddick v. Boston Housing Authority (HUD File
       Nos.01-20-6901-8-4-6-D) stated the following:  Conclusion " Based upon the
       information set forth above there is no reasonable cause to believe the Respondent
       violated the Fair Housing Act, as alleged." "The Department further does not find
       non-compliance with Title, VI, Section 504, or the ADA.

206.  December 17, 2020 at 11:20 AM email titled " Review Requested"  sent to E.O.S
       Investigator Shahriar stated the following: " The request for review was mailed off this
       morning."  Review Letter dated December 16, 2020 mailed to Director of Office of
       Program Compliance and Disability Rights Office of Fair Housing and Equal
       Opportunity, U.S. Housing and Urban Development, 451 Seventh Street, S.W.,
       Washington D.C. 204010.

207. December 23, 2020 approximately 9:00 AM Sharon Riddick entered the Peabody Englewood Development enroute to my apartment as I entered into the lobby area; there I was met by BHA Residential Custodian Vincent Wright standing at the security desk with the security guard Francisco. BHA Residential Custodian Vincent Wright removed an Out of Order elevator from the door and turned it on by placing it back into commission with his building maintenance key, and turning the elevator that is rightful in-use off with his building maintenance key. Myself and a elderly Asian woman both walked on the (unbeknownst to us) broken elevator.

208. Selected our floors and however the elevator passed our selected floors and started to shake violently and wouldn't stop. Myself and the elderly Asian woman were holding on to the handicapp banisters located on the walls of the elevator. The elevator was levitating on the fifth floor, finally the doors to the elevator flew open and I immediately exited the elevator and instructed the elderly Asian lady to get off the elevator as well. I ran down to the lobby area where the elevator is and there was BHA Residential Custodian Vincent Wright (with his back towards me) placing the out of order sign back on the elevator and turning it off with his key. At this time he also turns the elevator that is supposed to be utilized back on. I stated " I know that it was you who turned the elevator off and turned the broken elevator on."

209. I stated "I know who you are," "I know all about you," " You're a child molestor, your real name is Jason Wright your d.o.b. September 10, 1973 you received a permanent deportation to your country Jamaica; from this country the United States in June 1999, after serving a five year sentence in New York State Department of Corrections in Februaury 15, 1994 for Sodomy in the 1st degree rape of a child under the age of 10 years old date of crime June 21, 1993." So what are you doing working for the Boston Housing Authority you are a sex offender? There is a video cameras in the lobby areas recording BHA Residential Custodian Vincent Wright committing this criminal act of Attempted Murder on Sharon Riddick life. I called the Boston Police, Police Officers from District C-11 answer the call to draft a report of the crime of attempted murder on my life. I also called Boston Housing Authority General Counsel Caesar Cardozo and left a message on his answering machine as well on his cell phone regarding the attempt of murder made on my life." BHA General Counsel Caesar Cardozo called me back to which I was so upset and frightened about what was happening to me. That I tried to relay the ordeal the best way I could.

210. December 23, 2020 at 10:03 AM, Boston Police Offense Incident Report No.: 202093676 Reporting Officer Stephen Shields District C-11 email to BHA General Counsel Caesar Cardozo, E.O.S. Investigator Shahriar, HUD Portfolio Management Specialist. BHA Residential Custodian Vincent Wright stated the following : "I called him a sex offender and to watch out." "She accused me of removing the out of order sign elevator from the elevator." also stated "someone else removed the sign." BHA Residential Custodian Vincent Wright stated he was going to court for a Harassment Prevention Order."

211. Now granted there is a out of order elevator sign on the elevator door, however when this sign is place on the door isn't the proper protocol is to turn off the elevator as well as to notified the tenants in the building that the elevator is out of order by placing an out of order sign on the elevator." NOT to place an out of order elevator sign on the door, and leave the elevator in commission turned on. Think of the liability the United Elevator Company would accure. It was BHA Residential Custodian Vincent Wright that removed the out of order elevator sign, and turned the out of order elevator on; with his building maintenance key that he is the only person in the building that possesses a building maintenance key.

212. December 23. 2020 at 3:00 PM Harassment Prevention Order Docket No:. 2007ro1368 issued against Sharon Riddick and listing BHA Residential Custodian Vincent Wright as the Plaintiff, stating the following: "I am ordered not to abuse the Plaintiff." "You are ordered to stay 25 yards away from the Plaintiff." "You are order to stay 25 yards from the Plaintiff residence of 1875 Dorchester Ave #609 ``"You are ordered to stay 25 yards from the plaintiff workplace located 52 Chauncy Street Boston. " "Order expires January 6, 2021 at 4pm" signed and issued by Judge James Coffee, Next Hearing date January 6, 2021."

213. December 26, 20220 at 12:30 PM "Commonwealth of Massachusetts Recognizance (Promise to Appear) stated the following: Cash bail of $200.00 plus 40.00 to bail bondsman Helen White, from C-11 Boston Police District.

214. December 26, 2020 as I was leaving the  building by coming down the stairs BHA
Custodian Vincent Wright exited the manager's office and started smiling at me as if he
was taunting me regarding the December 23rd 2020 incident about the attempt made on
my life.   I called him a "child molsetor whose real name is Jason Wright, and you were
permanently deported from the United States in June 1999, after serving a 5 year
conviction for the sodomy 1st degree rape of a child under 10 years old in February 15,
1994.  You have another alias by the name of Chester Hall, and now you are illegaly in
back in the United States committing more crime.

215.   Committing identity theft, and still committing crime." What are you doing here at
Boston Housing Authority sex offenders aren't suppose to be woirking here there are
women and children here? What are doing in this country again? After saying all that to
BHA Custodian Vincent Wright the taunting smile on his face has now disappeared
especially when  I made mention of his alias Chester Hall and he started asking me ``how
do you know that?"

Since the starting of the investigation as of May 6, 2020 until December 26, 2020 and
throughout the harassment, intimidation,and retaliation of the Boston Housing Authority,
and its agent BHA Residential Custodian Vincent Wright I have undergo; I have not utter
one word of harassment or threats, not one word overall towards BHA Residential
Custodian Vincent Wright with the exception of  my revealing to BHA Residential
Custodian Vincent Wright that I know that who he really is...

(After BHA Residential Custodian Vincent Wright's attempt  on my life on December
23rd 2020)  ........is NOT harassment or threatening especially if the "revealing" is
"truthful."

216.  As I return to the building the Boston Police Officers from C-11 are in the lobby Area
of Peabody Englewood talking with BHA  Residential Custodian Vincent Wright. As I
make my way into the lobby. BHA Residential Custodian Vincent Wright states to the
Officers "there she is." Boston Police Officers Thomas Flynn, Chrisotpher Thomas
approached me wearing body cameras and stated the following to me: "You've been
harassing this guy and there is a harassment prevention order filed against you."  "I stated
there was no Harassment Prevention Order filed against me; I never received one."

217.  The Officers showed me a copy of the paper of Harassment Prevention Order listing
Vincent Wright as the Plaintiff. I informed them that I never received this in advance."

218. The Police officers told me that they were arresting me for harassing BHA Residential Custodian Vincent Wright, I stated to the Officers that I am the victim here this this guy Vincent Wright place hidden cameras in my apartment and try to kill me on December 23rd 2020, and is an sex offender illegally here is the country after being deported permanently for sodomy in the first degree of a child under 10 years old, now he back using someone else's identity and harassing me. Boston Police Christopher Simpson yelled at me and asked "how do you know that?'" I stated "I have his police record upstairs in my apartment." Boston Police Christopher Simpson yelled at me ``you have no right to have his Police record." I stated it's public information." Officer Christopher Simpson stated " So what he did his time, you are harassing him." You're under arrest and placed me in handcuffs,"and a police car enroute to C-11 police Station.

219. December 26, 2020 at 10:20 AM Boston Police Report/Incident No:.202094281 by Officer Christopher Simpson states the following: Sharon Riddick was making false claims against BHA Residential Custodian Vincent Wright, that Riddick regularly screams obscenities at him and calls him a rapist, pervert and child molestor."

220. During a pat frisk of the suspect for weapons officers recovered a black expandable baton and a silver scalpel with protective covering." "It should be noted that Riddick was verbally abusive towards Officers and threatened that she planned to sue them and bring them before the Civilian Review Board." Riddick stated that the Officers would have to pay for all her stuff after she sued them and that they should return to the academy for training."Boston police Incident/Supplement Report December 26, 2020 No.: 202094281 states the following "About 10:50 AM on Saturday, December 26, 2020 Officer Flynn printed a photographed of the Harassment Prevention Order issued out of Dorchester District Court (Docket# 200TRO1368) to be included with Sharon Riddick's property."

221. December 26, 2020 at 8:53 AM Boston Police Officer Thomas Flynn did NOT knock on my door and hand delivered a Harassment Prevention Order to Sharon Riddick on this date and time he falsified this Return Of Service, in fact Boston Police Officer Thomas Flynn Own body camera can attest to my statement."

222. December 28, 2020 at my Arraignment at Dorchester District Court  when I asked to see the December 23, 2020 police report that triggered the issuance for a Harassment Prevention Order against Sharon Riddick. The Clerk of the Court John Coughlin, the Prosecutor Michael Anderson, and even my own court appointed defense attorney refuse to produce the police report for my viewing. Everyone was playing "keep away" with the police  report from me.

223. It is my belief after December 28, 2020 After viewing the Peabody Englewood Lobby video footage Boston Housing Authority residential Custodian Vincent Wright making an attempt on my life ,was terminated/suspended from his position of employment at Peabody Englewood  and instructed to vacate the premises as told to me on January 20, 2021 by BHA Property Manager Angel Santos.

224. December 28, 2020 submitted an on-line copy of my Judicial Complaint to Massachusetts Commission On Judicial Conduct stating the following; "If you provided an email address, you will receive a copy of your complaint shortly." However I never received a copy of my complaint. When I called the Commission on Judicial Conduct to confirm recipit  of my complaint the receptionist stated "it was not received."

225. December 28, 2020 mailed in a copy of the Judge Jonathan Tynes Judicial complaint to the  Commonwealth of Massachusetts Commission on Judicial Conduct at 11 Beacon Street Suite 525, Boston Massachusetts, stating the following: Canons and Codes violations. The violations of  section 2 Aiding and Abetting, Title 18 U.S.C. Section 242 Deprivation of Rights under Color of Law.

226. December 29, 2020 at 9:37 AM an email titled "Complaint Lodge Against Bondsman Helen White" sent catherine.coughlin@jud.state.ma.us stated the following:  "One of the arresting officers came to the holding cell to inform me that I was being bailed. I was escorted to Bail Bonds Helen White, who in return introduced herself and the reason why she was here. Bondsman Helen White then turned to the arresting officer and he in return

informed Helen White that "she is refusing to sign her property report as to saying she received all her properties." I said "I am disputing it,all my property is not there."

227. It is at this point that Bondsman Helen White violated my Constitutional Right to the Eighth Amendment states as Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. By making the following 18 U.S.C. 1001 false statements to me "that you have to sign the property form or you can't be bailed then." I stated to Bondsman's Helen White "that I am not signing it again, all my property is not there, it's missing so I am not signing."

228. Bondsman Helen White proceeded to gather up her bail bondsman documents while stating to me then "I am not bailing you then you call someone else and take back in her cell." I then stated "what does my bail have to do with me not signing for my property?" Bondsmen Helen White then stated "If you don't want to sign the property form then you can go back into your cell, then I proceeded to snatch the property form out of her hand and was about to sign it, it was at this point the C-11 Lieutenant Dennis Cogavin overheard the conversation transpiring came out his office and made the following statement to me "Sharon you don't have to sign the property form if you are disputing your property the two items that have not been lodge in with the rest of your property we are holding them as evidence for when you go to court to see a judge.

229. December 30, 2020 mailed in my Judicial complaint to the Commonwealth of Massachusetts Commission of Judicial Conduct against First Justice titled " Pinocchio was a wooden puppet who thought he was a little boy, however First Justice James Coffey is a criminal who thinks he is a JUDGE." The Judicial complaint stated the following: the Dorchester District Court is being utilized as a R.I.C.O. (Racketeering Influenced Corrupt Organized) criminal enterprise in a Conspiracy of "Pay to Play" scheme to manufacture cases into docket  through a pattern of racketeering, by having law students prosecute cases into/or docket in exchange for favorable rulings for bribe monies. I also listed the Supreme Judicial Court Rules of Code of Judicial Conduct violations as well the Codes and Cannons.

230.  The first act of Judge James Coffey pattern of racketeering started as far back  as in deprivation of my rights to served on a jury in November 28, 2018 by dismissing Sharon Riddick from her civic duty on the basis of my answer to Judge James Coffey question, " Do/Can you believe a civilian testimony over a policeman? and I said yes. Although the defense attorney and the prosecutor made NO objections to me being seated on the jury, only Judge Coffey.

231.  Judge James Coffey's second act racketeering activity against me occurred on April 24, 2017 at the Dorchester District Court. Judge James Coffey recruits Dorchester District Court employees to commit crimes on his behalf. "I was in attendance at Dorchester Court in support of my brother who was charged and exonerated of an assault and battery charge, with the presiding Judge Serge Georges Jr.  At the court recess for lunch break hour. I went out the front doors of Dorchester District Court and proceeded to come back into the building through its metal detectors and its security."

232.  A trial Court Officer, a black male place a handcuff key into my coat pocket at the security checkpoint  in hopes I may be charged with a crime of aiding & abetting in the escape of my brother in case he was convicted."

233.  Judge James Coffeey's third racketeering activity  against Sharon Riddick occurred on December 23, 2020 when he fraudulently issued a Harassment Prevention Order against me that is NOT in compliance with Massachusetts General Law G.L.c. 258E. According to the Harassment Prevention Order an Harassment prevention order can only be issued when someone has committed 3 or more acts of harassment. Sharon Riddick has not even committed one act.

234.  I further stated that Judge James Coffey continues to harass Sharon Riddick due to the fact that I filed a RICO Civil/Criminal Complaint (1:11-CV-10613) along with exhibits at the Joseph Moakley Federal District Court of Massachusetts, (11-7777) Writ Certiorari at the Supreme Court of the United States. Detailing a criminal enterprise consisting of attorneys and State/Federal Court Judges accepting bribes to manufactured cases for favorable rulings in a $44,000,000 money laundering scheme.

235.  A colleague of and friend of Judge Kathe Tuttman made an attempt on my life by
rigging a jury service summons on April 28, 2011 at 1:03pm at the Edward Brooks
Courthouse. Judge Kathe Tuttman then tries to run me over in her blue Toyota SUV
Highlander after receiving my RICO complaint against her describing her accepting
bribes in the amount of over $300,000.

236.  After viewing the California Attorney Michael Avenatti case of theft of client funds it
is my belief that a settlement of $20,000,000 was stolen from my case.

# 2021

237.  January 1, 2021 Boston Police complaint against Boston Police Officers Christopher
Simpson, and Michael Flynn submitted to 1 Schoder Place Internal Affairs Division
stating the following chargers violated Obstruction of Justice, 18 U.S.C. 1503, 18 U.S.C.
2 Aiding and Abetting, 18 U.S.C. 242 Deprivation of Rights Under the Color of Law, 18
U.S.C. Section 241- Conspiracy Against Rights, 18 U.S.C. 1001 False Statements,
Listing of all Police Reports throughout the incident.

238.  January 5, 2021 at 3:39 PM email titled "checking in" received from Pine Street Inn
"Triage Supervisor, Blake McCarthy stating the following: "Hi Sharon, long time no talk!
I hope you are well. I was thinking of you and how fast time has flown since we last
talked. I tried to call you, but the number I have doesn't seem to be the right one. Could
you give me a call when you can? 617-879-8840  Looking forward to catching up"

239.  I then place a phone called to Blake McCarthy requesting her services as an adovcate
between myself and the Boston Housing Authority and it agents, to which an agreement
was erected  between myself and Pine Street Inn Triage Supervisor Blake McCarthy that
she would act in the capacity of my housing adovcate while seeking a housing transfer
and nothing more." To which relinquishing of releases was signed by me.

240. January 6, 2021 at 9:00AM Notice of Next Event received from Dorchester District
Court Restraining Order Section, Docket Number 2007R0001377 Sharon Riddick v.
Vincent Wright.

241. January 6, 20201 Letter received from the United States Department of Justice, titled
"Your Letter Dated January 1, 2021" stated the following "The U.S. The Attorney's
Office is not an investigative agency and is not in a position to investigate your
allegations." "We suggest you contact the Office of Attorney General . One Ashburton
Place, Boston Massachusetts, 02108 for assistance in this matter." "To file a complaint.
Signed by the Duty Paralegal"

242. January 6, 2021 Harassment Prevention Order states as date of modification January
6, 2021 at 1:55 PM, expiration January 6, 2022 at 4pm signed and issued by Judge
Jonathan Tynes.

243. January 13, 2021 Letter received from the Commonwealth of Massachusetts
Commission on Judicial Conduct dated January 13, 2021, regarding the Judicial
Complaints lodge against Judges Jonathan Tynes, and James Coffeey  stating the
following: "While your complaint alleges misconduct, it does not allege sufficient facts
that, if true, would support misconduct."signed by Howard V. Neff III, Executive
Director.

244. January 13, 2021 Judicial Complaint against Dorchester Court Assist. Clerk John
Clough detailing Cullison, Conspiracy, Obstruction of Justice, Conspiracy to Defraud the
United States, Perjury in the Judicial Context, False Statements, Deprivation of Rights
Under the Color of Law. After preventing Sharon Riddick from viewing the Boston
Police Report of December 23, 2020. Complaint submitted to Dorchester District Court
Clerk Magistrate Anthony Owens.

245. January 17, 2021 letter address to  Dorchester District Court Clerk Magistrate,
Anthony Owens, requesting the Reassignment of Dorchester District Assist. Clerks John

Clough, and Assist. Clerk Helen White from the case of Sharon Riddick 2007cr3256, and
the Dorchester District Courthouse pending Obstruction of Justice Violations, and other
Federal Laws Violations.

246. January 17, 2021 complaint letter against Court Officer Mattheew Pharham addressed
to Chief Court Officer Frank Barbour at Dorchester District Court, stating the following:
Addressing the matter that there is no Professional Responsibility Code of Ethics and
Misconduct for Massachusetts Trial Court Officers.

247. January 17, 2021 Complaint Letter addressed to Suffolk County District Attorney
Office c/o Rachel Rollins at 1 Bulfinch Place Unit 300, Boston, MA, 02114. letter stating
the following: "The Reassignment of Suffolk County District Attorney, Michael
Anderson from the case of Sharon Riddick 2007cr3256, and The Dorchester District
Courthouse pending R.I.C.O ACT violations." I submitted a complaint to the Bar of
Overseers of the Supreme Judicial Court for the Commonwealth of Massachusetts on
January 14, 2021 at 12:02 pm.

248. Outlining Suffolk County Asst. District Attorney Michael Anderson's R.I.C.O. ACT
violations  as follows: 18 U.S.C. Conspiracy to Defraud the United States, 18 U.S.C.
1505 Obstruction of Justice, 18 U.S.C. 1001 False Statements, 18 U.S.C. 1623 Perjury in
Judicial Context, 18 U.S.C. 242 Deprivation of Rights Under the Color of Law, and
(RICO) Racketeering Influenced Corrupt Organized of a pattern of Racketeering

249. In a conspiracy with the Boston Housing Authority, Boston Housing Authority
Residential Custodian, Dorchester District Court Judges James Coffey, Jonathan Tynes,
Boston Police officers Thomas Flynn, Christopher Simpson, Dorchester District Court
Assist, Clerks, John Clough, Helen White, Suffolk County Assistant District Attorney
Michael Anderson, utilized the Dorchester District Court as a RICO "criminal enterprise"
to manufacture a false arrest, and a fraudulent "wrongful prosecution" case on Sharon
Riddick vs. Vincent Wright docket 2007cr003256 for bribe money.

55

250. I also pointed out a similar case bearing the exact same ingredients in the case that is at the Joseph Moakley Courthouse, United States vs. Justice Shelly Joseph and Court Officer Welsely Macgregor.

251. January 20, 2021 letter address to Howard Neff Executive Director at the Commonwealth of Massachusetts Commission on Judicial Conduct 11 Beacon Street, Suite 525, Boston Massachusetts stating the following: " Requesting a reconsideration of the December 30th 2020 Judical Complaints of Massachusetts  State Court Judges James Coffey, Jonathan Tynes, stating the following:  "my complaints alleged factual criminal activities and my complaints should not be dismissed.

252. January 20, 2021 email titled "Camera Footage- Freedom Of Information Act Request" sent to Boston Housing Authority General Counsel Caesar Cardozo, and BHA Senior Attorney Helene Maichle stated the following:  "Consider this email my Freedom of Information, public record request for the camera footage of the lobby area at 1875 Dorchester Ave, Boston, MA 02124, on December 26, 2020 at 8:53am of Boston Police Officer Thomas Flynn entering the Peabody Englewood before me false arrest took place. Also I would like the camera footage of the elevators on December 26, 2020 at 8:53am which Boston Police Officer Thomas Flynn allegedly used to gain access to my apartment." "You have (5) five business days to respond or fulfill my request.

253. January 22, 2021 letter from Office of Bar Counsel Board of Bar Overseers Of the Supreme Judicial Court  99 High Street, Boston Massachusetts 02110 from Assistant Bar Counsel Kenneth W. Luke stated the following: "Claims of prosecutorial misconduct should in first instance be addressed by the Court."  "As such you may want to consult with your attorney, and if any issues you raise to the Court result in a decision by the Court suggesting misconduct by the attorney, you may bring this matter to our attention again at time."

254. January 22, 2021 at 9:06 AM email from Pine Street Inn Triage Supervisor Blake McCarthy  stating the following: "Hey Sharon, Here are the releases."

