UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON CAMMILLE RIDDICK, Plaintiff, <br><br> v. <br><br> BOSTON HOUSING AUTHORITY, Defendants. | Civil Action No. 21-11349-NMG |

ORDER

GORTON, J.

This matter is before the Court on the following motions filed by pro se plaintiff Sharon Cammille Riddick: a motion for entry of default (Docket No. 30); a supplemental motion to amend statement of claims (Docket No. 33); and a third motion for counsel (Docket No. 34).

Executed returns of service were filed by a deputy United States Marshal indicating that service was completed on November 4, 2021. See Docket Nos. 14 - 17, 26. The deadline to respond was therefore November 26, 2021. To date, the defendants have not answered or otherwise responded.

"Prior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2), there must be an entry of default as provided by Rule 55(a)." 10A Mary Kay Kane, Federal Practice and Procedure § 2682 (4th ed. 2020). The clerk will be directed to enter a notice of default under Rule 55(a).

Accordingly, it is hereby ORDERED

1. To the extent plaintiff seeks an entry of default pursuant to Rule 55(a), the motion (Docket No. 30) is allowed. The clerk is directed to issue a notice of default under Rule 55(a).

2. Plaintiff's supplemental motion (Docket No. 33) to amend and third motion (Docket No. 34) to appoint counsel are denied.

So ordered.

                                            /s/ Nathaniel M. Gorton  
                                            Nathaniel M. Gorton  
                                            United States District Judge

Dated: December 15, 2021