UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 21-11349-NMG

<u>Sharon Riddick</u>
Petitioner

v.

<u>Boston Housing Authority, et al.</u>
Respondent

<u>ORDER OF DISMISSAL</u>

GORTON, D.J.

In accordance with this Court's adoption on 7/6/2022, of the Magistrates Judge's Report and Recommendation of dismissal, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/Douglas Warnock
Deputy Clerk

July 7, 2022

To: All Counsel