# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**SHARON CAMMILLE RIDDICK**
**PLAINTIFF**

V.

**BOSTON HOUSING AUTHORITY**
**JAY KOPLOVE**
**COLLEEN LEAVER**
**ANGEL SANTOS**
**VINCENT WRIGHT**
**DEFENDANTS**

CASE NO.:
1-21-cv-11349

## NOTICE OF APPEAL

Notice is hereby given that Sharon Cammille Riddick, the Plaintiff in the above- named matter, hereby appeals to the United States District Court of Appeals For the First Circuit from the "Dismissal" entered in this above action on July 7, 2022

Respectfully submitted

Date: July 9, 2022

Sharon Cammille Riddick
P.O. Box 240256
Dorchester, MA. 02124
857.346.5999
sharon.riddick@gmail.com

## CERTIFICATE OF SERVICE

I Sharon C. Riddick certifies a true and correct copy of the forgoing **NOTICE OF APPEAL** will be emailed to the Defendant Boston Housing Authority's General Counsel ATTN: Caesar Cardozo, Defendant's Attorney David Frye at dfrye@russofryeyellp.com , on July 09, 2022.

SHARON CAMMILLE RIDDICK

_____