255. January 22, 2021 at 9:37 AM email to Pine Street Inn Triage Supervisor Blake McCarthy stating the following: "Hi Blake here are the signed releases."

256. January 24, 2021 at 2:33 pm email titled "The Plot Thickens The Final Piece to the Puzzle" sent BHA General Counsel Caesar Cardozo, BHA Senior Attorney Helene Macichle stating the following: "January 20th 2021 Boston Housing Authority Property Manager Angel Santos, saw me coming down the stairs to the lobby and stopped me. Angel stated he "wanted to talk to me about the incident on December 23, 2020 between BHA Custodian Vincent Wright" and myself. I stated "yeah I want to ask you a question too." ( My question was regarding blackouts in the building)

257. In reality what Angel Santos really wanted to know was "how was it that I am still in the building after being arrested, and having a Harassment Prevention Order issued against me by BHA Custodian Vincent Wright? I stated " I have a third party representative advocating for me."

258. Angel Santos wanted to know who the person was and what agency they work for?" I stated the person's name is Blake McCarthy, she works for Pine Street Inn. Angel repeated as if making the statement to himself, yet saying it out loud like he was talking with himself;"but you never said anything to Vincent before that date" as if he was reaffirming what he was stating. To which I replied "I didn't need to say anything to Vincent, I was dealing with Caesar Cardozo, and his legal department." "I let them deal with him until he tried to kill me on December 23 2020 the I let him know I know who and what he was a sex offender." Although after the conversation I had with Boston Housing Property Manager Angel Santos about the incident on December 23, 2020.

259. I was left with the impression that was "odd" considering Angel Santos past approached surrounding BHA Custodian Vincent Wright's harassing behavior is he doesn't want to get involved, nor do his job, he is just there to collect a paycheck for doing absolutely nothing, you will go weeks without seeing him in the office at all.

260.  Then I exited BHA Property Management's office and I went to complete a quick errand like I set out to do, on my way back home from my errand I notice Boston Housing Authority Custodian Vincent Wright exiting the parking garage with his girlfriend L.Young who also resides at Peabody Englewood on the 6th floor, (who I later found out from property manager Angel Santos that, L.Young is BHA Custodian Vincent Wright's wife). I immediately went into the Management Office and stated to BHA Angel Santos that "I just saw BHA Custodian Vincent Wright on the premises with his girlfriend L.Young" and Angel responded "she is his wife." Nevertheless I then questioned the fact "look, is he supposed to be here considering I haven't seen him since December 26, 2020?" Angel hesitated and then winced before stating "Vincent has been told to vacate the premises."

261.  Boston Housing Authority Property Manager Angel Santos, Boston Housing Authority Security Fernando the first shift security guard, as well as Vincent Wright's wife L.Young know that Vincent Wright is illegally staying in his wife's apartment on the 6th floor of Peabody Englewood in exchange for some form of bribe paid to them.

262.  For example Boston Housing Authority Property Manager Angel Santos stated to me on January 20, 2021 that "Vincent has been told to vacate the premises." So if BHA Custodian Vincent Wright has "been told to vacate the premises."

263.  Then the person to enforce the vacate the premises order "eviction" is no other than BHA property manager Angel Santos. Who has chosen to NOT enforce eviction on BHA Custodian Vincent Wright for the crimes he has committed on the Boston Housing Authority property. Rather than pretend that he does not see or know if Vincent Wright is on premises because he is wearing a mask.

264.  January 24th 2021 at 5:48 pm email titled " SUPPLEMENT TO THE PLOT THICKENS ........THE FINAL PIECE TO THE PUZZLE" sent to BHA General Counsel Caesar Cardozo, Boston Housing Authority Senior Attorney Helene Maichle, BHA Director of Human Resources Elitsur Moran stating the following: "Supplemental

Complaint outlining Boston Housing Authority Property Manager Angel Santos
(R.I.C.O.) Pattern of criminal racketeering surrounding "Fraudulent Evictions process"
on the tenancy of Sharon Riddick.

265. The First Fraudulent eviction process of "Private Conference" dated September 30th
2020 initiated by BHA Property Manager Angel Santos, BHA Senior Attorney Jay
Koplove. (see. email titled "Private Conference Cancel" dated September 30, 2020)"

266. The second Fraudulent eviction process of the "Annual Recertification Process" to
which the date of my recertification was scheduled for November 17, 2020 but delivered
to my door on November 18, 2020  by none other than BHA property Manager Angel
Santos. In hopes of my failure to attend the annual recertification will trigger an eviction
process. (see email sent titled "Weapons Are Forming but They Will Not Prosper, dated
November 19, 2020).

267.  The Third Fraudulent Eviction a conversation #1 was a telephone call that took place
on June 16, 2020 regarding BHA management needing a spare key to my new lock install
and BHA Property Manager Angel Santos threatening me with "eviction if I didn't turn
over a key to my apartment citing a lease violation." Angel then tries to reassure me that
"he will be the only one to have my apartment key in his possession," he will keep it in
his " office desk locked drawer,  he is the only one who has a key to his desk."

I stated "no" "BHA lease states I just have to provide BHA entrance upon receiving a 48
hour notice of entrance from BHA."

268. January 22, 2021 Letter recieved from the Department of Justice, titled "Re: Your
Letter dated January 17, 2021, stating the following: "The U.S. The Attorney's Office is
not an investigative agency and is not in a position to investigate your allegations."

269. January 25, 2021 Letter sent to Suffolk County District Attorney Office ℅ Rachael Rollins stating the following: January 21, 2021 I received a phone call from Ken Luke at the Board of Bar of Overseers Supreme Judicial regarding my complaint that was filed on January 14, 2021 at 12:02 pm. Outlining Suffolk County Asst. District Attorney Michael Anderson's R.I.C.O. violation of a criminal pattern of racketeering, and other federal laws violations.

270. Mr. Luke informed me that he was "dismissing" my complaint because there is "NO" attorney by the name of Michael Anderson who is licensed to work at the Suffolk County D.A. office "Admitted to Massachusetts Bar." Ken Luke goes on to state there are four attorneys listed in the Registry but not the one you are talking about." "Does the attorney you are talking about have a middle initial"? " I stated "no" Ken Luke then stated "then I am dismissing your complaint."  Upon doing further research, Bar of Overseer Counsel Ken Luke is correct.

271. January 28, 2021 at 7:30 PM email titled " Any News" sent to Pine Street Inn Triage Supervisor Blake McCarthy questioning  the following:  "Hi Blake, have you heard any word about when I am moving from the Boston housing authority?"

272. February 13, 2021 at 6:36 PM email titled "My Formal Complaint Outlining Experiencing Retaliation After Filing A Complaint with HUD Fair Housing" sent to Portfolio Management Specialist Ellen Bradley, E.O.S. Investigator Shahriar, General Counsel Derya Sajid, ComplaintsOffice@hud.gov.

273. February 22, 2021 letter received from BHA Office of Civil Rights from Ira Hammerslough, Civil Rights Policy Administrator stating the following: "The Office of Civil Rights have recieved your discrimination retalation complaint against Boston Housing Authority employees Vincent Wright, Angel Santos, Jay Koplove, and Colleen Leaver." "Your complaint was sent to the Office of Civil Rights on February 16, 2021."

274. "I have been assigned to review your complaint." "If after review it is determined your complaint meets the standard for an investigation, a thorough and impartial investigation will be conducted." You will receive a written summary of the results of that investigation."

275. Stating the following: December 23rd 2020 incident of an attempt made upon my life by BHA Residential Custodian Vincent Wright. The fraudulent filing of an AFFIDAVIT to obtain a Harassment Prevention Order against Sharon Riddick by perjuring himself in judicial proceedings. Falsely having Sharon Riddick placed under arrest.

276. March 1, 2021 letter from Hannah Klien to the U.S. Department of Housing and Urban Development, Washington D.C. titled Sharon Riddick v. Boston Housing Authority, et. al stating the following; "This is in response to your letter dated December 16, 2020 requesting a review of the Department's Letter of Findings (LOF) in the above referenced case." "HUD's Region 1 Offices of Fair Housing and Equal Opportunity in Boston. MA issued the LOF on December 14, 2020. This Office accepts your request for review as timely." "The Department has determined supplementary information is material, it may possibly change the outcome of the finding." I immediately sent in the following retalaitory documents  pertaining to BHA Residential Custodian Vincent Wright, such as the December 23, 2020 attempt made on my life. December 23, 2020 police report no.202093676, December 23, 2020  fraudulent Harassment Prevention order, December 26, 2020 bond slip of $200.00 cash bail, December 26, 2020 Boston Police Report of my wrongful arrest. December 28, 2020 documents of my Arraignment. Email titled "The Last Piece to the Puzzle " dated January 23, 2021at 2:33 pm. Fraudulent starting point of an eviction process.

277. March 4, 2021 at 3:38 PM email titled "The Retaliation Continues" sent to Pine street Inn Triage Supervisor, Blake McCarthy, BHA General Counsel Caesar Cardozo, info@andrecampbell.org, MICHELLEWU@boston .gov, Helene Maichle BHA Senior Attorney stating the following:  "The conspiracy of retaliation against Sharon Riddick is still continuing from the following individuals:  Boston Housing Authority Residential Custodian Vincent Wright, Boston Housing Authority Property Manager Angel Santos, Boston Housing Authority Senior Attorney Jay Koplove, Boston Housing Authority Employees Relations Coordinator Colleen Leaver, the African woman security guard who was on the first shift on March 3, 2021 I do not know her or her name."

278. "Made a second attempt on my life on March 3, 2021; in the evening while taking my trash to the trash room, the window in the hallway was tightly shut, as I was making my way into my apartment I turned the doorknob before I  could enter across the threshold I all of a sudden inhale a powder substance through my nose. The powder substance proceeded its way into my nostrils down into my throat area like a tingling feeling. I immediately drank a solution of warm water and organic raw apple cider vinegar followed by some turmeric."

279. "March 4, 2021 at 9:36am I went to the emergency room at Carney Hospital experiencing searing pain on the left side of my face, my jawline area and my forehead area, and again in my center chest area. There I underwent chest x-rays and an ekg.. I was told by the emergency room physician that "Carney does not test for toxicology only for hypertension, diabetes, and besides whatever you inhale it wont show up in your blood works anyways."The doctor did not see anything in the ekg or the chest X Rays. I was instructed to rest and do follow-up care with my primary in three/few days."

280. Although I do not know what I inhale, I do know who is responsible for placing a powder substance at my unit door; for it is the following individuals who are identified above. A retaliatory action of one is a retaliatory action of ALL. Wherefore this is why I requested live stream video cameras to be installed on all residential floors of the Peabody Englewood Development.

281. For instance once a person enters the residential floors at points of view he/she is on camera until they exit the building or enter the person's apartment who they are here to see. I repeatedly requested an emergency transfer for it is apparent that my safety at the Peabody Englewood is in dire jeopardy as long as I remain a tenant here, I have predicted in my last email to all that as long as Vincent Wright remains hiding at Peabody Englewood in his wife's/girlfriend apartment L. "Terry" Young on the (6) six floor there will be a second and a third attempt on my life until an attempt is a successful one.

282.  March 12, 2021 letter from the Commonwealth of Massachusetts Office of Attorney
General, One Ashburton Place Boston, Massachusetts 02108 from Carla Marbelt-R
Intake Coordinator, Civil Rights Division stating the following: "Thank You contacting
the Office of Attorney General. Your complaint against the Boston Housing Authority
was received by the Civil Rights Division." "Please be advised after reviewing your
complaint, the Civil Rights Division has decided not to further investigate or intervene in
this matter at this time." You may wish to contact the U.S. Postal Inspection Service by
visiting  www.uspis.gov/report.

283.  March 19, 2021 at 4:07 PM email titled "The Boston Housing Authority and Its
Personnel are Trying To Kill Me!"sent to BHA Personnel Caesar Cardozo, Helene
Maichle, Elistur Moran, Ira Hammerslough, HUD Personnel Ellen Bradley, Sajid
Sharhriar, Derya Samadi, Eric Levin, info@andreacampbell.org,
MICHELLEWU@boston.gov  stating the following: "A Retaliatory Act from ONE is a
Retaliatory Act from ALL" "Kindly accept this Retaliation Complaint as my fourth (4)
formal complaint of a Conspiratorial Retaliatory Action(s) from the following
individuals: Boston Housing Authority Residential Custodian Vincent Wright, Boston
Housing Authority Property Manager Angel Santos, Boston Housing Authority
Drywaller, Boston Housing Authority Painter*, Boston Housing Authority
Building/Maintenance Superintendent*,  Boston Housing Authority Senior Attorney Jay
Koplove, Boston Housing Authority Employees Relations Coordinator Colleen Leaver.

284.  As you all know on March 15, 2021 I had a flooding problem in my apartment 317#
that originated from apartment 417 on the fourth floor (4th). March 18, 2021 (3) three
Caucasin males were dispatched to my apartment to repair the damages, although I did
not obtain their names, only their job titles, i.e. the drywaller, the painter, and the
Building/maintenance Superintendent.

285.  However after assessing the damages the Building Superintendent left my unit to go
elsewhere and did not return. The Drywaller and the Painter remain behind to repair the
damages to the ceiling. The painter stated that he was "leaving my unit to retrieve a piece
of plywood to install into the ceiling and that he will be back." Once that is done, the
Painter then informs me that he was "leaving for a half an hour until the
paraformaldehyde that was installed  into the ceiling on the plywood drys," and did I

63

"wanted him to close the door to my bedroom to prevent the fumes from coming into the bedroom?"

286. To which I stated "no" and proceeded to lock the front door after them. Five (5) minutes went by and the fumes from the formaldehyde started to seep into my bedroom, I then placed my mask on and closed the door to my bedroom. March 19, 2021 the Painter and the Drywaller came into unit 317# to paint and prime over the formaldehyde ceiling. According to HUD final rule in January 2020 the implemented Formaldehyde is prohibited to be used in wood by products; thereby resulting in the benefits from avoiding adverse health effects. I consider this Retaliatory Action of the Boston Housing Authority and its Personnel a fourth (4th) attempted against my life as well as my person. Hoping I will obtain some type of cancer or long term respiratory illness in the near future."

287. March 25, 2021 at 5:58 PM email titled "As A Third Attempt Of Retaliation The Boston Housing Authority is Threatening To Evict Sharon Riddick Again" sent to M.C.A.D. Massachusetts Commission Against Discrimination, Eric Bove, Pine Street Inn Triage Supervisor Blake McCarthy, United States Housing and Urban Development Ellen Bradley,  General Counsel Derya Samadi, Sajid Shahriar, Eric Levin, stating the following:  Please add this email to my complaint(s) of retaliation and civil rights violation by the Boston Housing Authority against Sharon Riddick. Today March 25th 2021 I received a phone call at 5:03 pm from Pine Street Inn Triage Supervisor Blake McCarthy (an advocate, buffer on my behalf, a go between the BHA and Sharon Riddick) and Director of Pine Street Inn Housing and Placement Leo Andorra.

288. Blake informed me that she had a "sit down meeting this week at the BHA with the following BHA Personnel, a BHA Attorney named George, Gloria Menaces, Director of Occupancy, a person named Michael.

289. The topic of the conversation was of course Sharon Riddick, although I can't seem to fathom how one can have a conversation about Sharon Riddick when I am NOT invited to defend myself.......it's stupidity.nIt was stated to Blake McCarthy to relay to me, from the Boston Housing Authority. The following:  if I did not make a selection of the following unsafe locations in housing they offer to me then I was going to be subject to an eviction." I asked Blake "for what cause of the impending eviction process?"

290.  "What lease violation did I NOT adhere to?" Blake went on to state that the BHA
response was "the situation between the BHA Residential Custodian and myself can not
continue to go on." I stated "I want a smaller setting as in a building with 3 units or
units." Blake stated she "has relayed this to BHA but the BHA are saying they have no
such units." "The BHA wants you out of that unit." I said to Blake "the Custodian was
terminated from the BHA so what are they talking about?" Blake stated "the BHA says
he still works for them but NOT at the location you are at." I stated  "no he was
terminated," "The BHA is supposed to say he still works for them." I stated to Blake
"what did the BHA say about the chemical formaldehyde they installed in my apartment
and are they going to remove the chemical formaldehyde? Blake stated "the BHA said
they wouldn't install a dangerous chemical like that in someone else's unit." I stated to
Blake "that is what was told to me by BHA Painter."

291.  Finally I instructed Blake McCarthy to get in touch with the Boston Housing
Authority via email only and asked the BHA for the statements they are making and
requesting in writing. I want the eviction notice they are suggesting in writing, as well the
statements of not placing a dangerous chemical in my apartment in writing. As well as
further future communications from the Boston Housing Authority and Blake McCarthy
in email format ONLY.

292.  March 25, 2021 Letter of a Private Conference For Cause from the Boston Housing
Authority Housing Manager Wilma Burgos. To Conference date is schedule for April 7,
2021 at 11:00 am at BHA peabody Englewood Management Office, stating the following
reason for the conference as is: On December 26, 2020, you violated Paragraph 8A, 8B,
9B(9) 9B(10) by engaging in a continuous pattern of harassment and interfering with the
quiet enjoyment  and violating the civil rights of BHA employee/resident.

293.  March 26, 2021 Boston Housing Authority Request to Affirm HUD Findings from
BHA Senior Attorney Helene Maichle requesting the following: "Wherefore, for the
reasons stated above, the Complainant's request for reconsideration should be denied and
the December 15, 2020 findingsof no discrimination be affirmed."

294. March 26, 2021 at 12:28 PM email titled "Hud Contact" from Portfolio Management Specialist, HUD Office of Public Housing stating the following:

295. "Good day Ms. Riddick, As you know I have been copied on emails that you have sent to a number of individuals/agencies regarding your housing situation. I can offer a few suggestions to you regarding issues mentioned in the correspondence. I hope that some of the suggestions will assist you in responding to some of the concerns raised."

296. You have expressed a desire to transfer from the Peabody development. If you have an advocate from Pine Street that is working with you it may be beneficial to try and arrange a call with the advocate, yourself and the BHA to discuss transfer options that could be available to you. The Boston Housing Authority has a transfer policy and procedures that would address such a move.

297. "Your email of March 4, 2021 requests that HUD intervene and place you in an alternative housing unit. Since you have executed a lease and the BHA and not HUD is your landlord this is not something that HUD would be doing at this time. HUD would expect the BHA to work with yourself and your advocate to address the issues of concern to all.

298. "Your March 26, 2021 email made reference to a meeting and communication between BHA staff and an advocate without you present. That email was not copied to BHA staff. You may wish to share the email with the BHA staff as well. That email also referenced a potential eviction action. It appears that Pine Street is working with you to address your housing situation. You may have consulted with an attorney or legal service advocate already regarding your concerns. If not and you wish to do so Greater Boston Legal Services (617) 371-1234, the Tenant Advocacy Project at Harvard Law School (617) 495-4394 or the Volunteer Lawyers Project at (617) 603-1700 are three entities that may be contacted for legal advice."

299. March 18, 2021 filed a case of discrimination at the Commonwealth of Massachusetts Commission Against Discrimination at One Ashburton Place Boston MA, 02108 stating following: Cause of Discrimination base on Retaliation, Sex, Sexual Orentiation, Race, National Origin-African American against the Boston Housing Authority, Jay Koplove at 52 Chauncy Street, Boston MA 02111, Colleen Leaver at 52 Chauncy Street, Boston MA

02111, Vincent Wright 52 Chauncy Street, Boston MA 02111, Angel Santos 52 Chauncy
Street Boston MA 02111.

300. March 30th 2021 email titled " Not Only Do We Need To Stop The Steal We Need To
Stop The Starting Process Of A Fraudulent Eviction Proceeding Against Sharon Riddick"
stating the following: "Boston Housing Authority is in desperate need of a deep purging.
March. 26, 2021 on a Friday I received a letter scheduling me for a Private Conference of
Cause from the Boston Housing Authority Housing Manager Wilma Burgos. Scheduled
for April 7, 2021 at 11:00 am, stating I violated the following paragraph 8A, 8B, 9B(8)
9B(9) 9B(10) by engaging in a continuous pattern of harassment and interfering with the
quiet enjoyment violating the Civil Rights of a BHA employee/resident. In addition you
have engaged in criminal activity which threatens the health or safety of another resident
or BHA employee; as well as violent criminal activity on BHA property. on or about
December 26, 2020.  I view this Notice of a Private Conference for Cause as another
retaliatory measurement, on the behalf of the Boston Housing Authority Legal and
Management departments , and other entities."

301. "Considering Boston Housing Authority Residential Custodian Vincent Wright had
his employment, and tenancy terminated on December 26th 2020 at the Peabody
Englewood Development for the act of violence of an attempted murder of person of
Sharon Riddick on December 23rd, 2020. By removing an out of order sign off an
elevator that was off-line and placing the off-line elevator back on-line, so that I may be
stirred to use the elevator and hopefully it would have killed me. What BHA Custodian
Vincent Wright did NOT take notice of was a video camera positioning the elevator
recording him in the act of his crime in progress."

302. "January 20th 2021 it was relayed to me (Sharon Riddick) by Peabody Englewood
Property Manager Angel Santos that "Vincent Wright was instructed/"ordered to vacate"
the premises of Peabody Englewood." Although Vincent Wright is illegally residing on
the 6th floor of the Peabody Englewood Development with a woman by the name of L.
"Terry" Young who is Vincent Wright girlfriend and at times his co-conspirator in his
criminal harassment. Both Vincent Wright and L. Terry Young are paying bribes to BHA
Peabody Englewood Property Manager Angel Santos to receive and live in an apartment
that both parties are not qualified to reside in by utilizing someone else's social security
number."

303. "Boston Housing Authority has the audacity to bank their cause for a fraudulent
Notice of Private Conference for Cause on the implications of their unlawful scheme of
a"Pay for Play" on December 23,and 26th 2020 by utilizing the locally, state, federally
funded Boston Housing Authority and the state and federally funded government
agencies, Boston Police District C-11, and the Dorchester District Court as R.I.C.O.
"Criminal Enterprises" to evict me like the Boston Housing Authority succeeded in the
year 2004 of R.I.C.O.campaign based on **(18.U.S.C. 1001 False Statements), (18
U.S.C. 201 Bribery), (Obstruction of Justice 18 U.S.C. 1503), (Aiding and Abetting
18 U.S.C. 2), (Deprivation of Rights Under the Color of Law 18 U.S.C. 242)
(Conspiracy of Rights 18 U.S.C. 371), ( Perjury in Judicial Context 18 U.S.C. 1623)
(Subornation of perjury 18 U.S.C. 1622)** by using a pattern of racketeering against
Sharon Riddick on September 29, 2004."

304. "By engaging in a Conspiracy for bribes monies to render Sharon Riddick homeless
through a fraudulent eviction process; with Housing Court Department City of Boston
Division, City of Boston Constable Services, Winn Management, Harrington Brother
Sheet Metal Corp., Sheet Metal Workers International Association, Local 17, Sheet Metal
Workers Local 17 Joint  Apprentice Training Committee, Housing and Urban
Development Office of Fair Housing Equal Opportunity, The Housing and Urban
Development Office of Inspector General, The Boston Housing Authority, and its
departments The BHA Occupancy department,  BHA Office of Civil Rights, The BHA
Legal Department. BHA Operations and Property Management."

305. The following individuals are the beneficiaries and co-conspirators of this R.I.C.O.
(RACKETEERING INFLUENCED CORRUPT ORGANIZED) criminal enterprises are:

306. Sheet Metal Workers Local International Association Local 17

307. (James Wool)

308. (Joseph Bergantino)

309. Sheet Metal Worker Local 17 Joint Apprenticeship Training Committee (JATC)

310. (Stephen Mackenzie)

311. **Harrington Bros. Corporation**

312. (Peter E. O'Leary)

313. (Thomas Fitzpatrick

314. **LEGAL DEPARTMENT**

315. (Wilbur Commodore, General Counsel)

316. (Jay Koplove, BHA Attorney)

317. (Peter S. Farrell, BHA Attorney)

318. (Beth Lloyd Jones, Paralegal)

319. (Megan Burgess, Hearing Officer)

320. (Juan Avile, Regional Counsel BHA)

321. **BHA Office of Civil Rights**

322. (Matthew Steele, BHA Civil Rights Policy Manager)

323. (Christy Doyle, BHA Director of Civil Rights)

324. **BHA Operations Department**

325. (Gail Livingston, BHA Director of Operations)

326. **BHA Occupancy Department**

327. (Gloria Menses, BHA Director of Occupancy)

328. (Carolyn Seymour, BHA Sr. Management Aide)

329. ( Joan Shea, BHA Franklin Field Assistant Director Property Management)

330. (Judy Shields, BHA Franklin Field Development Assistant Manager)

331. (Frances Latimore, BHA Assistant Director of Property Management

332. (Isabelle Hastie, BHA Manager II)

333. **BHA Tenant Accounting**

334. (Ronald "Ron" Beyer, BHA Supervisor of Tenant Accounts)

335. **Program Control and State Moderate Rehabilitation and Set Aside Programs**

336. (Paula Saba, BHA Director of Program Control and State Moderate Rehabilitation)

337. **City of Boston Constable Services**

338. (Michelle Feliz, City of Boston Constable)

339. (Arthur Montgomery, City of Boston Constable)

340. (Christopher Creed, City of Boston Constable)

341. (Robert Manning, City of Boston Constable)

342. **Commonwealth of Massachusetts Housing Court Department**

343. (Clerk Magistrate, Robert Lewis)

344. (Asst. Clerk Magistrate, C. Duffy)

345. **Housing Court Judges**

346. (Jeffery M. Winik, First Justice)

347. (Anne Kenney Chaplin, Judge)

348. (Kenneth P. Nasif, Judge)

349. (Manuel Kyriakakis, Judge)

350. **United States Department of Housing and Urban Development**

351. (Ellen Bradley, Office of Public Housing)

352. (Robert Cwieka, Deputy Director HUD's Boston Regional Office)

353. **United States Department of Housing of Urban Development Office of Inspector General**

354. **United States Department of Housing and Urban Development of Fair Housing & Equal Opportunity**

355. (Timothy Robinson, Boston Program Center Director)

356. (Kristen L. Filipic, Equal Opportunity Compliance Office Senior Coordinator for HUD Region)


357. Boston Housing Authority and its Legal Department retaliated against me (Sharon Riddick) on the behalf of members/employees of defendants the Harrington Brothers Sheet Metal Corporation, Sheet Metal Workers International Association Local 17, Sheet Metal Workers Joint Apprenticeship Training Center (JATC), for filing a discrimination/retaliation Civil Action.0384CV05300 Riddick v. Harrington Bros. Corporation **et.al.**


358. On October 6, 2003 at the Massachusetts Superior Court outlining Harrington Brother Corporation's Vice President Peter E. O'Leary and his foreman Thomas Fitzpatrick terminated my employment after months of harassment and abuse. The final act of discriminatory action against me (Sharon Riddick) , the only African American female employee at Harrington Brother Corporation, my employment was terminated for "chewing gum in the foreman's ears" July 10, 2002.

359. Local 17 Sheet Metal Workers Union or its JATC did absolutely nothing to stop the ongoing harassment or abuse from Harrington Brothers Corporation, when I sought a transfer to another company it was "denied", although I a the (2nd) second African American female in the Union and its JATC, by Harrington Brothers Corporation, Sheet Metal Workers Local 17 Union and its Joint Apprenticeship Training Committee (JATC). After seeking prospect employment with Sheet Metal workers International Associations and their (JATC) only to be told by both entities the pretext "there are no jobs available." After viewing documents from The City of Boston Residency Compliance Department; sent to Local 17 Sheet Metal Workers Union and its (JATC) "Request made from other Union Sheet Metal Companies  for "a African-American female Boston Resident to work at several Boston job sites, and the Sheet Metal Workers Union Response stating " No one is available at this time." Therefore I petition the Massachusetts Courts to redress my grievances.

360. As my punishment for filing a discrimination lawsuit, a collusion was formed between the Boston Housing Authority and Harrington Brothers and Local 17 Sheet Metal Workers Union and its JATC, and the Housing and Urban Development, HUD Office of Inspector General, HUD Fair Housing Equal Opportunity to render me (Sharon Riddick) homeless  of my residence of 12 years at Franklin Field Development by a fraudulent scheme of an eviction process conjured by fraudulent Lease violations i.e. "Habitual Late Payer of Rents," "Fraudulent rent increases that exceeded my income," Fraudulent Private Conferences Notice of Cause, Summary Process, fraudulent balances of arrears, embezzlement of my rent payments. Arrearage increases after payments are made to the balance.

361. I requested at the Boston Housing Authority Legal Department an "Independent Audit of my Tenant File as well as my Tenant Accounting Transaction History." My request was granted by Wilbur Commodore General Counsel, Deutsch Williams Law firm was hiring to conduct the Independent Investigation Audit/Report, the findings as follows:

Investigating Report of Attorney Peter J. Berry supports evidence in the favor of Sharon Riddick claims to BHA and its personnel and their criminal activities.

362. In the (12th) twelfth year of my tenancy at the Franklin Field Development I December 27 2000 Boston Housing Authority has served me with "Factual Statement for

71

Cause of Evictions" citing lease violation Habitual Late Payer however the BHA is not citing the section or provision that identifies of a Habitual Late Payer of Rents.

363. April 20, 2021 Notice of Termination/Notice to Quit For Cause from Boston Housing Authority , Housing Manager Wilma Burgos stating the following : " You, members of your household, guest , or persons under your control have violated the terms of your leases as seth forth in the attached factual statement for cause eviction." "You are hereby notified to quit and deliver up possession of, and to vacate, in thirty (30) days from the date of your recipit of this notice, the premises now held by you as a tenant or tenants of the Boston Housing Authority (BHA) namely: Nature of the incident alleged as lease or agreement violations: Violated Paragraph 8A, 8B, 9B, (8), 9(B)(9), (9)B(10), by engaging in a continuous pattern of harassment and interfering with the quiet enjoyment and violating the civil rights of a BHA employee/ resident." "Name of the parties involved: Sharon Riddick (resident), Vincent Wright (BHA employee/resident).

364. March 28, 2021 at 9:49 AM email titled "Conflicting Scheduling" sent to BHA Personnel Housing Manager Wilma Burgos, General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Civil Rights Policy Administrator Ira Hammerslough, Property Manager Angel Santos, Elitsur Moran Human Resources Director, HUD Personnel Ellen Bradley Portfolio Management Specialist, E.O.S. Sajid Shahriar, General Counsel Derya Samadi, Attorney Eric Levin, Pine Street Inn Triage Supervisor Blake McCarthy, Mass Commission Against Discrimination Investigator Eric Bove stating the following:

365. "Good Morning Wilma Burgos I am in receipt of your "Notice of Private Conference" that was left outside my unit door on Friday March 26, 2021. However, due to a "schedule conflict" I am unable to attend this Retaliatory Private Conference on April 7, 2021 at 11:00am at the Peabody Englewood Management Office.

366. April 5, 2021 at 1:15 PM email recieved from BHA Housing Manager Wilma Burgos stating the following: "Good Afternoon Ms. Riddick, Thursday April 8th at 12pm. Please meet me at the Peabody Management office."

367.   April 8, 2021 at 8:04 PM email received from BHA Housing Manager Wilma Burgos stating the following: " Good Afternoon Ms.Riddick Sergeant Joseph Kintogos BHA Police Officer was present at today's PC."

368.   "April 20, 2021 at 11:45 am email title "I Got A Story To Tell Of LGBTQ Cointelpro Practices" sent to the following: HUD General Counsel Derya Samadi, Attorney Eric Levin, BHA Personnel  General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Civil Rights Policy Administrator Ira Hammerslough, Director of Human Resources Elitsur Moran stated the following: "As I was exiting my residence of 1875 Dorchester Avenue, there in the foyer of the building was Boston Housing Authority Residential Custodian Vincent Wright just standing there leering at me all over again. As I retreated further away from the building I placed a call to PSI Triage Supervisor Blake McCarthy who was then my housing advocate, a third party between myself and the Boston Housing Authority. I informed her that I saw the former Boston Housing Authority Residential Custodian Vincent Wright and that "I haven't seen him since that day of December 23rd 2020 when he tried to kill me." I also inform her that he is not going to get a second chance at trying to kill me, if he does anything to hurt me then I am going to defend myself and if defending myself means killing him in self defense then so be it."

"Blake ended the call by stating she was going to place a call to the BHA to Wilma Burgos to see what was going on."

369.   "April 20, 2021 at approximately 2:00-2:30pm  Boston Housing Authority Property Manager Angel Santos knock on my apartment door and made the statement to that food was distributed out downstairs (although I was perplex why he was telling this in the first place considering I have never shown an interest of  participation any "free food or meals" or free anything at  the Peabody Englewood."

370.   "However in hindsight I view Boston Housing Authority Property Manager Angel Santos action as the "battle cry" as the starting point of the fraudulent "MISUSE" of the M.G.L. Chapter 123,Sections 12 (a) and 12 (b) to Section Sharon Riddick to the Emergency of Boston Medical Center for a physiological evaluation. BHA Property Manager Angel Santos's knocking on my door was just an assurance measure to make certain I was home."

371. "Ten minutes After that (4) four Boston EMS and (6) six Boston Police Officers (1) one Boston Housing Police Officer a Sgt. Nelson disburse to my apartment door and continued to profusely knock at my door, Boston Housing Authority Property Manager Angel Santos gave the Boston Police Officers, and Boston Ems the key to my apartment who then use the the key to try and gain access into my apartment by turning it into the lock WITHOUT, Boston Police and Boston EMS ever producing a copy of the Section 12(a), 12(b), application to him. I also view BHA Property Manager Angel Santos Action of giving a key to my apartment to Boston Police as a violation of my Constitutional Right to the 4th Amendment."

372. "After being threatened with Boston Fire coming to break my apartment door down with an axe, I finally opened the door.  I was informed by Boston EMS that "I had to go to Boston Medical Center for a physiological evaluation due to a conversation I had with someone today." "That I was Section 12 today."  I asked to see the document of Section 12" to which I was informed that Boston EMS, Boston Police were unable to produce the Section (12) document at the time it was at their headquarters." Therefore, if the Section 12 document was unable to be produced to me at that time when I requested it; then how is it that Boston Housing Authority Property Manager Angel Santos gave Boston Police and Boston EMS a key to my apartment to enter without ever seeing or requesting to see the Section 12 document as I had. Boston Housing Authority Property Manager Angel Santos violated my 4th Amendment right to the United States of America Constitution."

373. "Arriving at the Boston Medical Center Emergency room I asked for all badge numbers and names  of Boston EMS Patrick Carter, Calton,  1108, 1295, 87. I was restrained in a (4) four point restraint for refusal to give up my cell phones, and medicated intravenously although I refused the medication repeatedly. I repeated my request to see the Section 12 document to which I was informed by the nurse "it's being faxed over."

374.  I spent a total of (7) seven days in Boston Medical Center Emergency Room (C) and 4 WEST on the 4th floor room 31 awaiting a Psychological Evaluation from the period of April 20th 2021 to April 27, 2021. There I was given the NIGGER treatment throughout the course of my unwarranted stay for instance: "I was refuse the following, a bed only

made to sleep on a stretcher with no pillows, a phone called, shower, access to fresh air, foods applicable to my food allergies for (3) three days, I couldn't order food outside to be delivered unless I submit to covid 19 testing, although it was not mandatory to have covid 19 test. Anything I requested from staff was under the condition I had to take a covid test in order for my requests to be met. If I wanted to call my Attorney I was met with a denial by staff or bargaining of a covid test. At the starting point of my menstrual cycle I still was refused a shower by staff unless I had a covid test.

375.  " I was also sexually harassed by a Casucasian male staff member who wanted to watch me use the bathroom in a bedpan because I was in a (4) four Point restraint without a curtain in place for privacy."

376.  "April 21, 2021 I was informed by a Portuguese Resident Dr. Lopes I think that's his name. "The Hospital is conducting an investigation into my case because they are seeing a surge of cases like mine of other patients who are being brought to the emergency room who do not have a psychiatry, or medication history; yet they are Sectioned by the same person."

377.  "On April 23, 2021 Boston Medical Center Psychiatry Department Head Dr. Alison Duncan stated to me that the "Section 12 (b) was ordered by the Boston Housing Authority against Sharon Riddick." stated "I was harassing the Residential Custodian in my building," "I had a restraining order against me to vacate the premises by a residential custodian." After Section 12 (B) expired I could not leave the building I was going to be placed in an inpatient mental facility."  I stated to Dr. Alison Duncan that she couldn't do this to me considering I have no history of mental health inpatient treatment, or medications, nor do I see an outside therapist or psychiatrist." Someone can just lie about you and you take their word and Section 12 the person." Dr. Alison Duncan's reply was "yes."

378.  "On April 27th 2021 I was discharged from Boston Medical Center with the following instructions: "If you find these persistent thoughts distracting or if you find yourself considering harming yourself or others, you should call 911 or go to the Emergency Room Department." "I arrived at my residence 1875 Dorchester Ave, Apt

311, Peabody Englewood Development. Thrust into my apartment door frame from
Boston Housing Authority Assistant Director Property Management Wilma Burgos; a
NOTICE OF TERMINATION/NOTICE TO QUIT FOR CAUSE date April 20, 2021
instructing me to vacate the premises in (30) thirty days."

379.   "The duration of BHA, HUD Boston Regional Investigations Former Boston Housing
Authority Residential Custodian Vincent Wright NOT one time entered in the record
verbally or in writing that Sharon Riddick threatened him physically or verbally.  To the
Contrary it is Sharon Riddick who has entered into BHA, HUD Boston Regional, HUD
Washington D.C. record of investigations of threats, false arrest, attempt of murder
against my life, Fraudulent Eviction Starting Proceedings, and now the misuse of a
M.G.L. Chapter 123. Section 12 (a) and 12 (b) Application Pursuant to 12 (a)
-Hospitalization to a Mental Facilities, and May 18, 2021 impending Wrongful
Imprisonment."

380.   "An earmark campaign of retaliation through the use of an "COINTELPRO
PRACTICE  The FBI has used covert operations against domestic political groups
since its inception; however, covert operations under the official COINTELPRO
label took place between 1956 and 1971. COINTELPRO tactics are still used to
this day and have been alleged to include discrediting targets through
**psychological warfare**; smearing individuals and groups using forged
documents and by planting false reports in the media; harassment; wrongful
imprisonment; and illegal violence, including **assassination.**

381.   "The Physicians and nurses who were denying me my basic alienated rights as human
being all wore Boston Medical Center Medical badges with a photo of themselves as well
their names and the emblem of LGBQT rainbow flag colors either on their badges or
around their necks."

382.   On April 20, 2021 at 3:02 pm a Commonwealth of Massachusetts Department of
Mental Health Application for Authorization of Temporary Involuntary Hospitalization
M.G.L. Chapter 123, Section 12 (a) and (12) (b), Application Pursuant to 12 (a) was

76

faxed over to Boston Medical Center emergency room staging the following: Boston Medical Center ER, I hereby apply for admission to Sharon Riddick 1875 Dorchester Ave Apt . Dorchester, MA. Based on my examination it is my opinion that the person requires hospitalization at the above facility so as to avoid the likelihood of serious harm by reason of mental illness." "Evidence supporting my opinion includes:" (B) Substantial risk of physical harm to other personas manifested by evidence of homicidal or other violent behavior or evidence that others are place in reasonable fear of violent behavior and serious physical harm to them and /or" Specify evidence including behavior and symptoms see:below "The client has a restraining order against a custodian in her building." "The Client today made statements about killing the custodian." "if he does anything to her." "The client carries weapons on her person." such as a pocket knife and collapsible baton."

383. Application for Authorization of Temporary Involuntary Hospitalization issued by Joanna Buczek, M.D., at One Boston Medical Center Place, Boston, MA on April 20, 2021 at 1:49 PM. Sharon Riddick was never examined by Joanna Buczek on April 20, 2021 at 1:49 PM, nor by anyone else.

384. April 20, 2021 email titled "Pine Street Inn Housing Advocate Blake McCarthy Services of Representing Sharon Riddick is Now Terminated" sent to Blake McCarthy, HUD Personnel General Counsel Derya Samadi, Attorney Eric Levin, BHA Personnel General Counsel Caesar Cardozo, Senior Attorney Helene Maichle stated the following: "Pine Street Inn Triage Supervisor Blake McCarthy is NO LONGER A HOUSING ADVOCATE FOR SHARON RIDDICK her services are no longer needed from this point on. Therefore any future correspondence will be directed towards Sharon Riddick in email formatting only."

385. April 23, 2021,  the April 20, 2021 Section 12 Application for an Authorization of Temporary Involuntary Hospitalization has  now expired, so I am getting dressed to walk out of the Boston Medical Center Emergency Room C to go home and shower. Doctor Dana Runund witnessed me getting dressed and proceeding to leave. Dr. Dana Runund immediately orders the nurses station to call for security to stop me and re-writes a new Section 12 Application for Authorization of Temporary Involuntary Hospitalization to keep me there at the Boston Medical Center Emergency Room. By using the pretextual buzzwords, the patient is verbally aggressive, "paranoid, delusional, and anxious."

77

386. April 28, 2021 at 11:52 AM email titled "The Boston Housing Authority Illegally Locked Out My Apartment" sent to BHA Personnel General Counsel Caesar Cardozo, Helene Maichle, HUD personnel Derya Samadi, Eric Levin stated the following: Kindly accept this "DEMAND LETTER" detailing an retaliatory act by Boston Housing Authority and its co-conspirators. "I am under attack on all fronts by members of LBGTQ Community and their co-conspirators, Boston Housing Authority Property Manager Angel Santos, Boston Housing Authority Senior Attorney Jay Koplove, Pine Street Inn Triage Supervisor, Blake McCarthy, Boston Housing Authority Assistant Director of Property Management Region (3) three, Wilma Burgos.

387. " The Boston Housing Authority, and its co-conspirator Peabody Englewood Property Manager Angel Santos, Boston illegally locked Peabody Englewood Tenant Sharon Riddick out of her unit of #317 on April 27th 2021, by illegally changing the locks to the entrance door to my apartment and by refusing to furnish Tenant Sharon Riddick the key to the new lock installed to her unit 317."

388. I need a key to the newly installed illegal lock on my unit door at 1875 Dorchester Ave. Apt 317 Boston, Massachusetts IMMEDIATELY. In accordance with Massachusetts General Law Chapter 93A, This notice concerns your attempt to unlawfully evict me from my apartment. Any attempt to remove me or my property from my apartment without going to court and obtaining a valid court order is illegal. This means that:

389. You cannot change the locks.

390. You cannot remove my possessions.

391. You cannot turn off any utility service.

392. You cannot threaten to do any of the above.

393. All of these acts carry civil as well as criminal penalties. Under Massachusetts General Laws, Chapter 93A what you have done constitutes an unfair and deceptive practice. I have experienced substantial interference with the use and enjoyment of my home because of your actions. Therefore I am seeking the amount of $250.00 that it cost for the destroyed lock that installed the lock on my door April 26, 2020 that has kept me in a "safe" and secure environment within (5) five business days. Nevertheless, I hope

you would view this illegal retaliatory action as one of many viable reasons I have submitted previously; as to why Boston Housing Authority Property Manager Angel Santa's incompetence is unbecoming to be a property manager, let alone an employee at the Boston Housing Authority.

394. April 29, 2021 at 11:12 AM Email Titled "Requesting Notice of A Grievance Hearing" sent to BHA Personnel Keyla Morillo Grievance Panel Coordinator, General Counsel Casear Cardozo, Senior Attorney Helen Maichle, Wilma Burgos, Ira Hammerslough, HUD Personnel General Counsel Derya Samadi, Eric Levin, Ellen Bradley, Sajid Shahriar, stated the following: " Kindly accept this email as my formal request for a grievance hearing to a "Notice of Termination Notice To Quit For Cause." Please Email as well as First Class mail Tenant Sharon Riddick the date, time, and location of Grievance Hearing immediately."

395. "Hello, I can accept your email as a request, I just need your full mailing address and BHA client number to process this hearing request. Thanks, Keyla Morillo Grievance Panel Coordinator."

396. April 29, 2021 at 11:37AM email titled "I Need Help Fighting A Notice of Termination Notice to Quit for Cause" sent to the Greater Boston Legal Services stating the following: " My name is Sharon Riddick and I need help with a Landlord's Notice of termination to quit for cause as soon as possible. My contact information is as follows:

397. April 29, 2021 at 12:59 PM email received from Greater Boston Legal Services Paralegal Hyemin Debra Han stating the following: " Dear Sharon, Thank you for reaching out to GBLS. Could you please send me your address so I can determine whether you are in our service area? Could you also attach a copy of the termination notice in your reply?"

398. April 29, 2021 11:27 AM email sent to Hyemin Debra Han stating the following "Hello my address…. Along with an attachment of BHA Notice to Quit

399. May 10, 2021 at 2:19 PM email titled "Supplement To Blake McCarthy's April 20th 2021 Termination Of Housing Advocacy Services of Sharon Riddick" sent to PSI Triage Supervisor Blake McCarthy, BHA Personnel General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, HUD Personnel General Counsel Derya, Samadi, Attorney Eric Levin stated the following: " January 22nd 2021 documents sent to Pine Street Inn Triage Supervisor Blake McCarthy as outline/titled **"Authorization of Release Authorization To Inspect And/Or Copy Records" from Boston Housing Authority Occupancy Department** located at 52 Chauncy Street 3rd floor Boston, Massachusetts 02111, as well as the titled document " **Boston Housing Authority's Authorization of Release Authorization for the SAMHSA/CABHI Program to Inspect, Copy and /or Recieve Records and Correspondence**" signed by Sharon Riddick on January 22nd 2021 are hereby terminated effectively as of; to coincide with the April 20, 2021 email terminatination of Pine Street Inn Triage Supervisor Blake McCarthy's fraudulent Housing advocacy services."

400. May 18, 2021 at 9:00AM Letter Notice of Virtual Court Hearing Docket 2007CR003256 Dorchester District Court BMC Department- Pretrial Hearing

401. May 19, 2021 at 11:02 AM email titled "Reasonable Accommodation Form Submission sent to BHA Personnel General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, HUD Personnel Derya Samadi, Eric Levin stated the following : "My name is Sharon Riddick. I am currently residing at Peabody Englewood Development. Here is my submission of the Reasonable Accommodation Form. Can you give a descriptive time frame of the process, once the form is in your possession?"

402. May 19, 2021 at 12:01 PM email received from Doug Wilcox titled " Reasonable Accommodation Form Submission" sent to BHA Personnel General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Property Manager Angel Santos, Housing

Manager Wilma Burgos, Reasonable Accommodations Coordinator Stephanie Estrada, Assist Director of Reasonable Accommodations Doug Wilcox, stated the following: "Hi Sharon, Have you filled out a transfer request form at the management office yet? If not, I have attached a copy of our transfer request form for you to fill out and sign; please drop it off with Angel.

403.  "The completed transfer packet, which will contain your submitted documentation as well as a transmittal form from Angel, is reviewed by the Transfer Review Committee (I have cc'd our Transfer Process Coordinator, Stephanie Estrada). Because you have raised issues of safety, the matter will be referred to our Public Safety department as well and a member of the department will contact you to discuss your allegations (this is done regardless of whether a person is seeking a reasonable accommodation)." " When the Transfer Review Committee reviews your paperwork, it will decide if additional information is needed and will contact you if that is the case. Under our Reasonable Accommodation Policy, you should receive a decision within 30 days of the committee having sufficient information to issue a decision. If you have any other documentation or information that you wish the Transfer Review Committee to review, please submit it as soon as you are able."

404.  May 19, 2021 at 2:17 PM email  received from BHA Doug Wilcox Asst. Dir. for Reasonable Accomodations stating the following: "Hi Sharon, I'm not sure what you mean about the transfer cancelling out the reasonable accommodation request  form. The form is meant to be used to request reasonable accommodation, such as a transfer, due to disability-related needs. The form isn't really "in effect" - it's just a way to ask BHA for something and for which BHA would respond with a decision.

405. May 20, 2021 at 12:59 PM email titled "Submitting My Transfer Form To Coincide with My Reasonable Accommodations Form" sent to BHA Personnel General Counsel Casear Cardozo, Senior Attorney Helene Maichle, Stephanie Estrada Reasonable Accommodations Coordinator, Property Manager Angel Santos, HUD General Counsel Derya Samdi, Attorney Eric Levin, stating the following:
I am now submitting a Transfer Request Form, that should coincide with my Reasonable Accommodation form that was submitted to you on May 19, 2021 via email. It is my understanding that the Transfer Request Form should be submitted through my Management's Office. I am also submitting Supporting documented evidence that is

81

substantial to my claims of cyber stalking, civil rights violations, retaliation, harassment, invasion of privacy by installation of hidden cameras in my unit, stalking.......

406.   It is also my understanding that Boston Housing Authority Residential Custodian Vincent Wright was terminated as well as his tenancy and given a Restraining Order by BHA; in December 2020 after making an attempt on my life on December 23rd 2020. As told to me by you on January 19, 2021 "Vincent Wright was told to vacate the premises." Although I can't seem to shake this feeling of living in fear in an unsafe environment , considering Vincent Wright is still residing at the property with his wife. Therefore I am left with no other alternative with the exception of seeking a transfer.

407.   May 20, 2021 at 6:39 PM email titled "Correct Transfer Form Submission" sent to BHA Personnel General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Property Manager Angel Santos, HUD General Counsel Derya Samadi, Attorney Eric Levin stating the following: "I am submitting the correct version of a 2 pages Transfer Form with my signature and date attached to the Transfer form; along with additional Supporting Evidence for a Transfer. So discard the Transfer Form that does NOT have my signature on it, although retain the 1-8 Supporting Evidence for a Transfer and a Reasonable Accomodations PDF files sent as attachments to you in email format to be sent along with the corrected Transfer Form. Wherefore you may start the process for my Transfer as soon as possible."

408.   May 21, 2021 at 9:50 AM email from BHA Property Manager staging the following:
409.   "Received-thanks"

410.   May 25, 2021 Letter received from Boston Housing Authority Office of Civil Rights from Civil Rights Policy Administrator Ira Hammerslough stating the following: "The purpose of this letter is to inform you of the outcome of the discriimination and retaliation complaints you filed with Boston Housing Authority (BHA) Office of Civil Rights (OCR) beginning on February 16, 2020. Pursuant to your March 9, 2021 request." "Since February 19, 2021 ORC has been included on twenty -nine emails detailing your discrimination and retaliation complaints. To the best of my understanding your complaints are against BHA employees Resident Custodian Vincent Wright, Manager Angel Santos, Attorney Jay Koplove, and Human Resources Coordinator Colleen Leaver, as well as several trade workers. You alleged that you have been discriminated against due to your Race, Sex, National Orgin, and as a heterosexual straight female," as well as becuase you filed a discrimination complaint with the Department of Housing and Urban Development (HUD).

411.   "After careful review of the allegations made by you in your emails, OCR has
determined that they do not meet the requirements for a civil rights violation pursuant to
BHA's Civil Rights Protection Plan (CRPP). The reasons for this decision are explained
below." "BHA's CRPP prohibits retaliatory action against any person for having reported
a civil rights violation." "However, even your claims could be corroborated. There is no
causal connection between the protected activity, in this case your complaint to HUD,
and the adverse actions you alleged-namely that number of BHA employees from wide
range of departments have conspired to flood your home and attempt to murder you via
elevator and poison off -gas."

412.   May 28, 2021 at 8:35 AM email titled "Supplement To Email Titled "Feeling Unsafe
After Vincent Wright Sighting Again" sent to BHA Personnel General Counsel Caesar
Cardozo, Senior Attorney Helene Maichle, Property Manager Angel Santos, Assist.
Reasonable Accommodations Doug Wilcox, Reasonable Accommodations Coordinator
Stephanie Estrasda, HUD Personnel General Counsel Dreya Samadi, Attorney Eric Levin
stated the following: "This email is a supplement to emails sent to you on May 27, 2021
at 6:14pm,May 25th 2021 at 4:53pm titled "AN EXPEDITED TRANSFER AND
REASONABLE ACCOMMODATIONS REQUEST IS WARRANTED" FEELING
UNSAFE AFTER SIGHTING OF VINCENT WRIGHT AGAIN"

413.   "As a precautionary measure I am requesting that the Boston Housing Police presence
in a 24 hour capacity be in place at the Peabody Englewood Development immediately
along with adequate security, while Vincent Wright is residing by awaiting the upcoming
denial outcome of his Appeal process. Considering it has already been established and
recorded on cammera that Vincent Wright is capable of attempted murder."

414.   It is also my understanding that Vincent Wright presence at the Peabody Englewood
Development is due to visit or habitual to his wife/girlfriend L. "Terry" Young's
residence. Although L. "Terry" Young does NOT meet the eligibility requirements of
"Disable" and "Elderly" to retain an apartment at Peabody Englewood. However L.
"Terry" Young's mother (Ruth Young) did meet the eligibility requirements to retain a 2
bedroom apartment at Peabody Englewood Development. Wherefore Vincent Wright
wife/girlfriend L.."Terry" Young's mother a Ms. Ruth Young passed away (in death) (2)
two years ago. P.S. Please email at once  the safety precautionary measure(s) you have in
place so that I may have an inkling of feeling safe in the Peabody Englewood
Development.

415.

"May 25, 2021 at 4:53 PM email titled "An Expedited Transfer And Reasonable Accommodations Request Is Warranted" sent to BHA Personnel Caesar Cardozo, Senior Attorney Maichle Helene, HUD General Counsel Dreya Samadi, Attorney Eric Levin stating the following "Can someone tell me if my Transfer and Reasonable Accommodations Request process in an expedited capacity as a "special circumstances"? For the following reason: "Today while retrieving a package downstairs in the Peabody Development lobby area by the mailboxes at 3:17pm Pm today. Former Boston Housing Authority Residential Custodian Vincent Wright and his girlfriend/wife exit the elevator in the process of exiting the building. Vincent Wright got the attention of the security personnel on duty by greeting him, to which the security guard said hello to him as well."

416. "Therefore this incident upon seeing Vincent Wright again in my presence is seriously taking a frightful toll on my emotional disability, for I am now living in fear for my safety; fear that entails that Former Boston Housing Authority Residential Custodian Vincent Wright will now have a second successful attempt on my life." "Considering former Boston Housing Authority Residential Custodian Vincent Wright December 23rd 2020 attempt on my life was an unsuccessful attempt; afterwards having received a termination of employment and tenancy, and restraining order against him. Also on January 20, 2021 it was stated to me by Boston Housing Authority Property Manager Angel Santos (and I quote) that "Vincent Wright was told to vacate the premises."

417. May 26, 2021 at 11:49 AM email titled " Update Status On My Transfer Form And 1-9 Supporting Documented Evidence" sent to BHA Personnel General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Property Manager Angel Santos, HUD Personnel General Counsel Derya Samadi, Attorney Eric Levin, Doug Wilcox Assit Director of Reasonable Accommodations, Stephanie Estrada Reasonable Accommodations Coordinator stated the following:

418. " Good Morning Angel Santos, I submitted my Transfer Form, and Reasonable Accommodations Request to you along with 1-9 Supporting documents evidence PDF Files as to why my transfer should be granted on May 20th 2021 at 12:59 pm. As well as a correction of the Transfer form with my signature attached to the Transfer form on May 20, 2021 at 6:39pm. To which you in return sent me an email on May 21, 2021 at 9:50am stating "Received-thanks." It is my understanding; when the Property Manager is in receipt of such said documents i.e., Transfer Form, Supporting documents, and Request for Reasonable Accommodations Form. Wherefore the property manager then has a (24) twenty-four hours turnabout timeline to file such said documents over to the appropriate department(s) that handles Transfer forms, Supporting Evidence and Reasonable Accommodations.

419. May 27, 2021 at 6:14 PM email titled "Feeling Unsafe After Vincent Wright Sighting Again." sent to BHA Personnel Property Manager Angel Santos, General Counsel Casear Cardozo, Senior Attorney Helene Maichle, Assist Director of Reasonable Accommodations Doug Wilcox, Reasonable Accommodations Coordinator Stephanie Estrada stating the following: Good Morning Angel Santos, May 26, 2021 at 10:48 am upon entering my residence at 1875 Dorchester Ave, Boston, MA Peabody Englewood Development, returning from the market. Exiting the building of Peabody Englewood Development I notice Former Employee Boston Housing Authority Residential Custodian, Vincent Wright, along with his wife /girlfriend walking across Peabody Englewood Development parking lot staring at me.

420. In return I am watching every move Vincent Wright makes, especially after the attempt of murder, Vincent Wright has made on/towards my life on December 23rd 2020. Just the very thought of seeing Vincent Wright continuously, and in such close proximity has now heightened my mental state impairment. Making me feel that I am never safe or being in a safe environment, although there is a restraining order against Vincent Wright in effect on the behalf of the BHA. Again I would like a status update as soon as possible to verify that the appropriate channels have been completed, concerning my Transfer form Application and the Supporting documented evidence, along with the Reasonable Accommodations Request.

421. June 1, 2021 I placed a call to Massachusetts State Police Violent Apprehension Fugitive Unit at 450 Worcester Road, Framingham, Massachusetts 01702 to state the following: Vincent Wright is a violent fugitive for failing to register in the state of Massachusetts as asex offender, who is register under the name of Jason Wright as a sex offender. However, utilizing someone else's identity and social security number as residential custodian in the employment of the Boston Housing Authority. Although a serving a five years sentence for in the New York State Department of Corrections for the crime of sodomy 1st degree rape of a child under the age of 10yrs old. Vincent Wright received a permanent Deportation from the United States ro his origin country of Jamaica, yet somehow he is working at BHA using a fraudulent maintenance work order to gain access into my apartment to install hidden cameras throughout my unit, in the interim recording Child Pornograpy of my 10 year old granddaughter for a period of 2.5 years. Massachusetts State Police Keefe texted me a picture of Vincent Wright's Massachusetts Identification inquiring "if this was Vincent Wright" I stated "yes that him." Trooper Keefe then stated "ok I'm waiting on a picture from NY to see if he's a different person." I never heard back from Trooper one way or another. However, I did

85

hear chatter in the building that Vincent Wright was told to surrender and he was transferred to another development in the Jamaica Plain area near Jamaica Pond.

422. June 6, 2021 at 12:55 PM email titled "Submitting Additional Reasonable Accommodations Information" sent to BHA Personnel Stephanie Estrada Reasonable Accommodations Coordinator, General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Assist Director Reasonable Accommodations Doug Wilcox Housing Manager Wilma Burgos, HUD Personnel General Counsel Derya Samadi, Attorney Eric Levin, stated the following: "Good Morning Stephanie Estrada, "I am submitting the requested additional information that was summoned from me (Sharon Riddick) on May 30th 2021; concerning the final determination of my Reasonable Accommodations /Transfer process. Detailed Enclosed documents from Medical Provider."

423. June 8, 2021 at 10:24 AM  email titled "Still Being Harassed and Retaliated Against" sent to BHA Personnel Housing Manager Wilma Burgos, Property Manager Angel Santos, General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, HUD Personnel General Counsel Derya Samadi, Attorney Eric Levin stated the following: Good Morning Wilma Burgos, " Yesterday at 6:24pm I received a Boston Housing Authority Notification from Peabody Englewood Development Management Office informing me that ATHENA Fire Alarm will conduct a Unit inspection in apartments 1, 2, 3, floors on June 9, 2021 starting at 8:00 am. "However it was the veil threat listed on the notification that is quite disturbing to me, (as stated verbatim) "**If you  are not home, we will enter with the office key." "If this does not work, break and replace your lock at your expense."**

424.    "First and foremost, this veil threat is just one of many examples illustrating the incompetence of Boston Housing Authority Property Manager Angel Santos' knowledge of "Landlord and Tenant Rights under Massachusetts General Law. It also demonstrates another unlawful measure on the behalf of Boston Housing Authority Peabody Englewood Property Manager Angel Santos, on the basis of the pretext above; to harass and retaliate against tenant Sharon Riddick on the basis of her (Sexual Orientation) as Hetero-sexual (Sex)female of the (National Origin) of African-American by violating her Civil Rights repeatedly."

425.    Secondly, in accordance to Landlord and Tenant rights in the state of Massachusetts: "Your landlord, or an agent for your landlord, may only enter your apartment for the following reasons: To inspect the premises; To make repairs; To show the apartment to a prospective tenant, purchaser, mortgagee or its agents; In accordance with a court order;

If the premises appear to be abandoned; or To inspect the premises within the last 30 days of tenancy in order to determine the amount of damage to be deducted from the security deposit "The landlord should be reasonable and attempt to arrange a mutually convenient time to visit the apartment. If the landlord insists on entering your apartment in an unreasonable fashion, you may file for a temporary restraining order at your local district court. As you can see there is NO mention in the Landlord and Tenants Law/Rights of " If you are not home," "the landlord has the right to "break and replace your lock at your expense."

426.  In Conclusion, as a tenant within good standing of the Boston Housing Authority policies and procedures and as a tenant who pays her rent in a timely fashion. Isn't it only fair of me to request that the Boston Housing Authority have within its employment a Property Manager at the Peabody Englewood Development in good standing, competent and knowledgeable of Massachusetts Tenant Rights/laws? Opposed to a Property Manager like Angel Santos who is clearly indicating that time after time;even at the Boston Housing Authority expense he is a willing participant, to manipulate the Landlord Tenant law to his own delusional conforming.

427.  June 17, 2021 at 1:39 PM email Titled "My Complaint On HealthCare Fraud of Hannah Josephson  sent Atrius Health Legal Department, Patient Services, stated the following: Kindly accept this email as my official complaint and a request for investigation into the unlawful actions regarding the following health care Nurse Practitioner Hannah N. Josephson (NP), at Copley Harvard Vanguard. Atrius Health Harvard Vanguard Nurse Practitioner Hannah Josephson, engaged in a conspiracy with (Boston Medical Center Executive Vice Chair, Joanna Piechiczek-Buczek, MD Psychiatry,) (Boston Medical Center William E. Baker MD) to submit fraudulent psychiatric medical reports to Aarp Uhc Medicare by utilizing a  fraudulent Section 12 Application For An Authorization of Temporary Involuntary Hospitalizations to collect the amount of $20,972.46 for profit by falsely billing medicare and medicare. I was held against my will by unwanted medications and physical restraints in the Boston Medical Center Emergency Department for a period of (7) seven days; this was done to create the appearance of a longer fraudulent history of psychiatric treatment and for the purpose of deceiving the Medicare program into approving insurance benefits/payments. By entering false notations into my Atrius Health Harvard Vanguard patients medical records Hannah

Josephson N.P. violated **18.U.S.C. 1035 False Statements Relating to Health Care Matters**

428. March 4, 2021 I inhaled a powder substance through my nose into my chest which caused me to experience chest pains. To which I went to Carney Hospital emergency room for a more thorough examination. The Carney Hospital Care Plan Goals was  for me to make a "follow-up appointment with your primary care physician in the next several days for re-evaluation." I called Harvard Vanguard at 165 Dartmouth Street where my PCP Monica Gomez is located. However the only appointment available was Telemedicine (video visit) with Hannah N. Josephson N.P. on March 10, 2021 at 2:30pm. After further discussion on the matter of a follow up  at the request of Carney Hospital; it was agreed by myself and Hannah Josephson that I would receive an in-person appointment at Copley Harvard Vanguard on March 15, 2021 at 4:00pm with Hannah Josephson N.P.  March 15, 2021 Upon my arrival at Harvard Vanguard the Nursing Assistant did my vitals recording normal readings of blood pressure 140/88, Pulse 80, Temp 97.9.

429. As Hannah N. Josephson entered the room and inquired as to the "reason I was here today." I immediately explained to her that "I was being stalked by a Residential Custodian who lives in my building, who in return utilized fraudulent a maintenance work order to gain access into my apartment to install hidden cameras into smoke/heat detectors." "I have reported his criminal behavior to the proper authorities as well as the management." I further stated to Hannah N. Josephson that as "I was making my way into my apartment I turned the doorknob before I  could enter across the threshold." "I all of a sudden inhale a powder substance through my nose." "The powder substance proceeded its way into my nostrils down into my throat area like a tingling feeling."

430. "I immediately drank a solution of warm water and organic raw apple cider vinegar followed by some turmeric." "I took a shower and laid down for a while. I started

88

experiencing a mild center chest pain and I went to sleep." Hannah Josephson
immediately disregarded the conversation of my experiencing chest pains by changing
the topic towards my 20 pounds weight gain and proceeded to list medications she
wanted to prescribe to me for weight loss. I stated to Hannah Josephson "the 20 pounds
weight gain is in lieu of the emotional stress that comes with being stalked by a
stalker."Hannah Josephson then recited a list of medications she wanted me to try as in
"Phentermine," "Topiramate," "Saxenda," finally after constant badgering by Hannah
Josephson I settled on Topiramate.

431.  I informed Hannah Josephson that "I was not into medications, but in tune to more of
an awareness practice in conventional ways when it comes to what I place in my body." I
asked Hannah Josephson, ``Is there another way that an appetite suppressant  is sold OTC
over the counter as a supplement?" Hannah stated "it's only ALLI and it cost $70.00."
However, as I have stated I am more settled into my more conventional ways, so after
that doctor visit; I conducted more extensive research on Appetite Suppressants
Supplements, and I found one that was natural, organic and more to my liking "Apple
Cider Vinegar supplements."

432.  After viewing Copley Harvard Vanguard N.P. Hannah Josephson ``After visit
Notes"-March 10, 2021 at 2:30pm. I then noticed several pretexts/discrepancies into the
notes of Copley Harvard Vanguard Hannah Josephson N.P. such as Hannah Josephson
has stated the following: "Patient was seen in Carney Hospital ED on 3/4/21 for
evaluation of chest pain after she was concerned she inhaled a powdery substance while
walking through her apartment door that she believes was poison placed by a stalker of
hers who lives in her building." "Reviewed by BMC Emergency "Paranoid patient
presents to emergency department complaining of left-sided face pain and chest pain. Her
EKG reveals a normal sinus rhythm without any ST elevations, depression, and
arrhythmia or conduction delays."

89

433. Patient is requesting testing to identify the substance which she inhaled. I have advised her that this is not possible and explained the utility of our urine and serum drug screens and how they are not applicable in this situation. She was offered evaluation by the BEST team but declined at this time. She will be discharged home with primary care follow-up." "She also wants to discuss going on an appetite Suppressant." She had been on several different medications prior to her bariatric surgery including Phentermine, topiramate, qsymia, belviq, contrave, saxenda." She is being followed by BMC weight clinic but does not have an appointment with her NP there until May and would like to get on medication before then since she has put on weight."

434. The **first pretext or discrepancy** is Copley Harvard Vanguard N.P. Hannah Josephson recorded in her After Visit Notes Summary as is: Hannah Josephson stated " she was concerned she inhaled powdery substance while walking through her apartment door that she believes was poison placed by a stalker of hers who lives in her building." I never identified the powdery substance as poison to Hannah Josephson or any medical personnel at Carney Hospital, in fact I did not know what it was I inhaled which is my reason for going to the hospital overall to find out.

435. The **second pretext or discrepancy** that Copley Harvard Vanguard N.P. Hannah Josephson recorded in her After Visit Notes Summary as follows: "Hannah Josephson stated on March 10, 2021 that BMC I was reviewed by BMC Emergency as a Paranoid Patient presented in the emergency department complaining of left-side face pain and chest pain."

436. I was NEVER seen at BMC as a paranoid patient in their emergency department seeking medical assistance for left side facial pain and abdominal pain. I was seen at Carney Hospital Steward Health on March 4, 2021 at 11:54 am for the conditions of facial and abdominal pain. However this pretext by Hannah Josephson will tie her influence and involvement to a Boston Medical Center Emergency Department Health Care fraud scheme on April 20, 2021 by utilizing her position as a Nurse Practitioner employed at Atrius Health Harvard Vanguard to commit health care fraud by supplying false statements to a patient's medical records. For it appears Hannah Josephson distributed the medication topiramate outside the legitimate scope of professional practice

90

and without legitimate medical purpose through her position. As a nurse practitioner under Massachusetts General Law Hannah Josephson had the authority to prescribe topiramate, a controlled substance, to patients. Although Hannah Josephson provided no real medical treatment, and there was no medical basis to prescribe topiramate.

437. Hannah Josephson erected this scheme by using buzzwords i.e "paranoid," "evaluation by the BEST Team," and if she succeeded by having me fill the prescription, then I would have been addicted and ingesting the controlled substance of Topiramate. "The opioid crisis that we are currently facing is further exacerbated by illegal "pill mill" operations." "The illegal diversion of opioid and other controlled substances (topiramate) often leads to drug addictions and deaths drains the resources that could otherwise be used to provide legitimate health care services.

438. Hannah Josephson's actions of falsifying my medical with accusations of "paranoia, "BEST Team," entering the pretext of saying  I was poison, when I did NOT even mention the word poison to anyone. prescribing me the controlled substance of Topiramate; basically was her gateway to solidify the case made for a fraudulent Section 12 Hospitalization and an addiction to topiramate against Sharon Riddick. Especially since I was already taking Trazodone 50 mg  taken as needed at bed time for PTSD.  The medication Topiramate defeats the purpose for weight loss, for its weight loss remedy is a side effect for weight loss it is still not a guarantee for weight loss.

439. The **third pretext or discrepancy** that Copley Harvard Vanguard N.P. Hannah Josephson recorded in her After Care Visit Notes Summary as follows: Hannah Josephson is stating that Carney Hospital is stating the following below paragraph assessment. The Patient is requesting testing to identify the substance which she inhaled. I have advised her that this is not possible and explained the utility of our urine and serum drug screens and how they are not applicable in this situation. She was offered evaluation by the BEST team but declined at this time. She will be discharged home with

primary care follow-up." In fact the actions that took place on March 4, 2021 between myself (Sharon Riddick) and Carney Hospital Emergency attending Dr. Kelly McDonouogh is as: "March 4, 2021 at 9:36am I went to the emergency room at Carney Hospital experiencing searing pain on the left side of my face, my jawline area and my forehead area, and again in my center chest area. There I underwent chest x-rays and an EKG.. I was told by the emergency room physician Kelly McDonough that "Carney does not test for toxicology, only for hypertension, diabetes, and besides whatever you inhale it won't show up in your blood works anyways."The doctor did not see anything in the EKG or the chest X Rays. I was instructed to rest and do follow up care with my primary in three/few days.  Carney Hospital Dr. Kelly McDonough never referred to me as a Paranoid Patient, nor did she offer me the BEST Team for evaluation.

440.  Please view Carney Hospital Emergency Department Attending Dr. Kelley McDonough After Care Visit that I am submitting as a hard copy. Reason being submitted as a hard copy is that Carney Hospital/Athena health/Steward Connect are NOT listed on the MyChart App, for it is a patient portal. Therefore Harvard Vanguard Hannah Josephson N.P. could NOT have access to Carney Hospital Emergency Department Dr. Kelly McDonough's After care visit notes. How was Copley Harvard Vanguard Hannah Josephson N.P. able to read from these alleged doctor's notes. Considering I was informed by Carney Hospital that "ONLY Steward doctors are able to access Carney Hospital Patient Portals." "Not a doctor from Massachusetts General Hospital" "nor a doctor from Atrius Health Copley Harvard Vanguard can access Carney Hospital Patient Portal."

441.  The fourth pretext or discrepancy that Copley Harvard Vanguard N.P. Hannah Josephson recorded in her After Care Visit Notes Summary as: "She also wants to discuss going on an appetite Suppressant." She had been on several different medications prior to her bariatric surgery including Phentermine, topiramate, qsymia, belviq, contrave, saxenda." She is being followed by BMC weight clinic but does not have an appointment with her NP there until May and would like to get on medication before then since she has put on weight."

442.   Foremost I was never on any of these medications Phentermine, topiramate, qsymia, belviq, contrave, saxenda, prior to my bariatric surgery nor ever, in fact the only (2) two medications were ever administered to me were concerning high blood pressure. I was only required to lose 5 pounds leading up to my bariatric surgery.

443.   I would like to point out on March 15, 2021 at a 4:00 pm appointment with Hannah Josephson N.P. It was Hannah Josephson who was adamantly stirring me to choose from one of the medications she wanted to prescribe to me. I then became suspicious as to why she vehemently wanted me to select medications. I selected the medication Topiramate 25 mg with instructions from Hannah to take 1 tablet by mouth daily for 14 days then increase 2 tablets (42 tablets) daily prescription sent to CVS/Pharmacy #0720 at 2235 Dorchester Ave. Although this medication Topiramate, a controlled substance, was priced at $68.00 by CVS and the OTC Appetite Suppressant Supplement non- controlled substance weight loss name ALLI was priced at $70.00.

444.   I decided against the Topiramate and ventured on my own to an organic apple cider vinegar appetite suppressant. Although still persistence Hannah Josephson appear to be monitoring if I filled the prescription of Topiramate 25 mg tablet, monitoring to the effect that a Copley Harvard Vanguard Medical Assistant named "Jen" called me on Tuesday April 6, 2021 at 3:37pm and left a voicemail message stating' she was "calling me on the on the behalf of Hannah Josephson as to informed me the authorization from my insurance company to the prescription of Topiramate did not go through and for me to called Hannah Josephson for the next step," "of course I did not return the call."

445.   However upon further research I discover that Topiramate is a federally controlled substance that can lead to drug dependency. As a matter of fact the medications Qsymia, Belviq, Phentermine are ALL federally controlled substances that can lead to drug dependency, these are the medications Atrius Health Harvard Vanguard Hannah Josephson Nurse Practitioner had in mind for my weight loss management.

446. June 9th 2021 at 2:24pm placed a call to Kenmore Harvard Vanguard Weight Loss Management Clinic to inquire if all appetite suppressants medications they prescribe to their patients are all controlled substance medication. I was told that "Kenmore Harvard Vanguard Weight Loss Clinic rarely prescribes its patients controlled substance medications as appetite suppressants unless the patient requests that specific appetite suppressant" and that there were other appetite suppressants that are NOT controlled substances."

447. In Conclusion of my complaint concerning Atrius Health Copley Harvard Vanguard Hannah Josephson Nurse Practitioner, I am submitting this complaint tying Hannah Josephson involvement into a health care scheme surrounding fraudulent Section 12 Hospitalizations at Boston Medical Center Emergency Department that was issued against me. I further learn that Hannah Josephson presently works (Level 1 Trauma Center) in the Boston Medical Center Emergency Department, as well as Copley Harvard Vanguard.

448. March 10, and March 15, 2021 appointments were to lure me into Harvard Vanguard so that Hannah Josephson can prescribe me with controlled substance medications in hopes I fall under an addiction, although I did not know what kind of control substance medications. For the Topiratmate medication Hannah Josephson prescribed for me mostly is prescribed for prevention and control of epilepsy seizures, migraines, weight loss is a side effect not a concentration that I would lose weight. The reason why Hannah Josephson wanted me on a control substance drug and was so adamant about me taking this controlled substance drug, considering she typed in her after care progress notes "she reports gaining weight recently Advised to come in for blood pressure and weight check." "We can discuss appetite suppressant, but ideally this should be done through her provider at BMC weight clinic." Saxenda may be a good option for her as it is approved for>12 weeks and is once a weekly injection.  The Saxenda medication is NOT a control substance but its side effects are listed as: Before taking Saxenda®, tell your healthcare provider about all of your medical conditions, including if you:   are taking certain medicines called GLP-1 receptor agonists. Have severe problems with your stomach, such as slowed emptying of your stomach (gastroparesis) or problems with digesting food. have or have had problems with your pancreas, kidneys or liver. *Have or have had depression or suicidal thoughts, or mental health issues. Are

breastfeeding or plan to breastfeed? It is not known if Saxenda passes into your breast milk. You and your health care provider should decide if you will use Saxenda® or breastfeed.

449. Harvard Vanguard Hannah Josephson Nurse Practitioner is now a willing participant in this conspiracy against me; a conspiracy of being under attack on all fronts by members of the LGBTQ community and their co-conspirators,who are engaged in an earmark campaign of retaliation by COINTELPRO discrediting of Sharon Riddick who is a heterosexual African-American female. Discredit by attempting to silence /punished/retaliate against me in a series of fraudulent incidents consisting of: Trying to get me addicted to a control substance-(although I have never used a control substance drug before throughout my entire life), a false arrest- (although I do NOT nor have ever had a criminal record in my entire life), a fraudulent Section 12 hospitalization (although I have never been hospitalized for any past psychiatry, medication history in my entire life) a fraudulent eviction process for reporting/exposing the Boston Housing Authority practice of employing sex offenders and child molesters to create child pornography off its tenants and guest by installing hidden cameras in their apartments.

450. TThe individuals involved are Pine Street Inn Triage Supervisor Blake McCarthy, Joanna Buczek, Boston Medical Center Physician William Baker M.D. Copley Harvard Vanguard Nurse Practitioner Hannah Josephson, Boston Housing Authority Assistant Director to Property Management Wilma Burgos, Boston Housing Authority Peabody Englewood Development Property Manager Angel Santos, Boston Housing Authority Senior Attorney Jay Koplove, Boston Housing Authority Employees Relations Coordinator Collen Leaver, Boston Housing Authority Residential Custodian Vincent Wright, Boston Police C-11 Police Officers Thomas Flynn, Christopher Simpson, Dorchester District Court Judges James Coffey, Johnathan Tynes, Dorchester District Court Clerks Helen White, and John Clough. The individuals involved are Pine Street Inn Triage Supervisor Blake McCarthy, Joanna Buczek, Boston Medical Center Physician William Baker M.D. Copley Harvard Vanguard Nurse Practitioner Hannah Josephson, Boston Housing Authority Assistant Director to Property Management Wilma Burgos, Boston Housing Authority Peabody Englewood Development Property Manager Angel Santos, Boston Housing Authority Senior Attorney Jay Koplove, Boston Housing

95

Authority Employees Relations Coordinator Collen Leaver, Boston Housing Authority
Residential Custodian Vincent Wright, Boston Police C-11 Police Officers Thomas
Flynn, Christopher Simpson, Dorchester District Court Judges James Coffey, Johnathan
Tynes, Dorchester District Court Clerks Helen White, and John Clough.

451. . Boston Medical Center Fraudulent Bill totaling $20, 972.46.

452. -Boston EMS Patient Satisfaction Survey

453. -Boston EMS Medical Service Bill totaling $1,454.00

454. -Medicare Summary Notice for Part B $1,153

455. (8) Eight United States Department of Justice Press Release of cases on Health Care
Fraud.

456. News Article titled ``Mass Public Health Commissioner Monica Bharel Leaving Role
After 6 Years."

457. News Article titled Boston EMS paramedic pulled down nearly $300,000 last year as
calls never stopped"

458. June 17, 2021 Complaint Confirmation recieved from United States Department of
Health and Human Services Office of Inspector General stating the following: "You have
successfully submitted your complaint.

459. June 26, 2021 at 5:23 PM email titled "My Complaints Concerning Allegations Of
Misconduct By IRS Employees states the following: "Kindly accept my complaint
concerning allegations of violations that impact the integrity of Federal tax administration
and IRS programs. This includes allegations of misconduct by IRS employees."

460. First and foremost I am under attack on all fronts by members of the LGBTQ community and their co-conspirators,who are engaged in an earmark campaign of retaliation by COINTELPRO discrediting of Sharon Riddick who is a heterosexual African-American female. Because I filed a complaint with the proper authorities concerning Civil Rights violations, Retaliation at the United States Department Housing and Urban Development Office Inspector General, their offices in Massachusetts, and Washington D.C., and the United States Department of Health and Human Services Office of Inspector General Department of Justice, Massachusetts Commission Against Discrimination,; after filing the complaint I was the subject of a series of fraudulent and criminal activities i.e. from utilizing their workplaces as R.I.C.O. Criminal Enterprise to commit the R.I.C.O. Crimes of Mail/Wire fraud, Extortion, Obstruction of Justice, Racketeering, accepting bribes.

461. -By prescribing control substance that provided no real medical treatment, and there was no medical basis to prescribe a control substance

462. -(although I have never used a control substance drug before throughout my entire life)

463. -a false arrest- (although I do NOT nor have ever had a criminal record in my entire life),

464. -a fraudulent Section 12 hospitalization (although I have never been hospitalized for any past psychiatry, medication history in my entire life)

465. -Wrongful prosecution in a criminal Court for a crime I did not commit.

466. -Extortion with the threat of garnishments of Social Security income by a Department of Treasury IRS Internal Revenue Service Employee to pay a Tax Collection debt from 2010 in the amount of $3,122.30 that is 11yrs. past the statute of limitations to collect an IRS debt that expired.

467. -a fraudulent eviction process for reporting/exposing the Boston Housing Authority practice of employing sex offenders and child molesters to create child pornography off its tenants and guests by installing hidden cameras in their apartments, and a possible LGBTQ Child Sex Trafficking Ring.

97

468. The individuals involved in these crimes are Department of Treasury IRS- Internal Revenue Service employee C.K. O'Neal, Operations Manager, Collections at the Andover Massachusetts Location, Pine Street Inn Triage Supervisor Blake McCarthy, Atrius Health Harvard Vanguard *Nurse Practitioner Hannah Josephson, Boston Medical Center *William E. Baker M.D.,Boston Medical Center Executive Vice-Chair Joanna Buczek M.D., Boston Housing Authority Assistant Director to Property Management Wilma Burgos, Boston Housing Authority Peabody Englewood Development Property Manager *Angel Santos, Boston Housing Authority Senior Attorney *Jay Koplove, Boston Housing Authority Employees Relations Coordinator *Collen Leaver, Boston Housing Authority Residential Custodian *Vincent Wright, Boston Police C-11 Police Officers Thomas Flynn, *Christopher Simpson, Dorchester District Court Judges James Coffey, Johnathan Tynes, Dorchester District Court Clerks *Helen White, and John Cough.

469. I received a Department of the Treasury Internal Revenue Service Notice CP71A from Andover, Massachusetts 01810-0010 with the Notice date of November 9, 2020 stating An Annual reminder of balance due taxes for tax year 2010 Amount due is $3,122.30. Unknowingly aware of the  IRS **Collection Statute--IRS has Ten (10) Year to Collect on Tax Issues**

470. I submitted the following Tax Forms to the Department of the Treasury-Internal Revenue Service, Form 13844-Application For Reduced User Fee For Installment Agreements dated 12/22/2020,  Form 9465-Installment Agreement Request dated 12/22/2020, Form 433-Collection Information Statement dated 12/22/2020, Form 433-D-Installment Agreement dated 12/22/2020.

471. I received an Department of the Treasury IRS Internal Revenue Service ANSC from Andover, MA stating it was in reply to 0869400003 with the date of March 02, 2021 addressed to Sharon Riddick, from Department Of The Treasury IRS Internal Revenue Service employee C.K. O'Neal, Operations Manager, Collections. However the Taxpayer

98

Identification number was correct, but the Tax period dated 12/31/2019 Form 1040 was incorrect. The incorrect tax year of 2019 was intentionally and fraudulently listed on March 02, 2021 letter so that I may accrue the minimum late filing penalty when filed more than 60 days after the due date, including extensions. The minimum late filing penalty is $210.00 for returns due on or after 1/1/2018 and 12/31/2019. So that I may be the subject of fraudulent garnishments . I had previously sent along with my Form 9465 Installment Agreement, the Form 433 Collection Information Statement that listed my monthly income as $1,218.00 on the form of Social Security.

The March 02, 2021 letter is stating the following: Dear Taxpayer, we received one of the following items from you or your authorized third party on Feb. 22, 2021." I never sent anything to the IRS on Feb.22, 2021 NOR do I have an authorized third party. The letter does NOT make the identity of this Authorized third party known to Sharon Riddick. March 02, 2021 goes on to state the following:

-"Before we can resolve this matter we need to process all of your information"

-"We will send you our complete response within 90 days."

-"We don't need any further information from you right now."

-"Apply payments properly, make your check or money order payable to the United States Treasury."

-"We stopped any further notices to you while we research this matter."

472. I received another Department of the Treasury IRS Internal Revenue Service letter from the location of a P.O. Box 219236, Stop P-4 5050 Kansas City MO 64121-9236 stating it was in reply refer to 0976500003, dated May 06, 2021, with my Taxpayer Identification number and the incorrect Tax period of December 31, 2020 Form 1040 address to Sharon Riddick from Department of the Treasury IRS Internal Revenue Services employee Thomas D.Taylor, Operations Manager, ACS Support   The incorrect tax year of 2020 was intentionally and fraudulently listed on May 06, 2021 letter so that I may accrue the minimum late filing penalty and fraudulent garnishments when filed more

than 60 days after the due date, including extensions. The minimum late filing penalty is $435.00 for returns due on or after 1/1/2020 and goes on to state the following:

473. Dear Taxpayer We received one of the following items from you or your authorized third party on April 28, 2021." Again, I never sent anything to the IRS on April 28, 2021 NOR do I have an authorized third party, the letter does NOT make the identity of this Authorized third party known to Sharon Riddick. The May 06, 2021 letter goes on to state the following:

474. -"Before we can resolve this matter we need to process all of your information"

475. -"We will send you our complete response within 90 days."

476. -"We don't need any further information from you right now."

477. -"Apply payments properly, make your check or money order payable to the United States Treasury."

478. -"We stopped any further notices to you while we research this matter."

479. I received an Department of the Treasury IRS Internal Revenue Service 310 Lowell Street Stop 832 from Andover, MA stating it was in reply to 0865740807 with the date of May 11, 2021 addressed to Sharon Riddick, from Department Of The Treasury IRS Internal Revenue Service employee C.K. O'Neal, Operations Manager, Collections. However the Taxpayer Identification number was correct, as well as the Tax period dated 12/31/2010.

480. The letter acknowledges the following:

481. -"Thank You for your inquiry of December 22, 2020.

482. -"The notice you received is an annual notice issued on accounts that remain unpaid after the normal billing notices were issued. Penalty and interest are compounding daily and will continue to do so until the account is fully paid."

483. -"The time to legally collect the balance due has expired."

484. Although Department of the Treasury IRS Internal Revenue Service employee C.K. O'Neal, Operations Manager, Collections acknowledges that **" The time to legally collect the balance due has expired" C.K. O'Neal is still insisting that I pay the expired debt by sending me a form citing PAYMENT ON ACCOUNT** stating `When you make a payment, please return a copy of this page with your payment." "Make your money order payable to the United States Treasury and include your name, address, social security, or Employer Identification number, tax year, tax form and any daytime telephone number on each payment."

100

485. I received an Department of the Treasury IRS Internal Revenue Service 310 Lowell Street Stop 832 from Andover, MA stating it was in reply to 0865802866 with the date of June 09, 2021 addressed to Sharon Riddick, from Department Of The Treasury IRS Internal Revenue Service employee C.K. O'Neal, Operations Manager, Collections. However the Taxpayer Identification number was correct Form 1040, as the incorrect Tax period dated 12/31/2020, The incorrect tax year of 2020 was intentionally and fraudulently listed on June 9, 2021 letter so that I may accrue the minimum late filing penalty when filed more than 60 days after the due date, including extensions, and subject to fraudulent garnishments. The minimum late filing penalty is $435.00 for returns due on or after 1/1/2020 and goes on to state the following:

486. -"Dear Taxpayer, Thank You for your form 9465 dated Dec. 22, 2020, about the unpaid tax for the years shown above. "We can't consider your request at this time." (The Installment Agreement Denied) The letter goes on to state the following: "We can't consider your installment agreement request until you provide the financial information we need to determine your ability to pay and your monthly payment amount." Send your payment proposal on Form 435-D Installment Agreement, within 30 days from the date of this letter. Also include a completed Form 433-B, Collection Information Statement, if you're a business taxpayer, or Form 433-F, Collection Information Statement."-"We could not process your Installment agreement you requested because you did not propose a monthly payment amount." The letter goes on to state threats of extortion with a Federal Tax Lien if you don't pay the entire balance within 30 days. Copies of my resubmitted Forms 433-F Collection Information Statement and Installment Agreement dated 6/18/2021.

487. I received an Department of the Treasury IRS Internal Revenue Service 310 Lowell Street Stop 832 from Andover, MA letter stating it was in reply to 0976236979 with the date of June 23, 2021 addressed to Sharon Riddick, from Department Of The Treasury IRS Internal Revenue Service employee Thomas D. Taylor, Operations Manager, ACS Support. With my Taxpayer Identification Number stating the following:

488. -"That Reduce Installment Agreement User Fee has been rejected for the reason below: ACCORDING TO OUR RECORDS THE TIME ALLOWED TO COLLECT ON YOUR ACCOUNT HAS EXPIRED. YOU ARE NO LONGER REQUIRED TO MAKE

101

PAYMENTS ON THIS BALANCE. A Copy of My Social Security Administration Benefit Verification Letter Dated June 26, 2021.

489.  IRS mailing address for payments to be sent to Fresno, CA. 93888-0419 sent to me by Department of the Treasury IRS Internal Revenue Service employee C.K. O'Neal, Operations Manager, Collections.  P.S. with great indigence entered into a fraudulent Installment Agreement on an expired debt after  threats of  extortion of a Federal Tax Liens lodge against me by sending in a payment of $100.00 under duress, therefore I would like for Installment Agreement to be "nulled and void" and a reimbursement of the May 3rd 2021 money order payment to mail to me to Fresno, CA.  I am also seeking a thorough investigation into the R.I.C.O. Crimes of Racketeering, Extortion and utilizing IRS as  a R.I.C.O  ``Criminal Enterprise" by Department Of The Treasury IRS Internal Revenue Service employee C.K. O'Neal, Operations Manager, Collections.

490.  June 26, 2021 at 5:25 PM email titled "Treasury Inspector General for Tax Administration (TIGTA) Hotline Contact Acknowledgement  received from the TIGA Complaints Unit stating the following: Please read this email in entirety.

491.  Thank you for contacting the Treasury Inspector General for Tax Administration (TIGTA) Hotline.  We have received your submission.  Someone from our team will contact you if we need additional information.  Please note that TIGTA will not take action on submissions that do not fall within its investigative jurisdiction. TIGTA Office of Investigations (OI) investigates three primary areas of concern: Internal Revenue Service (IRS) employee integrity, IRS employee and infrastructure security, and external attempts to corrupt tax administration.  Each of these areas is described in more detail below.

492.  **IRS Employee Integrity**

493.  TIGTA OI investigates IRS employee misconduct allegations.  For example:

494.  Extorting money from taxpayers, Soliciting bribes to reduce or eliminate a tax debt

495.  · Stealing tax payments, Abusing taxpayer rights

496.  · Accessing or disclosing tax information without proper authorization

497.  ·Fraud or misconduct by contractors acting on behalf of the IRS

498.  June 29, 2021 at 12:56 PM Email Titled "IRS Complaint" received from Karel
      Matyska | Special Agent U.S. Treasury Inspector General for Tax Administration 310
      Lowell Street, Room 1151 | Andover, MA 01812 stating the following: "Good afternoon
      Sharon, I received your complaint regarding the IRS employee in its entirety.  I was just
      writing to confirm I had all the details regarding your complaint against O'Neal.  If you
      have anything to add regarding O'Neal specifically please advise."

499.  July 13, 2021 at 7:17 PM email titled "Supplement To My Complaint" sent Karel
      Matyska Special -Agent -In Charge stating the following "Good Morning  Ms. Karel
      Thank You for responding, As I have stated in in my initial complaint that I was
      under attack on all fronts by members in the LGBTQ community who have
      engaged in an earmarked campaign to harass, retaliate, and violated my civil rights
      I also stated that I am being wrongfully prosecuted in court by state court Judges
      to manufacture a court case against me in the proceedings of a kangaroo court for
      a crime I did not commit. By utilizing The Boston Municipal Dorchester Division
      Court as a RICO criminal enterprise to commit a scheme of a pattern of
      racketeering through Obstruction of Justice to manufacture cases on/into docket
      for payments of bribes.  I also feel this collusion is relevant to my complaint
      against IRS employee O'Neal.

500.  People with COVID-19 have had a wide range of symptoms reported – ranging from
      mild symptoms to severe illness. Symptoms may appear 2-14 days after exposure to the
      virus. People with these symptoms may have COVID-19:

          Fever or chills
          Cough
          Shortness of breath or difficulty breathing
          Fatigue
          Muscle or body aches
          Headache

New loss of taste or smell
Sore throat
Congestion or runny nose
Nausea or vomiting
Diarrhea

501. Once again this notification submitted by the Boston Housing Authority is again a violation of my Civil Rights of race, gender, and disability to the point that, in accordance with CDC Center for Disease Control, having a weakened immune system may increase your risk of severe illness from COVID-19. As well as my Constitutional Right of the First Amendment of the United States Constitution outlining religion and free speech.

502. December 8, 2020 at 11:48 AM email titled "Conspiracy to Harass and Intimidate on the Behalf of BHA Custodian Vincent Wright" sent to E.O.S Investigator Shahriar stated the following: " that BHA Custodian had two carribean females to stalk me at Franklin Park Walking  Course."

503. May 13, 2021 5:41pm email titled "Your Case with BHA" received from Greater Boston Legal Services Paralegal Adam Hoole requesting the following documents/information  stating as: "My job is to work with you to assess whether or not filing a reasonable accommodation request in your case would be possible, and to assess if it is the best course of action for you to take. In order to assess the feasibility of a reasonable accommodation request, I need answers to the following questions from you;

504. **a) What, if any, current medical diagnosis do you have?**

505. **b) For each diagnosis in question A, please list what symptoms you experience from each diagnosis?**

506. **c) For each diagnosis in part A, please list any medications or other treatment you are receiving for that diagnosis?**

507. **d) Please list the name and telephone number for any medical provider you see for the diagnoses listed in question A. Please specify which provider treats which diagnosis.**

508. **e) When you were involuntarily committed by Pine Street, at what hospital or facility were you committed?**

104

509. **f) During your involuntary commitment, what, if anything, did the hospital or facility diagnose you with or treat you for?**

510. **g) Do you believe that any of the diagnoses named in question A affected your behavior during the events which are outlined in BHA's notices? If so, how did those diagnoses affect your behavior?**

511. **h) Attached is Greater Boston Legal Services' blank release form. Do you consent to me filling this form out on your behalf so that I can speak with the Boston Housing Authority on your behalf about your cases?**

512. **i) Attached is Greater Boston Legal Services' HIPAA release form. This form would allow me to speak with your primary care or other relevant medical providers to gather evidence which would be used in a reasonable accommodation request.**

513. **Do you consent to me filling this form out on your behalf in order to speak with the providers you named in questions D and E.**

514. **Please note that this is a set of preliminary questions to begin assessing your case. There may be more information I require from you later.**

515. **Please also note that all Greater Boston Legal Services and myself have committed to work on with you, is to assess whether or not there is a medical basis to request a reasonable accommodation in your case. At this point, our work with you is purely investigatory.**

516. **Greater Boston Legal Services has made no commitment to represent you at any administrative hearing or court hearing which might arise from these cases. After I have completed my investigation of your case, Greater Boston Legal Services will consider if we can offer you additional services.**

517. **Please also be advised that this is a time limited matter. If we are going to file a reasonable accommodation request in your case, we must do so timely, otherwise BHA might proceed with court hearings on this matter.**

518. **If you have any questions about the above, please let me know.**

519. May 14, 2021 at 2:40 PM email titled "Here is the Information You're Looking For" sent to Greater Boston Legal Service  Paralegal Adam Hoole stating the following: " Good Morning Adam Hoole,

520. First and foremost I am under attack on all fronts by members of the LGBTQ community and their co-conspirators,who are engaged in an earmark campaign of violation of Civil Rights and retaliation by a practice of COINTELPRO tactics **through psychological warfare; smearing individuals and groups using forged documents and by planting false reports in the media; harassment; wrongful imprisonment; and illegal violence, including assassination, fraaudulent eviction process** as well as discrediting of Sharon Riddick who is a heterosexual African-American female.  For exposing a fact that the Boston Housing Authority employs unregistered in the state of Massachusetts, however registered in other states sex offenders, who are child molesters and engages in cover-ups of concealment to the facts.

521. The individuals involved are Pine Street Inn Triage Supervisor Blake McCarthy, Boston Medical Center, Dr. Joanna Buczek M.D., Dr. William Baker,  Boston Housing Authority Assistant Director to Property Management Wilma Burgos, Boston Housing Authority Peabody Englewood Development Property Manager Angel Santos, Boston Housing Authority Senior Attorney Jay Koplove, Boston Housing Authority Employees Relations Coordinator Collen Leaver, Boston Housing Authority Residential Custodian Vincent Wright, Boston Police C-11 Police Officers Thomas Flynn, Christopher Simpson, Dorchester District Court Judges James Coffey, Jonathan Tynes, Dorchester District Court Clerks Helen White, and John Coughn.

522. In accordance with the Boston Housing Authority Reasonable Accommodation Policy of February 12, 2016; As head of the household Sharon Riddick is NOT warranted to divulge her disability to the Boston Housing Authority for the BHA can NOT request me too or request additional information on my disability when the BHA already have privy to information pertaining to my disability, for instance:

523. **3.5.1 What type of information may BHA not request?** BHA may not request the following when verifying the need for an RA:  A Client's specific medical diagnosis or the details of treatment;  Information regarding the nature and severity of a Client's disability, unless such information is needed to determine if a requested Accommodation is necessary and/or appropriate; or  A Client's medical records. If both a Client's disability and need for a requested Accommodation are obvious or otherwise known to BHA, it may not request additional information regarding either.

106

524.  Furthermore I have provided proof that I receive disability benefits with a statement at my December 7, 2020  Annual Rectification as I have provided throughout my Annual Rectifications of the past 4 years of tenancy with the Boston Housing Authority. So therefore my disability should not be disputed by the BHA at this time, in accordance with The Boston Housing Authority Reasonable Accommodation Policy of February 12, 2016.

### 3.5.2 Who may provide verification?

525.  A Client can usually personally provide information verifying whether he/she meets the definition of a person with a disability. For example, a Client may present a Disabled Parking Placard, provide proof that he/she receives disability benefits, or give a credible statement. I have provided proof of head of the Household status as well as that I also receive disability benefits; with a statement at my December 7, 2020  Annual Rectification to the BHA Property Manager Angel Santos. So therefore my disability is nor should not be disputed.

526.  Wherefore I meet (2) two of  the qualifications to the Boston Housing Authority Reasonable Accommodation Policy February 12, 2016 as follow
     **3.1 Who is eligible for a Reasonable Accommodation?**

In order to be eligible for an RA, a Client must be an "otherwise qualified individual with a disability." As stated in Section 1.2, the Client does not need to be the head of household to be eligible for an RA; an authorized household member may be eligible as well.

527.  **3.1.1 What is a "disability"?**

528.  For RA analysis, a disability is a "physical or mental impairment that substantially limits one or more major life activities." This definition has three key parts:  "Physical or mental impairment:" Some examples of this are diseases and conditions, such as orthopedic, visual, speech and hearing impairments, cerebral palsy, autism, epilepsy, muscular dystrophy, multiple sclerosis, cancer, heart disease, diabetes, Human Immunodeficiency Virus (HIV) infection, intellectual disabilities, emotional illness, drug addiction5 , and alcoholism.

107

529. I meet the (1st) first eligibility by a **"mental impairment"** and the (2nd) second eligibility by **"otherwise qualified"**

530. **3.1.2 Who is "otherwise qualified"?**

531. An "otherwise qualified individual with a disability" is a person with a disability who is able to meet essential BHA housing eligibility requirements and comply with essential program requirements with or without an RA. Some examples of essential program requirements are: completing required certifications in a timely manner, not disturbing one's neighbors' peace and quiet enjoyment, paying rent on time, and maintaining one's unit in accordance with sanitary code requirements.

532. **3.2 There needs to be a relationship ("nexus") between the disability and the Accommodation requested**

533. There must be an identifiable relationship between a Client's disability and a requested Accommodation showing that the Accommodation may be necessary to provide the Client with an equal opportunity to use and enjoy BHA housing or programs.

534. Having met the eligibility requirements to the Reasonable Accommodation request the relationship nexus between my disability and my reasonable accommodation request is as and outlined in the BHA ``Private Notice of Conference I attended on April 8, 2021; when I requested a smaller housing setting a building size of 3-6 units , emergency ongoing Section 8 voucher which it is attached to the apartment and the Boston Housing Authority, the Management Company is my primary landlord. No rent increases above 30% of my income.

535. The Boston Housing Authority should/will accrue ALL living and moving expenses at the before time of this move. Boston Housing Authority must have in place a rigorous vetting/thorough hiring process in place immediately of ALL employees i.e. thorough background checks nationwide, submission of fingerprints through the National Fingerprints Database of ALL employees who are in contact with the Boston Housing Authority Tenants and children. These proactive measures will expose/eliminate Gender and Identity theft, video cameras and criminal activity of prospecting and present employees  in order to gain employment at the BHA and its Developments where its tenants are 99.8% women and children.

108

536.  These measures in place will put a "tremendous relief" towards my disability of mental impairment,  it ease my mental impairment of a Boston Housing Authority Residential Custodian or Property Manager employee from using a fraudulent maintenance work order and having his friend impersonate a outside BHA subcontractor in order to gain access into my apartment to illegally install video cameras to cyber stalked me for 2.5 yrs and record child pornography of my 10yrs old granddaughter, break and entry into my apartment and steal items from my apartment such as i.e. frozen foods, toiletries, hanging a out of package condom on my apartment door, rummage through my personal documents, and attempt of murder on my life after I reported the incidents.

537.  Notwithstanding I am NOT submitting a signed HIPAA Release Authorization Form to the Greater Boston Legal Services or The Boston Housing Authority for it is not warranted in this case.  For all things to consider, The Boston Housing Authority is well aware that I have a mental impairment disability and that I meet the criteria of the BHA Reasonable Accommodation Policy of February 12, 2016.  After all, the Peabody Englewood Development where I reside is Elderly and Disable.

538.  As for my hospitalization of April 20, 2021-April 27, 2021 enclosed is page 1 titled Boston Medical Center  ``After Visit Summary" stating Your Hospital Stay " You were admitted to the hospital due to concerning statements you made regarding harming another person. You were seen by our psychiatrists, who strongly recommended you receive inpatient psychiatric care to help treat your symptoms including persistent thoughts that others may be threatening or trying to harm you." Instructions when you leave the hospital: If you find these persistent thoughts distracting or if you find yourself considering harming yourself or others, you should call 911 or go to the Emergency Department.

539.  No treatment plan, or newly prescribed medications in place.....Enclosed is Commonwealth of Massachusetts Department of Mental Health Application For An Authorization of Temporary Involuntary Hospitalization M.G.L. Chapter 123 Sections 12

(a) and 12 (b) Application Pursuant to 12 (a) stating " The Client has a restraining order against a custodian in her building." "The client today made statements about killing the custodian," "he does anything to her." The client carries weapons on her, such as a pocket knife and collapsible baton."

540. Enclosed is a sign with stipulations Greater Boston Legal Services Authorization to Release Records. Stipulating correspondence with the following Boston Housing Authority Legal Department personnel, General Counsel Caesar Cardozo, and Boston Housing Authority Senior Attorney Helene Michele ONLY.

541. In conclusion, I was under the impression that the case was investigated when Staff Attorney Chhaya Kotwani Esq. The Housing Unit conducted the intake process with me on April 29, 2021.Mr. Hoole as you have stated in your email 'this is a time limited matter" therefore can you give a length of time how much longer will this investigation take place? Thank You Sharon Riddick

542. Enclosed Documents of:

543. -Boston Medical Center titled After Visit Summary (1) one page Dated April 27, 2021.

544. -Commonwealth of Massachusetts Department of Mental Health Application for Authorization

545. of Temporary Involuntary Hospitalization M.G.L. Chapter 123 Section 12 (a) and 12 (b)Application Pursuant to 12 (a), (1) one page Dated April 20, 2021.

546. -Greater Boston Legal Services Authorization To Release Records authorizing Adam Hoole to request and authorize Caesar Cardozo, Helene Maichehle with my signature Sharon Riddick dated May 14, 2021.

547. May 19, 2021 at 10:15 AM email titled "Your Housing Case received from Latica Walker-Simpson GBLS Shelter Attorney stating the following: Hi Ms. Riddick, I am writing to you to let you know that GBLS is unable to help you any further in seeking a reasonable accommodation in your housing case with BHA. The accommodation that you have requested is, in our opinion, unreasonable and not one we can help you seek. You have the right to request this accommodation on your own. As we were investigating your case to see if we could help you with your accommodation and we have decided that

we cannot, your case with Adam will be closed. At this time your case will go back into the pool of cases that we receive each week to see if someone is available to help you file an Answer and Discover requests to help preserve your rights in your eviction case. If someone is available, they will contact you directly.

548.  May 26, 2021 at 9:10 AM received email titled "RAFT ASSISTANCE" from Metro Housing Boston  Darnell Wallace stating the following:  " Hello,  Thank you for reaching out for the RAFT program at Metro Housing|Boston at 1411 Tremont Street, Boston MA, 02120. We are writing to alert you of a new online process to apply for RAFT financial assistance. Please visit https://www.cognitoforms.com/MetroHousingBoston1/RAFTERMAApplication to submit a pre-application. This will be the fastest and easiest way to apply for funds. Thank you!

549.  May 26, 2021 at 11:18 AM email sent to Darnell Wallace stating the following:

Good morning Darnell Wallace,  There seems to be some miscommunications here. I do not need financial assistance, I need assistance with an eviction, not an eviction of non payment of rent. Yet a fraudulent policy violation eviction, I have a $14 credit towards my rent. I have no arrears.

Can you reach out to me with assistance on this matter as soon as possible?

550.  May 26, 2021 at 11:32 AM email received from Darnell Wallace Good Morning Sharon, Thank you for the clarification. I have requested for the Resource Line to reach out to you to provide further information in regards to your inquiry. You may reach out to them directly as well through these contacts: (resourceline@metrohousingboston.org/617-425-6700). We do not provide Legal Assistance through MetroHousingBoston so please reach out to the Greater Boston Legal Services (https://www.gbls.org/contact_us/617-371-1234).

551.  May 26, 2021 at 11:53 AM email sent to Metro Boston Darnell Wallace stating the following: Thank you for your assistance.

111

552. I am still seeking assistance in my fraudulent eviction process from the Boston Housing Authority so I applied to the Volunteer Lawyers Project and it appears they accept government grants on evictions to outsource their referrals to self help programs or other agencies that outsource your case as well.

May 27, 2021 at 9:35 AM email received from Stefanie Grossano Americorp Legal Advocate at Volunteer Lawyers Project 7 Winthrop Square Floor 2, Boston MA 02110 stating the following: Hello Sharon, I'm writing to follow up on the online intake form that you submitted through the Volunteer Lawyers Project. I just tried giving you a call, but I was not able to get in touch with you. If you are still in need of legal assistance, you can call us back at 617-603-1700. In the meantime, you can also reach out to the following organizations for assistance:

- Office of Housing Stability - (617) 635-4200
- City Life Vida Urbana - (617) 524-3541
- Boston College Legal Services Lab - (617) 552-0248

I've also attached information about the eviction process and about reasonable accommodations.

Take care,
Stefanie

553. May 27, 2021 at 4:42PM email titled "CELPH" received from Edward Hegeman at the CELPH Program, "This legal team usually helps with RAFT. They are from the same team of attorneys that work with us on Tuesday - Greater Boston Legal Services. I am NOT submitting a signed HIPAA Release Authorization Form to the Greater Boston Legal Services or The Boston Housing Authority for it is not warranted in this case. For all things to consider, The Boston Housing Authority is well aware that I have a mental impairment disability and that I meet the criteria of the BHA Reasonable Accommodation Policy of the Boston Housing Authority. February 12, 2016. After all, the Peabody Englewood Development where I reside is Elderly and Disable.

**2 There needs to be a relationship ("nexus") between the disability and the Accommodation requested**

554.   Hi Sharon, Have you filled out a transfer request form at the management office yet? If not, I have attached a copy of our transfer request form for you to fill out and sign; please drop it off with Angel.

555.   "The completed transfer packet, which will contain your submitted documentation as well as a transmittal form from Angel, is reviewed by the Transfer Review Committee (I have cc'd our Transfer Process Coordinator, Stephanie Estrada). Because you have raised issues of safety, the matter will be referred to our Public Safety department as well and a member of the department will contact you to discuss your allegations (this is done regardless of whether a person is seeking a reasonable accommodation)." " When the Transfer Review Committee reviews your paperwork, it will decide if additional information is needed and will contact you if that is the case. Under our Reasonable Accommodation Policy, you should receive a decision within 30 days of the committee having sufficient information to issue a decision. If you have any other documentation or information that you wish the Transfer Review Committee to review, please submit it as soon as you are able."

556.   Hi Sharon, I'm not sure what you mean about the transfer cancelling out the reasonable accommodation request  form. The form is meant to be used to request reasonable accommodation, such as a transfer, due to disability-related needs. The form isn't really "in effect" - it's just a way to ask BHA for something and for which BHA would respond with a decision.

557.   "Received-thanks"

558.   May 25, 2021 Letter received from Boston Housing Authority Office of Civil Rights from Civil Rights Policy Administrator Ira Hammerslough stating the following:  "The purpose of this letter is to inform you of the outcome of the discrimination and retaliation complaints you filed with Boston Housing Authority (BHA) Office of Civil Rights (OCR) beginning on February 16, 2020. Pursuant to your March 9, 2021 request."

113

559. "Since February 19, 2021 ORC has been included on twenty -nine emails detailing your discrimination and retaliation complaints. To the best of my understanding your complaints are against BHA employees Resident Custodian Vincent Wright, Manager Angel Santos, Attorney Jay Koplove, and Human Resources Coordinator Colleen Leaver, as well as several trade workers. You alleged that you have been discriminated against due to your Race, Sex, National Orgin, and as a heterosexual straight female," as well as becuase you filed a discrimination complaint with the Department of Housing and Urban Development (HUD).

560. "After careful review of the allegations made by you in your emails, OCR has determined that they do not meet the requirements for a civil rights violation pursuant to BHA's Civil Rights Protection Plan (CRPP). The reasons for this decision are explained below." "BHA's CRPP prohibits retaliatory action against any person for having reported a civil rights violation." "However, even your claims could be corroborated. There is no causal connection between the protected activity, in this case your complaint to HUD, and the adverse actions you alleged-namely that number of BHA employees from wide range of departments have conspired to flood your home and attempt to murder you via elevator and poison off -gas."

561. May 28, 2021 at 8:35 AM email titled "Supplement To Email Titled "Feeling Unsafe After Vincent Wright Sighting Again" sent to BHA Personnel General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Property Manager Angel Santos, Assist. Reasonable Accommodations Doug Wilcox, Reasonable Accommodations Coordinator Stephanie Estrasda, HUD Personnel General Counsel Dreya Samadi, Attorney Eric Levin stated the following: "
"May 25, 2021 at 4:53 PM email titled "An Expedited Transfer And Reasonable Accommodations Request Is Warranted" sent to BHA Personnel Caesar Cardozo, Senior Attorney Maichle Helene, HUD General Counsel Dreya Samadi, Attorney Eric Levin stating the following "Can someone tell me if my Transfer and Reasonable Accommodations Request process in an expedited capacity as a "special circumstances"? For the following reason: "Today while retrieving a package downstairs in the Peabody Development lobby area by the mailboxes at 3:17pm Pm today. Former Boston Housing Authority Residential Custodian Vincent Wright and his girlfriend/wife exit the elevator in the process of exiting the building. Vincent Wright got the attention of the security personnel on duty by greeting him, to which the security guard said hello to him as well."

562. "Therefore this incident upon seeing Vincent Wright again in my presence is seriously taking a frightful toll on my emotional disability, for I am now living in fear for my safety; fear that entails that Former Boston Housing Authority Residential Custodian

114

Vincent Wright will now have a second successful attempt on my life." "Considering former Boston Housing Authority Residential Custodian Vincent Wright December 23rd 2020 attempt on my life was an unsuccessful attempt; afterwards having received a termination of employment and tenancy, and restraining order against him. Also on January 20, 2021 it was stated to me by Boston Housing Authority Property Manager Angel Santos (and I quote) that "Vincent Wright was told to vacate the premises."

563. May 26, 2021 at 11:49 AM email titled " Update Status On My Transfer Form And 1-9 Supporting Documented Evidence" sent to BHA Personnel General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Property Manager Angel Santos, HUD Personnel General Counsel Derya Samadi, Attorney Eric Levin, Doug Wilcox Assit Director of Reasonable Accommodations, Stephanie Estrada Reasonable Accommodations Coordinator stated the following:

564. " Good Morning Angel Santos, I submitted my Transfer Form, and Reasonable Accommodations Request to you along with 1-9 Supporting documents evidence PDF Files as to why my transfer should be granted on May 20th 2021 at 12:59 pm. As well as a correction of the Transfer form with my signature attached to the Transfer form on May 20, 2021 at 6:39pm. To which you in return sent me an email on May 21, 2021 at 9:50am stating "Received-thanks." It is my understanding; when the Property Manager is in receipt of such said documents i.e., Transfer Form, Supporting documents, and Request for Reasonable Accommodations Form. Wherefore the property manager then has a (24) twenty-four hours turnabout timeline to file such said documents over to the appropriate department(s) that handles Transfer forms, Supporting Evidence and Reasonable Accommodations.

565. May 27, 2021 at 6:14 PM email titled "Feeling Unsafe After Vincent Wright Sighting Again." sent to BHA Personnel Property Manager Angel Santos, General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Assist Director of Reasonable Accommodations Doug Wilcox, Reasonable Accommodations Coordinator Stephanie Estrada stating the following:

566. Again I would like a status update as soon as possible to verify that the appropriate channels have been completed, concerning my Transfer form Application and the Supporting documented evidence, along with the Reasonable Accommodations Request.

567. June 6, 2021 at 12:55 PM email titled "Submitting Additional Reasonable Accommodations Information" sent to BHA Personnel Stephanie Estrada Reasonable Accommodations Coordinator, General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Assist Director Reasonable Accommodations Doug Wilcox Housing Manager

Wilma Burgos, HUD Personnel General Counsel Derya Samadi, Attorney Eric Levin, stated the following: "

568. Karel Matyska Special Agent U.S. Treasury Inspector General for Tax Administration 310 Lowell Street, Room 1151 | Andover, MA 01812 stating the following: " July 13, 2021 at 1:56 PM email received from Special agent in Charge Karel Matyske Sharon, Please see my email below and please provide any additional information pertaining to your complaint against O'Neal if you desire. Karel Matyska

569. July 13, 2021 at 7:17 PM "Along with the Supplement to my complaint I also emailed Special Agent In Charge Karel Matyska 4 attachments consisting of Supreme Court Case 11-7777 Sharon Riddick v. Mark Miliotis, a case surrounding State/Federal Court judges manufacturing cases for favorable rulings in exchange for bribe monies and money laundering of $44,000,00, and the theft of clients settlement monies.

570. July 14, 2021 at 11:39 AM email sent to Special Agent In Charge Karel Matyska attachments consisting of January 13, 2021 formal Complaint on my false arrest, wrongful Prosecution by Judges James Coffey, Jonathan Tynes, Boston Police Officers Christopher Simpson, Thomas Flynn, Prosecutor Michael Anderson, Assist. Clerks Helen White, John Cough utilizing the Dorchester District Court as a Rico Criminal Enterprise to manufacture cases on docket for favorable rulings in exchange for bribe monies.

571. July 14, 2021 at 3:57 PM email received from Special Agent in Charge Karel Matyska stating the following: "Sharon, Please do not forward outside correspondence unrelated to the Treasury Department." "Thank you"

572. June 29, 2021 Letter received from The Commission Of Massachusetts Commission Against Discrimination, One Ashburton Place, Boston Massachusetts 02108, titled "Dismissal and Notice of Right To Appeal" Case: Sharon Riddick v. Boston Housing Authority, Jay Koplove, Vincent Wright, Colleen Leaver, Angel Santos, MCAD Docket Number 21BPH00545, HUD Number N/A Investigator: Vera Schneider stated the

following: "Your Complaint has been dismissed as follows "Pursuant to 804 CMR 1.05 (2) (2020), the Commission has determined after a preliminary review of the complaint that further investigation will not served the public interest."

573. July 6, 2021 at 3:58 PM email titled "Please forward My Appeal" sent to MCAD Eric Bove stating the following: "Good Afternoon Eric Bove, I hope all is well with you. Would you be so kind as to forward this request for an Appeal to the attention of NANCY TO? I am requesting an Appeal surrounding the Case Sharon Riddick v. Boston Housing Authority, Jay Koplove, Vincent Wright, Colleen Leaver, Angel Santos, MCAD Docket Number 21BH00545, HUD Number:NA, Investigator Vera Schneider. However, Mr. Bove, if you are unable or able to complete my request please let me know as soon as possible."

574. July 7, 2021 at 6:51AM email from MCAD Nancy To stating Received -Thank You

575. July 23, 2021 at 2:47 PM email titled " Update Status And Name Correction of Postal Employee Clerk As Kevin stated the following: "Kindly accept this email as my Supplement and Correction to the email sent on Wednesday July 21, 2021 at 5:59pm titled "New Additional Information To Submit." First and Foremost the Correction to that email I listed the Postal Employee name as "Patrick" the name correction is "Kevin."Secondly on Friday July 23rd 2021 at 12:52pm I placed a call to the Dorchester Annex Distribution Center requesting to speak with the Supervisor "Rosie."

576. I explained to USPS Supervisor Rosie that on "Wednesday July 21, 2021 I retrieved a certified mail envelope from my P.O. Box 240256 Dorchester Ma, at the Codman Square Post Office on Washington Street, however the certified mail envelope postage date is

listed as May 26, 2021 with a handwritten postal date of July 20 and the initials of N/C."
I also explained to USPS Supervisor Rosie that I pick up my mail once a week from my
P.O. Box and the certified mail, nor a USPS pink slip, was not in my mail p.o. box
informing me of notification." I then went on to state "that USPS Postal employee named
"Kevin" who works at the Codman post office where my P.O. Box is located at is
tampering and withholding my mails, and have been doing this for a while now." USPS
Supervisor Rosie asked me ``how do I know it was Kevin," to which I replied he has
done this before in the past and I filed a complaint?

577. USPS Supervisor Rosie asked me for "certified mail tracking number?" to
which I provided to her as "9307 1000 3860 0230 7449 08" then I was placed on
hold while she went to view the tracking history. USPS Supervisor Rosie came
back on the phone line to inform me that she viewed "the tracking history and it
said the envelope was sitting at the Dorchester Post Office since June 1, 2021."

578. I stated, "that is correct however I did not receive notification stating it was there in
my p.o. box until July 21st 2021." Also the Certified Mail front side envelope has the
USPS Handwritten initials N/C and the date of (July 20) 7/20 on it. " I just received it on
July 21st 2021." I also question what actions USPS Supervisor Rosie was going to take
regarding a postal employee mail tampering of my mails?" "Was she going to file a
complaint downtown for an investigation?"

579. USPS Supervisor Rosie stated she "couldn't do anything because she did not see the
Certified Mail envelope." She also stated she was going to "talk with Kevin." I then asked
for her "email address so that I may send her a copy of the certified mail envelope."
USPS Supervisor Rosie gave me her email address as the following
"rosezella.llantues@usps.gov"I the recited and confirmed the email address
that was given to me by USPS Supervisor Rosie USPS Supervisor Rosie stated "that was
correct, once I received the certified mail envelope she would then in return give me a

call back." USPS Supervisor Rosie requested my phone number to which I gave her
857.346.5999, I proceeded to give her my name as "Sharon" it appears  USPS Supervisor
Rosie knew my last name beforehand (although I have yet to give it to her), that she
recited it to me "Sharon Riddick." In agreement I hung up the phone and sent the certified
mail envelope by email to the email address given to me as
<u>rosezella.Llantues@usps.gov</u>. In Conclusion the email address that was
given to me by USPS Supervisor Rosie was fraudulent.

580.    This was intentionally done by USPS Supervisor Rosie so that she would NOT have
to initiate a complaint downtown  against Codman Square Post Office employee Kevin
and her own actions of a cover-up would not be investigated as well for not following
USPS Protocol on her end.

581.    July 30, 2021 Memorandum posted in the Lobby of Peabody Englewood
Development stating the following "All Residents, Subject, Staff Changes, Dear
Residents, We would like to inform you that as of Monday August 2, 2021 Besty Ortega
would be the new Property Manage and Liz Frazier is the new Senior Management
Aide:" Besty Ortega has worked for the BHA for many years. I am sure she will continue
to assist with all your housing needs." "It was a pleasure serving you and thank you all
for the great experience." Sincerely Angel Santos

582.    August 2, 2021 Memorandum  delivered to my unit stating the following: "On
Monday, August 02, 2021 new Management will be inside the BHA Management
Offices." "We  would like to introduce ourselves to you: Besty Ortega- Manager, Lisa
Frazier- Senior Management Aide. "We would like to apologize for any inconveniences
that the changes have caused." "We would also like to ask that you work with us to help
make the changes as smooth as possible." "We are going to hold a meet & greet- please
watch for the flyer." Thank you in advance for your Patience, Assistance, and
Consideration. BHA Management

119

583. August 13, 2021 recieved a  Summary Process (Eviction) Summons and Complaint
states the following: "You have violated Paragraph 8J of your lease and/or M.G.L. 139 19
when you failed to refrain from engaging in criminal or illegal activity which threatens
the health and safety and /or right to peaceful enjoyment of the other residents and or
BHA employees and or any person residing in the immediate vicinity of the public
housing premises; and or when you failed to refrain from engaging in violent or drug
related criminal activity on or off BHA property, when on or about April 20, 2021 you
stated to your service provider at Pine Street Inn that if Mr. Wright does "anything else"
you were going to kill him. This was deemed such a serious threat that you were
involuntarily committed under G.L. 123 s 12.

584. August 13, 2021 Important Notice To All Residents  Posted at Peabody Englewood
stating the following:  "Please be advised that on Monday August 16, 2021 the parking
area located under the building  will not be available for parking." "A 30 yard Dumpster
for Maintenance will be occupying the space."

585. Instead of issuing  fraudulent and retaliatory starting point process evictions on
Tenant Sharon Riddick The BHA, management and its legal department should
concentrate more vigorously on the potential fire/biohazard located at the Peabody
Englewood called Hoarding. Especially when there is a need to order commerical size
dumpster filled to the brim with biohazard materials, fire hazard. (see photos) In fact I
brought this to the BHA attention on May 2, 2021 at 7:25pm when the steamfitter and
new custodian were in my apartment fixing my heater;  in an email titled "  ULTRA
SAFE PEST MANAGEMENT EXTERMINATOR IS A SCAM ARTIST......I AM
FORFEITING ALL EXTERMINATION SERVICES DUE SCHEME ; A
CONSPIRACY OF FRAUD , SHODDY SERVICES stating the following: "Once again
this email demonstrates that Peabody Englewood Property Manager Angel Santos is
exhibiting his ineptitude to be an efficacious Property Manager; as well as an employee at
the Boston Housing Authority. Especially when the Boston Housing Authority
Steamfitter and Newly Hired Boston Housing Authority Peabody Englewood

Maintenance man are making the following statement to me regarding my apartment on April 29, 2021 "You have a beautiful apartment." "You have one of the cleanest apartments in the whole building."

586. "Some of these other apartments in the building have stuff piled high to the ceiling. My reply to their statements was "that doesn't sound good." "That sounds like they are HOARDERS and that's a fire hazard issue." Both men nodded their heads in agreement to my statement."

July 11, 2021 Letter address to Boston Municipal Court Department ℅ Honor Roberto Ronquillo Jr., Chief Justice at 24 Chardon Street Boston MA. 02114 states the following " Reassignment of Judge Jonathan Tynes, Judge James Coffey from the Dorchester District Courthouse pending investigations" citing the following violations of the law and Supreme Judicial Code of Judicial Code "Rule 2.3 Bias, prejudice, and harassment, Obstruction of Justice. "Kindly accept this letter as my second request seeking the reassignment of Judges Jonathan Tynes, and James Coffey from the Dorchester District Court as well as the case "Commonwealth vs. Sharon C. Rididick, Docket Number 2007CR003256.

587. **"THE FACTS ENTERED INTO EVIDENCE  TO UPHOLD THE REASSIGNMENTS OF JUDGES COFFEY, AND TYNES AS IS** An  act of Obstruction of Justice occured on the court date of May 18, 2021 at 9:00am at the Dorchester District Court, my court case file was "missing" as in unable to be located. What was to occur on this date was filing of motions, discovery process, as well as discovery dates. My court case file was assigned to a different Judge, a female. My court case file remains missing i.e. unable to locate which the ending results is a continuance issue until Wednesday May 26, 2021. However, it is under my great suspicion my court case file is somehow located once Judge James Coffeey is assigned to the case for the July 7, 2021 court date. (see.attached news article dated 12/7/2017 ) **"Boston cop's transphobic rant at potential juror subverted justice for Sam Smith."**

588. (A) A judge shall perform the duties of judicial office, including administrative duties, without bias, prejudice, or harassment. (B) A judge shall not, in the performance of judicial duties, by words or conduct manifest bias or prejudice or engage in harassment, including bias, prejudice, or harassment based upon a person's status or condition. A judge also shall not permit court personnel or others subject to the judge's direction and control to engage in such prohibited behavior.

589. (C) A judge shall require lawyers in proceedings before the court to refrain from manifesting bias or prejudice or engaging in harassment against parties, witnesses, lawyers, or others, including bias, prejudice, or harassment based upon a person's status or condition.  The act of Obstruction of Justice occured on the court date of May 18, 2021 at 9:00am at the Dorchester District Court, my court case file was

"missing" as in unable to be located. What was to occur on this date was filing of motions, discovery process, as well as discovery dates. My court case file was assigned to a different Judge, a female. My court case file remains missing i.e. unable to locate which the ending results is a continuance issuse until Wednesday May 26, 2021. However, it is under my great  suspicion my court case file is somehow located once Judge James Coffeey is assigned to the case for the July 7, 2021 court date. (see.attached news article dated 12/7/2017 ) "

**590.** Another example of Judge James Coffey Harassment and obstruction of justice concerning Sharon Riddick is November 28, 2019 at 8:30am Summons for Jury Duty at the Dorchester District Court. Judge James Coffey dismissed Sharon Riddick from her jury service by asking her the Question "Do/Can you believe a civilian testimony over a policeman?"  To which my answer was "yes" The defense nor the prosecutor on the case asked Sharon Riddick any questions. Only Judge Coffey once I gave my answer he immediately dismissed me. (See attached documents dated 11/28/2019)

**591.** July 7, 2021 9:00am I was summoned to Boston Municipal Court Dorchester Division for a I opted to participate in ZOOM, after learning that courtroom (6th) six session  will not be connecting the "brigde line," however after logging on I noticed that the presiding Judge was James Coffey in Court session 6 where my motions were being heard. Once Judge James Coffey saw that I had logged onto ZOOM all of a sudden my ZOOM feed was immediately disconnected with no options to reconnect and mine alone. The ZOOM screen kept a stand still message that read ``BMC Dorchester Division please wait, we will be with you soon." "Helen White"s Zoom Meeting ``"Recording any proceeding without the prior consent of the Trial Court is strictly prohibited." see SJC Rule 1:19." The ZOOM disconnection outage lasted from 9:24 am till 10:08am.

**592.** Finally I managed to come in contact with a live person in the Criminal Clerk's Office at the Dorchester District Court who informed me that the "Computer and

telephone systems went offline and black out, they just came back online." I immediately made my presence in person at the Dorchester District Court. I located my attorney Jessica Edwards and informed her that "she needs to ask Judge James Coffey to recuse himself from my case considering I have past complaints filed against him calling for his reassignment concerning my case." "It's a grave conflict of interest on his behalf."

593. Attorney Jessica Edwards refused to ask for the Recusal of Judge James Coffeey instead citing to withdraw from the my case all together. I stated to Attorney Jessica Edwards "that she needed to withdraw from my case especially since I am the one giving her the defense to argue with and telling her what to request in Motions." Both parties are now before Judge James Coffey in Courtroom (6) sixth session. Attorney Edwards requested her "withdrawal from the case." To which Judge Coffey asked me "if I was in agreement with the request for withdrawal from Attorney Jessica Edwards?

594. I stated that "I was in agreement considering on June 15, 2021 I sent a text to Attorney Edwards stating that "she may want to contact the Massachusetts State Troopers Violent Fugitive Unit, for the Plaintiff has been taken into custody for being a violent fugitive and failure to registar as a sex offendener in Massachusetts" "and to make contact with the District Attorney Office's to call for the dismissal of this case." To which she has not complied  but sent me a text stating "I need to stop making reports." Judge Coffey then replies, `` Attorney Edwards is a good attorney around here." "that she does a fine job here" and he was going to grant her request to withdraw and go to "the first session for reassignment of a new attorney." "Like I said Attorney is a good attorney around here."

595. I stated "that is a matter of opinion." This was the only statement made in court. Judge Coffeey became belligerent, threatening, and became an aggressor towards me. He started yelling at me and making the following statements directed at me, he

124

accused me of "getting fresh with him", "I see why Attorney Edwards wants to withdraw from your case." Threatened to "keep me here all day" (in court). Judge Coffey also stated he "was giving me everything I asked for."

**596.** Attorney Jessica Edwards colluded with the chief architect Judge James Coffeey in manufacturing my in person presence at the Dorchester District on July 7, 2021; through the intentional crashing of my ZOOM connection. I pointed out to Attorney Jessica Edwards (2) two factors that the defendant Sharon Riddick "was not required to appear before the court either by zoom or in person." To which Attorney Jessica Edwards stated "yes you are required to appear on ZOOM or either in-person or a warrant would be issued for your arrest." The second factor I pointed out to Attorney Jessica Edwards was "according to the Criminal Procedures Rule 18 -The Presence of the defendant states as: hearings either before or after trial do not require the defendant's presence. See. For example, his presence is not required at pretrial motions, including motions for a change of venue,, and motions for a continuance, ,358 Mass. 300 (1970). And his presence is not generally required at post-trial proceedings."

**597.** This act of Obstruction of Justice on the behalf of Judge James Coffey was solely fabricated so he may seek some type of vengeance against me in retalaition of my surrounding complaints lodged against Asst. Court Clerks Helen White, John Coughlin, and Judges Jonathan Tynes, James Coffey. By orchestrating a baited tirade directed at me in hopes I would have taken the bait. Then Judge Coffey would rise to the opportunity to have me arrested or fined heftly for criminal contempt in court. I view this unlawful tactic by Judge James Coffey as another act of Obstruction of Justice against my case and myself.First Session presiding Judge Jonathan Tynes issued me a new appointed attorney and a new court date of September 17, 2021 for Rule 17 motions to be heard.

**598.** In conclusion Chief Justice Ronquillo I am well within my rights as a defendant who is seeking a fair playing level courtroom of justice, opposed to a kangaroo courtroom; by again requesting the re-assignments of Judge Jonathan Tynes, Judge James Coffey from the Dorchester District Court and case file 2007CR003256 due to 18 U.S.C. 1503 Obstruction of Justice violations. I am also requesting that the Honorable Chief Justice Roberto Ronquillo refer the case of the Commonwealth VS. Sharon C. Riddick Docket Number 2007CR003256 to the United States Attorney Office of Department of Justice Criminal Investigation Division/ Civil Rights Division to conduct a thorough investigation of charges for violation of Obstruction of Justice 18.U.S.C. 1503 immediately.

**599.** July 21, 2021 at 5:23 PM email titled "The Saga Continues" sent to BHA Personnel General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Housing Manager Wilma Burgos, Robert MacGregor Regional Director of Property Manager, HUD Personnel General Counsel Derya Samadi, Attorney Eric Levin stated the following; Good Morning Wilma Burgos, Monday July 12, 2021 former Boston Housing Authority Residential Custodian Vincent Wright and his girlfriend/wife L. Terry Young/Wright moved out of the Peabody Englewood Development."

**600.** "Wednesday July 21, 2021 I received a letter mailed to my P.O. Box from Boston Housing Authority Property Manager Angel Santos dated July 15, 2021 (2 days after Vincent Wright and family move out date) stating the following the letter itself is identifying as a "Outstanding Rent Reminder and quoting a section of BHA Lease states: Section 2: Amount and Due date of Rental Payments "Residents agrees to pay the monthly rent of $356.00 in advance, on or before the 5th calendar day of each month beginning the date you signed your lease."

**601.** The letter goes on to state I owe a balance of $14.00." " This statement reflects the current balance of your account on the day this notice was generated." "Please make this

payment of $14 on or before August 01, 2021 to avoid additional rent collection notices.First and Foremost, I would like to state the obvious that Boston Housing Authority Property Manager Angel Santos is utilizing a fraudulent balance of $14.00 that do NOT exist; as a pretext to avenge his co-conspirator Vincent Wright ``ruination" from the Boston Housing Authority, by making the **false statement 18. U.S.C.1001** that I (Sharon Riddick) owe a fraudulent balance of 14.00 in order to erect a fraudulent starting point process of an eviction against Sharon Riddick."

602.  BHA Property Manager Angel Santos has continued to demonstrate his idiocy through his incompetence to be a BHA Property Manager by using his employment and title to violate the RICO ACT through the usage of **mail and wire fraud 18 U.S.C. 1341**, in a pattern of **prohibited racketeering- 18 U.S.C. 1962** to invoke a fraudulent eviction process on BHA Tenant Sharon Riddick through false statement  to collect a fraudulent debt of a rent balance. It would appear BHA Property Manager Angel Santos has taken a page out of the playbook of BHA Senior Attorney Jay Koplove.

603.  I have taken the initiative by contacting Boston Housing Authority Tenant Accounting and requesting the periods/sections of my tenant account ledger of a $14.00 credit and as well as my current balance as of  July 21, 2021  a $0.00 balance.  It would appear BHA Property Manager Angel Santos has failed to take such initiatives as I have, if such initiatives were taken by Angel Santos then his argument of a $14.00 rent balance would have been "moot."

604.  However it appears BHA Property Manager Angel Santos' criminal activity should NOT be overlooked, but address immediately as to why it keeps recurring as an employee of the Boston Housing Authority.  In Conclusion, instead of engaging in a vengeful criminal conspiracy against BHA Tenant Sharon Riddick, perhaps Angel Santos should have been more proactive .......proactive as in completing **his duties outline in his job position-("The Manager identifies maintenance problems which s/he reports to**

the Director of Maintenance)" and adhering to the BHA Lease Agreement-(use all efforts to complete all routine non-emergency repairs of the apartment) , for instance a work order (#)9013292 was initiated by BHA Tenant Sharon Riddick; on July 9, 2021 at 3:48pm detailing the replacement of  falling bathroom tiles in the bathtub area have been ignored by Property Manager Angel Santos, and still have been purposely overlooked as of today.

605.  July 22, 2021 at 1:46 PM email titled "Supplement To The Saga Continues" sent to BHA Personnel Housing Manager  Wilma Burgos, General Counsel Caesar Cardozo, Senior Attorney Helene Maichle, Property Manager Angel Santos, HUD Personnel General Counsel Derya Samadi, Attorney Eric Levin stated the following:

606.  Good Afternoon Wilma Burgos Kindly accepts this similar supplement to "The Saga Continues" regarding the criminal activity of Property Manager Angel Santos  towards BHA Tenant Sharon Riddick while employed in the capacity of a Boston Housing Authority employee. "Attachments titled "Six Former eBay Employees Charged with Aggressive Cyberstalking Campaign Targeting Natick Couple USAO-MA Department of Justice." "Couple sues eBay alleging Harassment including death threats by employee"...Fox Business

607.  July 28, 2021 at 5:58 PM email received from George McGrath Director of Property Management and Operations stating the following: " Ms. Riddick, I want to respond to your email from last Thursday, July 22, 2021 and apologize for the stress that letter may have placed on you.   The notice is the default  notification that is issued from our Tenant Accounting and MIS department generated and mailed centrally from 52 Chauncy Street. You had a credit balance of $14.00 at months end June 2021,  which was reflected on your rent coupon for July, you paid the appropriate payment to zero your account.  The $14 credit was not applied prior to the issuance of the statement, thus the automated notice identified your account as delinquent.  Since then your account has been credited

128

and your account has $0 balance, we have also corrected the process of applying credits to individual accounts. This error on our part will have no adverse effect on your rent payment history."

608. "I would also like to clarify that Mr. Santos had no role in processing this letter, as I stated it is an automated process that sends out notices each and every month to clients with a rental arrearage. So again please accept our apologies for the inconvenience, we have corrected the system error that was behind this notification. If you need additional information please contact me via email or at 617-988-5265."

609. Trial Court of Massachusetts Housing Court Department Notice of a Virtual Court Hearing date issue August 19, 2021 stating Next Court Event September 20, 2021 at 9:00 AM Housing Specialist Status Conference Docket #21H84SP001850. Listing The Boston Housing Authority vs. Sharon Riddick, Housing Court Notice Issue after the date of August 18, 2021 after filing my complaint at the United States District Court District of Massachusetts located at 1 CourtHouse Way Boston, Massachusetts 02210.

610. Email Dated August 27, 2021 to Boston Housing Authority Assistant Director of Property Management Region Three Wilma Burgos, from the Plaintiff Sharon Riddick describing the second incident of a water damage flooding of the Plaintiff Sharon Riddick's apartment located at Peabody Englewood. On the day of August 18, 2021 having filed my complaint at the United States District Court of Massachusetts located at 1 CourtHouse Way Boston, Massachusetts 02210. In the email I detailed the amount of water damage to the ceilings and floors. As well as reporting the Previous BHA Property Manager Angel Santos had an illegal key to my apartment to a woman who "identifies herself as Lisa Frazier the Senior Aide Representative who then goes on to state that Building Superintendent and the Maintenance Custodian were enroute to your apartment there has been a pipe burst." "We tried to get in your apartment but we did not have a key to get in the apartment." (to which that is NOT true Boston Housing Authority does have a key to entered into my apartment which a key was purchase in exchange for bribe monies from a Spanish male locksmith who is employed at Local Lock and Key who sold BHA Property Manager Angel Santos an illegal copy of my key after installing the new lock on my door unbeknownst to me; For the record I have a spare key on file at the Local Lock and key locksmith which is adjacent across the from the Peabody Englewood development in case of emergency in my daughter's name because the lock installed is a speciality made lock.

611. August 27, 2021 after waking up in the middle of the night with a tightening in my chest several days a stench like musty or earthy then I notice on the ceiling that brown

and dark spots, possibly black mold developing. 9:06 AM  I placed a call to Boston Housing Authority Peabody Englewood Manager Office and recited the ordeal to them and spoke with Senior Aide Lisa Frazier who asked me to place "a work order in and she will send maintenance up to my unit to inspect."

612.    10:17 AM  BHA Senior Aide Lisa Frazier called to inform me that the BHA "Plaster will be at my unit this afternoon (August 27, 2021)  to get rid of  the mold." I asked if this would get rid of the smell and she said "yes." I then asked "what was the Plaster name?' To which she responded "Brian." 11:01 AM BHA  Senior Aide Lisa Frazier called to inform me that "the BHA Plaster name Brian and the Maintenance are on their way up to your unit."

613.    11:01 AM BHA  Senior Aide Lisa Frazier called to inform me that "the BHA Plaster name Brian and the Maintenance are on their way up to your unit." The Maintenance Man and the Plaster name Brian arrived at my unit. The conclusion the Brian the Plaster came to was the:

614.    - At first he started spraying a solution in a white spray bottle and I asked "what the solution was he was spraying he said "bleach" I said I already did that last night and it did NOT work, then he stopped by saying ``oh you already did." -"black mold was NOT black mold but dirt under the kitchen sink."-"the Black mold on the kitchen ceiling was "stains"

615.    He could not smell any smell, I suggested to him to take his mask off and upon doing so he then stated that the smell was from the moisture from the water, Brian the Plaster goes on to inquire if there was a water leakage, simultaneously the maintenance man and myself said "a pipe burst." Brian the Plaster stated "oh just put a fan under the sink and let it dry and that would take care of the smell." I'll talk to my boss about what to do about the stain on the ceiling, and they both exit the apartment.

616.    First and foremost BHA Drywaller/Plaster Brian is incompetent after all he is the "lazy evil racist incompetent asshole" who installed a toxic control substance of formaldehyde into my living room ceiling at the last flooding of my apartment episode on March 19, 2021, I am requesting that someone other than BHA Drywaller/Plaster Brian come to my apartment and conduct a thorough inspection of the Black mold kitchen sink area, the Kitchen ceiling immediately after all it is the BHA who caused this unfortunate ordeal in the first place.

617.    Email from Plaintiff Sharon Riddick dated September 7, 2021 at 9:27 AM titled "Seeking A New Residence Within" address to BHA Assistant Director  of Property Management Wilma Burgos, requesting an apartment transfer to another apartment within the facilities of Peabody Englewood Development. "Due to the following (2) two recurring flooding incidents that took place in the time span of (6) six months on March 15, 2021 when "a radiator's pipe froze and burst causing my living room to flood," and

while repairing the toxic substance of formaldehyde was installed in the ceiling in the
living room by the Drywallers Brian and another man.

618. September 13, 2021 letter received from the Greater Boston Legal Services stating
"We are writing to notify you of a recent data security incident that could have involved
some of your personal information." "The type of information accessed is unknown, but
could include your name, date of birth, address, social security number, and depending on
our relationship with you, limited health information." "Although we are not aware of
anyone information having been misused, we are offering two years of complimentary
credit monitoring and identity theft protection services through Experian."

619. This data breach by Greater Boston Legal Service should serve as a pretext/coverup
on their behalf to leak my dealings with members of the LBGTQ and their
co-conspirators.

620. From the period of September 13, 2021-September 16, 2021 I finally was able to
reach the court appointed attorney Joseph Praugulia assigned to Criminal Case at the
Dorchester District Court outlining allegations of fraudulent harassment and violation of
a restraining order against me. In a phone call, upon our initial conversation Attorney
Praugulia asked me the following questions: "Has something bad happened to me in the
past?" "Where am I getting the information I have against Vincent Wright from?"
Attorney Praugulia stated to me that "I was making up this stuff on Vincent Wright." "I
needed psychiatric help and he was going to try and get me some." I was wondering
where all this was coming from, considering I have not corresponded with Attorney
Praugulia since my last court event on July 7, 2021. I in return asked my court appointed
attorney Praugulia "did he bother to get the Boston Police Body Cameras to show that the
cop lied he never served me with a restraining order? The prosecutor's case is I violated
allegedly a restraining order, the body cameras are the "crescendo" of my case that will
state I did no such thing because the police never served me a restraining order."

621. Having pointed out that fact, Attorney Praugulia immediately got off the phone with
assurance that he will retrieve the Boston Police Body Cameras.

622. September 17, 2021 my next Pretrial Court Event on the matter of allegations of
harassment and violation of fraudulent restraining order lodge against Sharon Riddick by
Vincent Wright and the Commonwealth. At this court hearing Attorney Praugulia
withdrew from the case citing the Boston Police Officer Thomas Flynn who allegedly
served me a restraining order by coaching on a baseball team together." On this date I
was appointed a new Court appointed attorney by the name of Michael McKinnon.

623. September 17, 2021 Friday 12:52 PM I sent a text message to my Court Appointed
Attorney Michael Mckinnon stating the following: " Hi this is Sharon Riddick we dmet
earlier at Dorchester District Court I was wondering if you view your representation on
my behalf a conflict of interest considering the following police officers involved in my

131

case are from BPD C-11, My case involves a sexoffender, and I notice you are representing Former BPD Union President Patrick Rose who is from District C-1." "Let me know what you think?"

624. September 17, 2021 Text message from Attorney Michael McKinnon stating the following " I am not representing Pat Rose." "I appeared for him only at his arraignment as his family reached out to me as they know me." "I did not know him following that date." "I have zero problem challenging the veracity of statements made by police and the veracity of the police themselves." "That being said if you have any concerns regarding my representation of you. Please come back to court and I will ask that a different lawyer be appointed for you." "Let me know your preference."

625. September 17, 2021 Text message from Sharon Riddick stating the following: "No it's fine that you're representing me I just wanted you to be aware of my situation in its entirety. "Thank you for clarifying your stance on Rose." "I will be in touch to discuss my case further before November 19, 2021."

626. November 19, 2021 is my pretrial or trial date for a crime I did NOT commit or violated at all at the Dorchester District Court.

627. Boston Housing Authority vs. Sharon Riddick Continuance Agreement Housing Court Department Eastern Division docket# 21H84SP001850 dated September 20, 2021 stating the following: Parties agree to continue this mediation for October 21, 2021 at 9:00am to allow time for the defendant to re-submit a reasonable accommodation request and for Plaintiff fto review and respond to the request.

628. September 20, 2021 12:31 pm email from Sharon Riddick titled " Sharon Riddick's Resubmission of a Reasonable Accommodation" to BHA Attorney Michael Louis stating the following: "I am submitting correspondence regarding my reasonable accommodation request." and 1 attachment.

629. September 20, 2021 12:36 pm email from Sharon Riddick titled "Additional Information" sent to BHA Attorney Michael Louis stating the email sent on September 7, 2021 9:27 am to Asst. Director of Property Management Wilma Burgos requested an apartment transfer."

630. September 20, 2021 1:25PM email from Sharon Riddick titled "Sharon Riddick's Answer to Plaintiff Motion to Evict" sent to BHA Attorney Michael Louis, 2 attachments

631. September 27, 2021 at 9:29am text message from Sharon Riddick to Court Appointed Attorney Michal Mckinnon who is representing me in the criminal matter stating the following: "Good Morning this is Sharon Riddick, can you tell me the progress of my case, i.e. progress as in has the prosecutors turn over evidence supporting their charge of, I violated a restraining order?" "If so, what is the evidence?" " Have you requested the body camera footage of the December 26, 2020 date of BP serving the restraining order

as well as the BHA employmnet file of Vincent Wright that will identify other tenant employees of the sex female he has harassed prior towards me."

632. September 27, 2021 text message from court appointed attorney Michael McKinnon stating the following: "I have requested and spoken with the assigned DA about the body worn video but have yet to recieve it." " I am reviewing the other issue."

633. September 27, 2021 text message from Sharon Riddick to Attorney Michael McKinnon inquiring the following: " Do you have to go through the DA to obtain the body camera footage?"

- "I asked because when I tried to obtain the body camera footage from the BPD body camera department I was told that because it is evidence in my case my attorney would have to request it and it will be released.
- "Plus I am skeptical about the DA Office trustworthy on evidence and body cameras footage in their possession."
- "I was informed by BHA General Counsel and BHA Police again that in order for the requested information to be release I need to obtain a attorney for it to be release too.
- If either parties are NOT abiding by the scope of Discovery deadlines to release evidence then surely this is and can constitute grounds for dismissal...right?
- The case of Gigilo vs. United States and the Brady disclourse was then sent to Attorney Michael McKinnon via text by Sharon Riddick.
- Sharon Riddick also requested Attorney McKinnon via text the employment records of Vincent Wright for June 14, 2020- August 14, 2020. Stating the dates signifies a 60 days suspension of employment against Vincent Wright."
- "After I submitted an email dated June 10th 2020 outlining a fraudulent maintenance work order Vincent Wright presented to me to gain access into my apartment to illegally install hidden cameras in my unit to cyberstalk me for a period of 2.5 years.
- "The employment records I explained are vital considering the duration of an federal and BHA investigation there is NOT a document submitted by Vincent Wright or the BHA to HUD investigations stating Sharon Riddick harassed or physically assaulted Vincent Wright in any shape or form I repeat NOT."
- September 27, 2021 text message from Court appointed attorney Michael McKinnon stating the following: "I am going to focus on getting the body worn camera footage." "Are you saying that there are federal and BHA investigations which are ongoing or have concluded regarding Vincent Wright?"

634. September 27, 2021 text message from Sharon Riddick stating the following "The investigation I am told has ended, in May 2021 however while the federal and BHA were underway there has never been a document submitted to the feds and BHA by Vincent Wright that says I harassed or assaulted him." " It is only after I reveal to Vincent Wright

his true identity of Jason Wright a.k.a Chester Hall of him being a child molester who recieved a permanent deportation from the United States, after he tried to kill me on December 23, 2020. I also informed him that he was a unregister sex offender here in Massachusetts, but reigister in New York state, he is now a fugitive, it was at this point Vincnet Wright went to court and got a fraudulent restraining order against me."

635. September 27, 2021 11:17am  text message from Sharon Riddick sent to Attorney Mckinnon advising him to obtain the elevator footage on December 26, 2020 at 8:53 am identifying Boston Police Officer Thomas Flynn NOT present Sharon Riddick a Harassment Prevention Order in my hand on this date." " I asked that you consider that body cameras can be turned off and on by police officers even while on duty. Plus obtain the sign in sheet for the that day by security."

636. September 27, 2021 11:23 am text from Sharon Riddick to attorney Mckinnon stating the following "I also suggest you contact the Massachusetts State Police Fugitive Unit at 857.201.583 Massachusetts State Police Trooper Keefe of Apprehension Fugitive Unit.

637. September 27, 2021 4:08pm text from Sharon Riddick sent to Attorney McKinnon stating the following: "I also would like for you to ask the D.A. to recuse the lead Asst. District Attorney Michael Anderson from my case at the Dorchester District Court, reason being December 2020 I filed R.I.C.O. Complaint against Suffolk County District Attorney Prosecutor Michael Anderson  who at the time of my arraignment was NOT licensed to practice law in Massachusetts this is a conflict of interest knowing that the case should have been dismissed.

638. September 27, 2021 at 4:10pm text from Sharon Riddick sent to Attorney Michael McKinnon stating the following: "The D.A. Office is suppressing evidence against me that will prove no crime was ever committed."

639. October 14, 2021 9:07am email from BHA Attorney Michael Louis  requesting a continuance for this case 21H84SP001850 for approximately three weeks sent to Dashira M. Mangual Assistant Chief Housing Specialist Eastern Housing Court.

640. October 14, 2021 9:10am email received from Dashira M. Mangual to BHA attorney Michael Louis, Greater Boston Legal Service Haley Eagon and Sharon Riddick; agreeing to the continuance if I am in agreement.

641. October 14, 2021 9:31am email from G.B.L.S. Haley Eagon sent to Sharon Riddick, BHA attorney Michael Louis, Housing Court Specialist Dashira Mangual, stating the following: "I had assisted Ms. Riddick in an attorney-of-the-day capacity during mediation, and do not represent her." "Please reach out to Ms. Riddick to see if would be agreeable to a continuance.".

642. October 14, 2021 10:13 am email sent from Sharon Riddick to Attorneys Eagon, Louis stating the following: agreeing to the three weeks continuance and requesting documentation from the Housing Court in order to deter a default on my behalf."

643. October 14, 2021 at 10:17 am email from BHA attorney Michael Louis stating the following: "Hello Ms. Riddick, Yes I have included Assistant Chief Housing Specialist Dashira Mangual in this email. She can circulate possible new dates and generate a new court notice you are seeking.  Dashira, the Parties are in agreement on a continuance, can you throw out some possible available date, Wednesday, Thursday, Friday are typically best for me."

644. October 14, 2021 12:30pm email from Sharon Riddick  sent to Attorneys Louis, Eagon, Housing Court Specialist Mangual stating the following "
Great, thank you. November 10th, 11th, 12th are good for me. Let me know which one works for you.  Can you tell me are you in receipt of my email titled "The Matter of Reimbursement" to yourself and Property Manager Beatrice Ortega, or would you prefer to discuss this matter on the next selected court date?